B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of Tennessee | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wring, Aubrey Bruce** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wring, Virginia A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4481** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2906** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5525 Riverdale Rd**<br>**Memphis, TN**                   ZIP Code **38141** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5525 Riverdale Rd**<br>**Memphis, TN**                   ZIP Code **38141** |
| County of Residence or of the Principal Place of Business:<br>**Shelby** | County of Residence or of the Principal Place of Business:<br>**Shelby** |
| Mailing Address of Debtor (if different from street address):<br>**5524 Riverdale Rd**<br>**Memphis, TN**                   ZIP Code **38141** | Mailing Address of Joint Debtor (if different from street address):<br>**5524 Riverdale Rd**<br>**Memphis, TN**                   ZIP Code **38141** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13            ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."            ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) <span style="float:right">Page 2</span>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wring, Aubrey Bruce**<br>**Wring, Virginia A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**  **/s/ Earnest E. Fiveash**          **February 19, 2010**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Earnest E. Fiveash** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____

       (Name of landlord that obtained judgment)

       _____

       (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wring, Aubrey Bruce**<br>**Wring, Virginia A.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Aubrey Bruce Wring**
Signature of Debtor  **Aubrey Bruce Wring**

X **/s/ Virginia A. Wring**
Signature of Joint Debtor **Virginia A. Wring**

Telephone Number (If not represented by attorney)

**February 19, 2010**
Date

### Signature of Attorney*

X **/s/ Earnest E. Fiveash**
Signature of Attorney for Debtor(s)

**Earnest E. Fiveash 10769**
Printed Name of Attorney for Debtor(s)

**The Waggoner Law Firm**
Firm Name

**1433 Poplar Avenue**
**Memphis, TN 38104**

Address

**Email: info@memphislegal.com**
**(901) 276-3334  Fax: (901) 276-4715**
Telephone Number

**February 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Aubrey Bruce Wring,**                                            Case No. _____
    **Virginia A. Wring**

Debtors

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| 1. | DBA | **Wring Real Estate LLC** |
| 2. | DBA | **Wring Timberland, LLC** |
| 3. | DBA | **Virginia Ann Wring Irrevocable Trust** |
| 4. | DBA | **Affordable Management LLC** |
| 5. | DBA | **Butler Row LLC** |
| 6. | DBA | **Affordable Land Sales LLC** |
| 7. | DBA | **A & B Enterprises LP** |
| 8. | DBA | **Wring Family Trust** |
| 9. | DBA | **Wring Family Revocable Trust** |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Western District of Tennessee

In re    **Aubrey Bruce Wring**
       **Virginia A. Wring**
                                    Debtor(s)

Case No. _____

Chapter    **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Aubrey Bruce Wring**
_____
**Aubrey Bruce Wring**

Date:   **February 19, 2010**
_____

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Western District of Tennessee

In re    **Aubrey Bruce Wring**
**Virginia A. Wring**
_____
Debtor(s)

Case No. _____
Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.       Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Virginia A. Wring**
                             **Virginia A. Wring**

Date:    **February 19, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Western District of Tennessee

In re    **Aubrey Bruce Wring**
**Virginia A. Wring**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **BAC Home Loan Servicing(BK)**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | **BAC Home Loan Servicing(BK)**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | **Rental House @ 4700 Bethay Dr, Memphis, TN** | | **127,200.00**<br><br>**(112,000.00 secured)** |
| **BAC Home loan Servicing(BK)**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | **BAC Home loan Servicing(BK)**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | **Rental House @ 4315 Appian DR, Memphis, TN** | | **73,100.00**<br><br>**(65,100.00 secured)** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Rental House @ 8766 Julip, Memphis, TN** | | **142,100.00**<br><br>**(129,500.00 secured)** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Rental House @ 2851 Emerald St., Memphis, TN** | | **91,000.00**<br><br>**(84,000.00 secured)** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Rental House @ 4478 Garrison, Memphis,TN** | | **108,300.00**<br><br>**(101,500.00 secured)** |
| **Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | **Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | **Rental House j@ 4552 Countrybrook, Memphis, TN** | | **71,000.00**<br><br>**(64,400.00 secured)** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Rental House @ 7475 Germanshire, Memphis,TN** | | **124,500.00**<br><br>**(108,500.00 secured)** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Rental House @ 7326 English Cove, Memphis, TN** | | **104,300.00**<br><br>**(90,300.00 secured)** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | **Rental House @ 4981 Grand Pines, Memphis, TN** | | **137,100.00**<br><br>**(118,300.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re      **Aubrey Bruce Wring**
           **Virginia A. Wring**                                                    Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bank of Bartlett<br>P.O. Box 341187<br>Memphis, TN 38134-1187 | Bank of Bartlett<br>P.O. Box 341187<br>Memphis, TN 38134-1187 | Rental House @ 4621 Chadwell, Memphis, TN | | 77,000.00<br><br>(64,400.00 secured) |
| Bank of Bartlett<br>P.O. Box 341187<br>Memphis, TN 38134-1187 | Bank of Bartlett<br>P.O. Box 341187<br>Memphis, TN 38134-1187 | Rental House @ 2759 Java Dr., Memphis, TN | | 109,600.00<br><br>(99,300.00 secured) |
| Cadence Banking<br>P.O. Box 1187<br>Starkville, MS 39760 | Cadence Banking<br>P.O. Box 1187<br>Starkville, MS 39760 | Rental House @ 4360 Cloudburst, Memphis, TN | | 72,900.00<br><br>(63,000.00 secured) |
| Chase Home Finance(BK)<br>Dept G-7<br>3415 Vision Dr<br>Columbus, OH 43219 | Chase Home Finance(BK)<br>Dept G-7<br>3415 Vision Dr<br>Columbus, OH 43219 | Rental House @ 7670 Callaway Hills, Memphis, TN | | 122,000.00<br>(124,600.00 secured)<br>(71,380.00 senior lien) |
| MATCU<br>P.O. Box 5238<br>Carol Stream, IL 60197 | MATCU<br>P.O. Box 5238<br>Carol Stream, IL 60197 | Rental House @ 8875 Hidden Springs, Memph, TN | | 126,100.00<br><br>(96,300.00 secured) |
| MATCU<br>P.O. Box 5238<br>Carol Stream, IL 60197 | MATCU<br>P.O. Box 5238<br>Carol Stream, IL 60197 | Rental House @ 1579 Hester, Memphis, TN | | 73,300.00<br><br>(66,500.00 secured) |
| MATCU<br>7845 Hwy 64<br>Memphis, TN 38133 | MATCU<br>7845 Hwy 64<br>Memphis, TN 38133 | Rental House @ 6538 Baybrook, Memphis, TN | | 71,380.00<br><br>(64,800.00 secured) |
| Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Rental Hou | | 65,100.00<br><br>(0.00 secured) |
| Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Rental House @ 7446 Hollyview, Memphis, TN | | 158,800.00<br><br>(94,500.00 secured) |
| Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Rental House @ 4845 Callaway Hills, Memphis, TN | | 111,350.00<br><br>(94,500.00 secured) |
| Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | Rental House @ 1517 Brookside Dr, Memphis, TN | | 167,075.00<br><br>(154,000.00 secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Aubrey Bruce Wring**
      **Virginia A. Wring** _____

            Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Aubrey Bruce Wring** and **Virginia A. Wring**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **February 19, 2010** _____

Signature   **/s/ Aubrey Bruce Wring** _____
              **Aubrey Bruce Wring**
              Debtor

Date   **February 19, 2010** _____

Signature   **/s/ Virginia A. Wring** _____
              **Virginia A. Wring**
              Joint Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Western District of Tennessee

In re **Aubrey Bruce Wring,**
**Virginia A. Wring**

Case No. _____

Chapter _____ **11**

_____,
Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 13 | 20,594,900.00 | | |
| B - Personal Property | Yes | 3 | 34,110.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 52 | | 18,355,780.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 9,700.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 16,000.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,215.00 |
| Total Number of Sheets of ALL Schedules | | 75 | | | |
| Total Assets | | | 20,629,010.00 | | |
| Total Liabilities | | | | 18,365,480.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Western District of Tennessee

In re **Aubrey Bruce Wring,**
     **Virginia A. Wring**                                     Case No. _____

                                                              ,
                                            Debtors      Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to
     report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 16,000.00 |
| Average Expenses (from Schedule J, Line 18) | 9,215.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 513,170.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 9,700.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 522,870.00 |

B6A (Official Form 6A) (12/07)

In re    **Aubrey Bruce Wring,**                        Case No. _____

           **Virginia A. Wring**

                                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental House @ 8057 Abbington, Memphis, TN acquired 9/00** | **Fee simple** | **J** | **134,000.00** | **128,760.00** |
| **Rental House @ 8072 Abbington, Memphis, TN** | **Fee simple** | **J** | **157,500.00** | **126,500.00** |
| **Homestead @ 5525 Riverdale Rd, Memphis, TN, a QC Home, owned in the name of Wring Real Estate, LLC, a 1.0 story brick veneer single family residence built in 1993 having 1,690 sq ft with 3 bedrooms and 2 bathrooms and being situated on .36 acres, originally purchased 5/19/00 for $120,000.00** | **Fee simple** | **J** | **101,500.00** | **102,500.00** |
| **Rental House @ 1366 Abernathy, Memphis, TN** | | **J** | **57,000.00** | **20,520.00** |
| **Rental House @ 934 Alaska, Memphis, TN** | | **J** | **35,000.00** | **14,585.00** |
| **Rental House @ 5325 Albermarle, Memphis, TN** | | **J** | **69,300.00** | **60,300.00** |
| **Rental House @ 4681 Allendale, Memphis, TN** | | **J** | **105,000.00** | **97,700.00** |
| **Rental House @ 6442 Amberview Cv, Memphis, TN** | | **J** | **65,700.00** | **56,100.00** |
| **Rental House @ 6458 Amberwood, Memphis, TN** | | **J** | **60,700.00** | **55,920.00** |
| **Rental House @ 4390 Angarth, Memphis, TN** | | **J** | **102,900.00** | **83,500.00** |
| **Rental House @ 4315 Appian DR, Memphis, TN** | | **J** | **65,100.00** | **73,100.00** |
| **Rental House @ 4563 Appleville, Memphis, TN** | | **J** | **59,500.00** | **52,600.00** |
| **Rental House @ 5005 Ashland Grove, Memphis, TN** | | **J** | **136,500.00** | **117,190.00** |
| **Rental House @ 5060 Ashland Grove, Memphis, TN** | | **J** | **147,000.00** | **146,700.00** |
| **Rental House @ 5070 Ashland Grove, Memphis, TN** | | **J** | **147,000.00** | **125,650.00** |
| | | Sub-Total > | **1,443,700.00** | (Total of this page) |

  **12**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                    Case No. _____
         **Virginia A. Wring**
                                                          ,
                              Debtors
## SCHEDULE A - REAL PROPERTY
                        (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 7253 Ashley Oaks, Memphis, TN | | J | 112,000.00 | 101,140.00 |
| Rental House @ 7329 Ashley Oaks, Memphis, TN | | J | 91,000.00 | 71,300.00 |
| Rental House @ 7361 Ashley Oaks, Memphis, TN | | J | 117,600.00 | 106,685.00 |
| Rental House @ 4004 Auburn, Memphis, TN | | J | 87,500.00 | 60,200.00 |
| Rental House @ 4315 Auburn Rd., Memphis, TN | | J | 94,500.00 | 88,985.00 |
| Rental House @ 3999 Autumn Springs, Memphis, TN | | J | 118,700.00 | 102,300.00 |
| Rental House @ 4014 Autumn Springs, Memphis, TN | | J | 105,000.00 | 100,100.00 |
| Rental House @ 4015 Autumn Springs, Memphis, TN | | J | 101,500.00 | 98,000.00 |
| Rental House @ 4031 Autumn Springs, Memphis, TN | | J | 105,000.00 | 83,540.00 |
| Rental House @ 5604 Autumn Valley Dr., Memphis, TN | | J | 106,000.00 | 111,700.00 |
| Rental House @ 4243 Bacon St., Memphis, TN | | J | 45,500.00 | 28,400.00 |
| Rental House @ 6331 Bent Oak Ln, Memphis, TN | | J | 90,300.00 | 77,000.00 |
| Rental House @ 4126 Berrybrook, Memphis, TN | | J | 58,700.00 | 60,200.00 |
| Rental House @ 9441 Bethel Memphis, TN | | J | 140,000.00 | 89,565.00 |
| Rental House @ 9465 Bethel, Memphis, TN | | J | 182,000.00 | 150,250.00 |
| Rental House @ 4700 Bethay Dr, Memphis, TN | | J | 112,000.00 | 127,200.00 |
| Rental House @ 6589 Birch Run, Memphis, TN | | J | 62,300.00 | 66,130.00 |
| Rental House @ 5619 Blocker, Memphis, TN | | J | 96,600.00 | 77,120.00 |
| Rental House @ 5631 Blocker, Memphis, TN | | J | 94,500.00 | 66,030.00 |
| | | Sub-Total > | 1,920,700.00 | (Total of this page) |

Sheet __1__ of __12__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                    Case No. _____
       **Virginia A. Wring**
                                                    ,
                       Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 5643 Blocker, Memphis, TN | | J | 90,300.00 | 80,715.00 |
| Rental House @ 4906 Bluewing, Memphis, TN | | J | 75,300.00 | 70,020.00 |
| Rental House @ 3671 Boeingshire, Memphis, TN | | J | 61,600.00 | 49,600.00 |
| Rental House @ 1001 Bonnie, Memphis, TN | | J | 49,800.00 | 44,300.00 |
| Rental House @ 4000 Bordeaux Cv, Memphis, TN | | J | 118,300.00 | 87,100.00 |
| Rental House @ 4058 Bordeaux Cv, Memphis, TN | | J | 118,300.00 | 103,500.00 |
| Rental House @ 3329 Boxdale, Memphis, TN | | J | 53,500.00 | 39,580.00 |
| Rental House @ 6756 Boylston, Memphis, TN | | J | 77,000.00 | 71,700.00 |
| Rental House @ 5657 Ballenmoor Dr., Memphis, TN | | J | 49,000.00 | 46,800.00 |
| Rental House @ 7857 Brad Forrest, Memphis, TN | | J | 82,600.00 | 68,850.00 |
| Rental House @ 6980 Brady Hill Dr, Memphis, TN | | J | 80,500.00 | 83,600.00 |
| Rental House @ 6910 Branch, Memphis, TN | | J | 87,500.00 | 80,715.00 |
| Rental House @ 7616 Breezewood, Memphis, TN | | J | 120,400.00 | 98,220.00 |
| Rental House @ 3241 Brevard, Memphis, TN | | J | 55,300.00 | 60,600.00 |
| Rental House @ 5035 Barkshire, Memphis, TN | | J | 64,400.00 | 56,115.00 |
| Rental House @ 1518 Briar, Memphis, TN | | J | 78,100.00 | 71,380.00 |
| Rental House @ 9330 Barrow, Memphis, TN | | J | 115,500.00 | 95,210.00 |
| Rental House @ 4832 Bridgedale, Memphis, TN | | J | 56,000.00 | 57,375.00 |
| Rental House @ 4210 Brighton, Memphis, TN | | J | 52,500.00 | 43,950.00 |
| Rental House @ 9402 Brigstock, Memphis, TN | | J | 112,000.00 | 96,100.00 |
| Rental House @ 4915 Bronze Cv, Memphis, TN | | J | 120,400.00 | 113,600.00 |
| | | Sub-Total > | 1,718,300.00 | (Total of this page) |

Sheet ___**2**___ of ___**12**___ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                           Case No. _____
      **Virginia A. Wring**
                                               ,
                        Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 7738 Brookbury Cv, Memphis, Tn | | J | 101,500.00 | 92,675.00 |
| Rental House @ 3046 Brookdale, Memphis, TN | | J | 62,300.00 | 48,425.00 |
| Rental House @ 1517 Brookside Dr, Memphis, TN | | J | 154,000.00 | 167,075.00 |
| Rental House @ 9347 Barrow, Memphis, TN | | J | 115,500.00 | 96,180.00 |
| Rental House @ 511 Burkhart, Memphis, TN | | J | 64,400.00 | 56,980.00 |
| Rental House @ 4935 Battle Forrest, Memphis, TN | | J | 73,500.00 | 60,400.00 |
| Rental house @ 4843 Buttermilk Cv, Memphis, TN | | J | 124,600.00 | 114,100.00 |
| Rental House @ 8015 Calefalls, Memphis, TN | | J | 138,600.00 | 120,600.00 |
| Rental House @ 8016 Calefalls, Memphis, TN | | J | 143,500.00 | 124,700.00 |
| Rental House @ 4940 Battle Forrest, Memphis, TN | | J | 73,500.00 | 68,200.00 |
| Rental House @ 4845 Callaway Hills, Memphis, TN | | J | 94,500.00 | 111,350.00 |
| Rental House @ 7670 Callaway Hills, Memphis, TN | | J | 124,600.00 | 122,000.00 |
| Rental House @ 4100 Camelot, Memphis, TN | | J | 52,500.00 | 32,600.00 |
| Rental House @ 6538 Baybrook, Memphis, TN | | J | 64,800.00 | 71,380.00 |
| Rental House @ 5578 Bayshore, Memphis, TN | | J | 80,500.00 | 79,100.00 |
| Rental House @ 4162 Camelot, Memphis, TN | | J | 52,500.00 | 48,400.00 |
| Rental House @ 1878 Capri St., Memphis, TN | | J | 66,500.00 | 65,100.00 |
| Rental House @ 7651 Carter Creek, Memphis, TN | | J | 125,300.00 | 115,700.00 |
| Rental House @ 6525 Castleview Cv., Memphis, TN | | J | 64,400.00 | 7,900.00 |
| Rental House @ 4611 Chadwell, Memphis, TN | | J | 62,300.00 | 58,700.00 |
| Rental House @ 4621 Chadwell, Memphis, TN | | J | 64,400.00 | 77,000.00 |
| | | Sub-Total > | 1,903,700.00 | (Total of this page) |

Sheet  **3**  of  **12**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                    Case No. _____
        **Virginia A. Wring**

                                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 5912 Chadwell, Memphis, TN | | J | 87,500.00 | 66,100.00 |
| Rental House @ 3188 Bell Tower, Memphis, TN | | J | 65,100.00 | 67,880.00 |
| Rental House @ 4286 Benettwood, Memphis, TN | | J | 63,900.00 | 49,800.00 |
| Rental House @ 3088 Benjestown Rd., Memphis, TN | | J | 28,000.00 | 25,380.00 |
| Rental House @ 3095 Benjestown Rd., Memphis, TN | | J | 35,000.00 | 32,475.00 |
| Rental House @ 3096 Benjestown Rd., Memphis, TN | | J | 33,600.00 | 29,850.00 |
| Rental House @ 5946 Chadwell, Memphis, TN | | J | 61,600.00 | 56,900.00 |
| Rental House @ 6047 Chadwell, Memphis, TN | | J | 62,300.00 | 63,900.00 |
| Rental House @ 4944 Chamberlain, Memphis, TN | | J | 68,600.00 | 65,400.00 |
| Rental House @ 3993 Charles Dr., Memphis, TN | | J | 50,700.00 | 50,700.00 |
| Rental House @ 4118 Charles Dr., Memphis ,TN | | J | 69,300.00 | 61,850.00 |
| Rental House @ 5295 Cherokee Rose, Memphis, TN | | J | 117,700.00 | 111,100.00 |
| Rental House @ 2890 Cherry Rd., Memphis, TN | | J | 54,400.00 | 55,700.00 |
| Rental House @ 6663 Chesapeake Dr., Memphis, TN | | J | 80,500.00 | 0.00 |
| Rental House @ 6669 Chesapeake Dr., Memphis, TN | | J | 69,300.00 | 58,400.00 |
| Rental House @ 3216 Chisca, Memphis, TN | | J | 30,600.00 | 20,900.00 |
| Rental House @ 3249 Chisca Ave., Memphis, TN | | J | 38,500.00 | 42,200.00 |
| Rental House @ 6640 Cindy Lynn, Memphis, TN | | J | 80,500.00 | 84,600.00 |
| Rental House @ 3800 Clarion Dr., Memphis, TN | | J | 66,500.00 | 72,600.00 |
| | | Sub-Total > | 1,163,600.00 | (Total of this page) |

Sheet  __4__  of  __12__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Aubrey Bruce Wring,**                            Case No. _____
         **Virginia A. Wring**

                                               Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 4309 Cleopatra, Memphis, TN | | J | 73,500.00 | 59,100.00 |
| Rental House @ 4313 Cleopatra, Memphis, TN | | J | 68,600.00 | 66,000.00 |
| Rental House @ 4347 Cleopatra, Memphis, TN | | J | 85,400.00 | 59,100.00 |
| Rental House @ 4377 Cleopatra, Memphis, TN | | J | 94,500.00 | 81,000.00 |
| Rental House @ 4421 Cleopatra, Memphis, TN | | J | 67,200.00 | 57,200.00 |
| Rental House @ 4437 Cleopatra, Memphis, TN | | J | 94,500.00 | 87,800.00 |
| Rental House @ 4445 Cleopatra, Memphis, TN | | J | 54,600.00 | 49,600.00 |
| Rental House @ 4461 Cleopatra, Memphis, TN | | J | 68,600.00 | 61,300.00 |
| Rental House @ 4360 Cloudburst, Memphis, TN | | J | 63,000.00 | 72,900.00 |
| Rental House @ 4555 Cognac Cv., Memphis, TN | | J | 77,000.00 | 79,400.00 |
| Rental House @ 1181 Coker St., Memphis, TN | | J | 35,000.00 | 14,600.00 |
| Rental House @ 1508 Colonial Rd., Memphis, TN | | J | 49,000.00 | 39,400.00 |
| Rental House @ 3228 Cookie Cv., Memphis, TN | | J | 84,000.00 | 78,300.00 |
| Rental House @ 6457 Copper Valley, Memphis, TN | | J | 97,300.00 | 82,700.00 |
| Rental House @ 1886 Cornelia Lane, Memphis, TN | | J | 66,500.00 | 61,700.00 |
| Rental House @ 2683 Cottonridge, Memphis, TN | | J | 66,500.00 | 72,600.00 |
| Rental House @ 2698 Cottonridge, Memphis, TN | | J | 65,800.00 | 56,100.00 |
| Rental House j@ 4552 Countrybrook, Memphis, TN | | J | 64,400.00 | 71,000.00 |
| Rental House @ 5020 Crab Orchard, Memphis, TN | | J | 101,500.00 | 86,700.00 |
| Rental House @ 1230 Creek Edge, Memphis, TN | | J | 105,000.00 | 91,800.00 |

                                           Sub-Total >     **1,481,900.00**     (Total of this page)

Sheet  **5**  of  **12**  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**                                          Case No. _____
    **Virginia A. Wring,**

_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 4411 Crescent Park Dr., Memphis, TN | | J | 59,500.00 | 46,200.00 |
| Rental House @ 1304 Crossmont Cv., Memphis, TN | | J | 169,400.00 | 150,600.00 |
| Rental House @ 6625 Crystal Oak, Memphis, TN | | J | 62,300.00 | 44,200.00 |
| Rental House @ 6629 Crystal Oak Cv., Memphis, TN | | J | 55,300.00 | 52,100.00 |
| Rental House @ 6630 Crystal Oak Cv., Memphis, TN | | J | 94,500.00 | 56,100.00 |
| Rental House @ 5370 Crystal Oaks, Memphis, TN | | J | 84,000.00 | 83,800.00 |
| Rental House @ 5376 Crystal Oaks, Memphis, TN | | J | 65,800.00 | 70,500.00 |
| Rental House @ 5948 Cuspidon, Memphis, TN | | J | 50,100.00 | 54,500.00 |
| Rental House @ 1496 Dardon, Memphis, TN | | J | 55,800.00 | 45,900.00 |
| Rental House @ 3769 Deer Forest, Memphis, TN | | J | 52,200.00 | 30,700.00 |
| Rental House @ 2409 Dexter, Memphis, TN | | J | 17,500.00 | 0.00 |
| Rental House @ 4851 Dianne, Memphis, TN | | J | 61,600.00 | 58,400.00 |
| Rental House @ 1658 Dolan Dr., Memphis, TN | | J | 62,800.00 | 43,300.00 |
| Rental House @ 7389 Doncaster, Memphis, TN | | J | 68,600.00 | 31,800.00 |
| Rental House @ 3539 Douglass, Memphis, TN | | J | 49,000.00 | 50,100.00 |
| Rental House @ 2438 Dove Glen Cove, Memphis, TN | | J | 80,500.00 | 71,800.00 |
| Rental House @ 4324 Duncan, Memphis, TN | | J | 69,000.00 | 50,500.00 |
| Rental House @ 1299 Dunnavant, Memphis, TN | | J | 35,000.00 | 14,600.00 |
| Rental House  1041 Echles, Memphis, TN | | J | 42,000.00 | 0.00 |
| Rental House @ 7272 Eggleston, Memphis, TN | | J | 62,300.00 | 33,900.00 |

Sub-Total >        **1,297,200.00**        (Total of this page)

Sheet __6__ of __12__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Aubrey Bruce Wring,**                                          Case No. _____
        **Virginia A. Wring**
                                                          ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental House @ 7280 Eggleston, Memphis, TN** | | J | **65,800.00** | **27,500.00** |
| **Rental House @ 7316 Eggleston, Memphis, TN** | | J | **65,100.00** | **24,200.00** |
| **Rental House @ 6088 Elkgrove Rd., Memphis, TN** | | J | **63,000.00** | **49,200.00** |
| **Rental House @ 3654 Elm Park, Memphis, TN** | | J | **59,500.00** | **53,200.00** |
| **Rental House @ 2851 Emerald St., Memphis, TN** | | J | **84,000.00** | **91,000.00** |
| **Rental House @ 7326 English Cove, Memphis, TN** | | J | **90,300.00** | **104,300.00** |
| **Rental House @ 262 Ericson, Memphis, TN** | | J | **196,000.00** | **123,100.00** |
| **Rental House @ 4413 Ernie, Memphis, TN** | | J | **62,300.00** | **50,200.00** |
| **Rental House @ 6283 Farm Hill Dr., Memphis, TN** | | J | **98,000.00** | **82,900.00** |
| **Rental House @ 6315 Farm Hill Dr., Memphis, TN** | | J | **101,100.00** | **93,800.00** |
| **Rental House @ 5331 Farm Ridge, Memphis, TN** | | J | **98,000.00** | **95,100.00** |
| **Rental House @ 5347 Farm Ridge, Memphis, TN** | | J | **98,000.00** | **81,700.00** |
| **Rental House @ 5353 Farm Ridge, Memphis, TN** | | J | **98,000.00** | **79,700.00** |
| **Rental House @ 5354 Farm Ridge, Memphis, TN** | | J | **98,000.00** | **84,200.00** |
| **Rental House @ 5360 Farm Ridge, Memphis, TN** | | J | **80,500.00** | **59,900.00** |
| **Rental House @ 5371 Farm Ridge, Memphis, TN** | | J | **103,600.00** | **95,600.00** |
| **Rental House @ 5372 Farm Ridge, Memphis, TN** | | J | **81,800.00** | **66,000.00** |
| **Rental House @ 4539 Fawn Hollow, Memphis, TN** | | J | **58,100.00** | **53,000.00** |
| **Rental House @ 6545 Fern Creek, Memphis, TN** | | J | **52,500.00** | **47,900.00** |
| **Rental House @ 3790 Fern Creek, Memphis, TN** | | J | **58,100.00** | **54,600.00** |
| **Rental House @ 4635 Ferrin, Memphis, TN** | | J | **65,800.00** | **62,000.00** |
| | | Sub-Total > | **1,777,500.00** | (Total of this page) |

Sheet __7__ of __12__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Aubrey Bruce Wring,**
        **Virginia A. Wring**

Case No. _____

                                    ,
                                Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 1407 Finley, Memphis, TN | | J | 57,400.00 | 57,700.00 |
| Rental House @ 1435 Finley Rd., Memphis, TN | | J | 63,000.00 | 48,700.00 |
| Rental House @ 1624 Finley Rd., Memphis, TN | | J | 87,500.00 | 64,500.00 |
| Rental House @ 3544 Forrest Ave., Memphis, TN | | J | 36,400.00 | 0.00 |
| Rental House @ 6315 Forrest Glen, Memphis, TN | | J | 42,000.00 | 31,100.00 |
| Rental House @ 2160 Fortune Ave., Memphis, TN | | J | 52,500.00 | 42,400.00 |
| Rental House @ 7605 Fox Bridge, Memphis, TN | | J | 126,000.00 | 98,500.00 |
| Rental House @ 5901 Foxdale, Memphis, TN | | J | 80,500.00 | 80,900.00 |
| Rental House @ 3307 Frayser View Dr., Memphis,TN | | J | 39,200.00 | 26,600.00 |
| Rental House @ 3181 Freeman Cv., Memphis, TN | | J | 90,300.00 | 82,700.00 |
| Rental House @ 5764 French Market, Memphis, TN | | J | 59,500.00 | 30,600.00 |
| Rental House @ 4931 Gadwall Dr., Memphis, TN | | J | 62,300.00 | 37,300.00 |
| Rental House @ 4408 Gailwood Ave., Memphis, TN | | J | 53,200.00 | 44,500.00 |
| Rental House @ 4146 Garden Birch, Memphis, TN | | J | 55,700.00 | 41,700.00 |
| Rental House @ 5872 Garden Ridge, Memphis, TN | | J | 65,800.00 | 0.00 |
| Rental House @ 4478 Garrison, Memphis,TN | | J | 101,500.00 | 108,300.00 |
| Rental House @ 3334 Gaylord Ln., Memphis, TN | | J | 56,000.00 | 55,500.00 |
| Rental House @ 5279 Gemstone Way, Memphis, TN | | J | 132,300.00 | 126,900.00 |
| Rental House @ 7475 Germanshire, Memphis,TN | | J | 108,500.00 | 124,500.00 |
| Rental House @ 3798 Germanton S., Memphis, TN | | J | 83,300.00 | 81,500.00 |
| | | Sub-Total > | 1,452,900.00 | (Total of this page) |

Sheet __8__ of __12__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                                    Case No. _____
**Virginia A. Wring**
                                                                            ,
                          Debtors
## SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 1361 Gherald, Memphis,TN | | J | 45,500.00 | 36,000.00 |
| Rental House @ 1325 Glenn, Memphis, TN | | J | 35,000.00 | 14,600.00 |
| Rental House @ 4135 Glenroy, Memphis,TN | | J | 87,500.00 | 67,500.00 |
| Rental House @ 3656 Glouchester Cove, Memphis,TN | | J | 70,000.00 | 71,900.00 |
| Rental House @ 2121 Goodhaven, Memphis,TN | | J | 68,600.00 | 69,400.00 |
| Rental House @ 270 Gracewood St., Memphis, TN | | J | 50,400.00 | 47,900.00 |
| Rental House @ 4993 Graham Lake, Memphis, TN | | J | 126,000.00 | 112,800.00 |
| Rental House @ 4981 Grand Pines, Memphis, TN | | J | 118,300.00 | 137,100.00 |
| Rental House @ 3726 Graves, Memphis, TN | | J | 52,500.00 | 43,300.00 |
| Rental House @ 4527 Green Creek, Memphis, TN | | J | 69,300.00 | 70,000.00 |
| Rental House @ 1167 Greenview, Memphis, TN | | J | 65,800.00 | 29,500.00 |
| Rental House @ 1346 Greer, Memphis,TN | | J | 52,500.00 | 53,700.00 |
| Rental House @ 1009 Grouse Meadow, Memphis, TN | | J | 101,500.00 | 78,300.00 |
| Rental House @ 5876 Hamlet, Memphis, TN | | J | 52,500.00 | 51,000.00 |
| Rental House @ 4454 Hancock, Memphis, TN | | J | 61,600.00 | 52,000.00 |
| Rental House @ 3555 Hanna Dr., Memphis, TN | | J | 62,300.00 | 53,100.00 |
| Rental House @ 1647 Harland, Memphis, TN | | J | 35,000.00 | 34,900.00 |
| Rental House @ 4720 Harvest Park, Memphis, TN | | J | 109,400.00 | 86,200.00 |
| Rental House @ 4746 Harvest Park, Memphis, TN | | J | 101,500.00 | 106,000.00 |
| Rental House @ 4775 Harvest Park, Memphis, TN | | J | 118,300.00 | 123,500.00 |
| | | Sub-Total > | 1,483,500.00 | (Total of this page) |

Sheet __9__ of __12__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Aubrey Bruce Wring,**                  Case No. _____
        **Virginia A. Wring**

                                         ,
                                 Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental House @ 4790 Harvest Park, Memphis, TN** | | J | **126,000.00** | **118,600.00** |
| **Rental House @ 4793 Harvest Park, Memphis, TN** | | J | **125,300.00** | **99,200.00** |
| **Rental House @ 4801 Harvest Park, Memphis, TN** | | J | **120,400.00** | **118,600.00** |
| **Rental House @ 4825 Harvest Park, Memphis, TN** | | J | **124,600.00** | **99,200.00** |
| **Rental House @ 4852 Harvest Park, Memphis, TN** | | J | **126,000.00** | **123,500.00** |
| **Rental House @ 4873 Harvest Park, Memphis, TN** | | J | **126,000.00** | **111,400.00** |
| **Rental House @ 4881 Harvest Park, Memphis, TN** | | J | **120,400.00** | **99,100.00** |
| **Rental House @ 6281 Harvest Run, Memphis, TN** | | J | **84,000.00** | **81,800.00** |
| **Rental House @ 6301 Harvest Run, Memphis, TN** | | J | **84,000.00** | **84,500.00** |
| **Rental House @ 6274 Hayfield, Memphis, TN** | | J | **94,500.00** | **93,600.00** |
| **Rental House @ 6286 Hayfield, Memphis, TN** | | J | **87,500.00** | **82,400.00** |
| **Rental House @ 6323 Hayfield, Memphis, TN** | | J | **98,000.00** | **74,500.00** |
| **Rental House @ 6349 Hayfield, Memphis, TN** | | J | **97,300.00** | **85,700.00** |
| **Rental House @ 6320 Hayfield West, Memphis, TN** | | J | **102,100.00** | **95,100.00** |
| **Rental House @ 6329 Hayfield West, Memphis, TN** | | J | **97,300.00** | **92,200.00** |
| **Rental House @ 6335 Hayfield West, Memphis, TN** | | J | **103,600.00** | **93,800.00** |
| **Rental House @ 4483 Helene, Memphis, TN** | | J | **55,300.00** | **29,200.00** |
| **Rental House @ 1579 Hester, Memphis, TN** | | J | **66,500.00** | **73,300.00** |
| **Rental House @ 4242 Hickory Grove, Memphis, TN** | | J | **51,100.00** | **52,200.00** |
| **Rental House @ 5987 Hickory Grove, Memphis, TN** | | J | **128,400.00** | **110,800.00** |
| **Rental House @ 26 Hickory Hills, Memphis, TN** | | J | **59,500.00** | **34,300.00** |
| | | Sub-Total > | **2,077,800.00** | (Total of this page) |

Sheet   **10**   of   **12**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                           Case No. _____
      **Virginia A. Wring**
                                                                    ,
                            Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental House @ 8941 Hickory Trail, Memphis, TN | | J | 157,500.00 | 113,500.00 |
| Rental House @ 8875 Hidden Springs, Memph, TN | | J | 96,300.00 | 126,100.00 |
| Rental House @ 59 Hidden Valley, Memphis, TN | | J | 62,300.00 | 55,000.00 |
| Rental House @ 7320 Hollorn, Memphis, TN | | J | 80,500.00 | 57,800.00 |
| Rental House @ 5036 Holly  Ridge, Memphis, TN | | J | 59,500.00 | 47,600.00 |
| Rental House @ 7446 Hollyview, Memphis, TN | | J | 94,500.00 | 158,800.00 |
| Rental House @ 1717 Homedale St., Memphis, TN | | J | 57,400.00 | 46,400.00 |
| Rental House @ 284 Hope, Memphis, TN | | J | 64,400.00 | 65,400.00 |
| Rental House @ 3006 Hunters Way, Memphis ,TN | | J | 46,100.00 | 52,500.00 |
| Rental House @ 6537 Imperial Oaks, Memphis, TN | | J | 65,800.00 | 56,900.00 |
| Rental House @ 1083 Isabelle St., Memphis, TN | | J | 35,000.00 | 31,600.00 |
| Rental House @ 7351 Isherwood, Memphis, TN | | J | 64,400.00 | 29,900.00 |
| Rental House @ 1882 Janis Dr., Memphis, TN | | J | 45,500.00 | 46,400.00 |
| Rental House @ 5669 Jardin Place, Memphis, TN | | J | 61,600.00 | 52,500.00 |
| Rental House @ 5811 Jardin Place, Memphis, TN | | J | 61,600.00 | 58,700.00 |
| Rental House @ 5831 Jardin Place, Memphis, TN | | J | 51,100.00 | 43,600.00 |
| Rental House @ 2759 Java Dr., Memphis, TN | | J | 99,300.00 | 109,600.00 |
| Rental House @ 1609 Jay Cv., Memphis, TN | | J | 52,500.00 | 29,800.00 |
| Rental House @ 5257 Jordan Dr., Memphis, TN | | J | 55,300.00 | 59,600.00 |
| Rental House @ 5064 Judy Lynn, Memphis, TN | | J | 65,500.00 | 58,500.00 |
| Rental House @ 5080 Judy Lynn, Memphis, TN | | J | 62,300.00 | 67,700.00 |
| | | Sub-Total > | 1,438,400.00 | (Total of this page) |

Sheet   **11**   of   **12**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                Case No. _____
           **Virginia A. Wring**

                                                        Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Rental House @ 8766 Julip, Memphis, TN** | | J | **129,500.00** | **142,100.00** |
| **Rental House @ 4652 Kassell, Memphis, TN** | | J | **54,600.00** | **59,100.00** |
| **Rental House @ 2593 Kate Bond, Memphis, TN** | | J | **111,500.00** | **53,500.00** |
| **Rental House @ 8425 King William, Memphis, TN** | | J | **168,000.00** | **159,000.00** |
| **Rental House @ 6900 N. Knoll, Memphis, TN** | | J | **51,000.00** | **28,000.00** |
| **Rental House @ 6745 Lakepont Circle, Memphis,TN** | | J | **122,500.00** | **104,100.00** |
| **Rental House @ 4211 Lansdowne Dr., Memphis, TN** | | J | **50,300.00** | **44,300.00** |
| **Rental House @ 6314 Leamont, Memphis, TN** | | J | **54,600.00** | **59,500.00** |
| **Rental House @ 2068 Lee Cv., Memphis, TN** | | J | **52,500.00** | **44,200.00** |
| **Rental House @ 5277 Lilly Woods Cv., Memphis, TN** | | J | **94,500.00** | **44,100.00** |
| **Rental House @ 4677 Lindawood, Memphis, TN** | | J | **61,600.00** | **60,800.00** |
| **Rental House @ 4687 Lindawood, Memphis, TN** | | J | **62,300.00** | **52,700.00** |
| **Rental House @ 4695 Lindawood, Memphis, TN** | | J | **62,300.00** | **57,300.00** |
| **Rental House @ 3020 Logancrest Cove, Memphis, TN** | | J | **196,000.00** | **152,500.00** |
| **Rental House @ 7462 Logancrest Lane, Memphis, TN** | | J | **164,500.00** | **109,600.00** |

| | | |
|---|---|---|
| Sub-Total > | **1,435,700.00** | (Total of this page) |
| Total > | **20,594,900.00** | |

Sheet   **12**   of   **12**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Aubrey Bruce Wring,**              Case No. _____
        **Virginia A. Wring**
                                    ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | **J** | **600.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Deposit @ Bank of Bartlett** | **J** | **5,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture & Appliances** | **J** | **5,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | **J** | **500.00** |
| 7. | Furs and jewelry. | | **Jewelry** | **W** | **10,000.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Firearms** | **H** | **500.00** |
| | | | **camera** | **J** | **10.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **21,610.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Aubrey Bruce Wring,**                                          Case No. _____
          **Virginia A. Wring**
                                                                    ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | see list | | J | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                                    Case No. _____
         **Virginia A. Wring**
                                                              ,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | '04 Cadillac Escalade | J | 5,000.00 |
| | | '7 Ford Explorer | J | 5,000.00 |
| | | '03 Ford P/U | J | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 12,500.00 |
| (Total of this page) | |
| Total > | 34,110.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Aubrey Bruce Wring,**                                    Case No. _____
        **Virginia A. Wring**
_____,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                   $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead @ 5525 Riverdale Rd, Memphis, TN, a QC Home,  owned in the name of Wring Real Estate, LLC, a 1.0 story brick veneer single family residence built in 1993 having 1,690 sq ft with 3 bedrooms and 2 bathrooms and being situated on .36 acres, originally purchased 5/19/00 for $120,000.00** | **Tenn. Code Ann. § 26-2-301(e)** | **25,000.00** | **101,500.00** |
| **Cash on Hand** | | | |
| **Cash** | **Tenn. Code Ann. § 26-2-103** | **600.00** | **600.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Deposit @ Bank of Bartlett** | **Tenn. Code Ann. § 26-2-103** | **5,000.00** | **5,000.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture & Appliances** | **Tenn. Code Ann. § 26-2-103** | **2,400.00** | **5,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Tenn. Code Ann. § 26-2-104** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **10,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Firearms** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **500.00** |
| **camera** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **10.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **'04 Cadillac Escalade** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **5,000.00** |
| **'7 Ford Explorer** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **5,000.00** |
| **'03 Ford P/U** | **Tenn. Code Ann. § 26-2-103** | **0.00** | **2,500.00** |

                                                        Total:      **33,500.00**      **135,610.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Aubrey Bruce Wring,**                                                    Case No. _____
         **Virginia A. Wring,**
                                                          ,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Rental House @ 5604 Autumn Valley Dr., Memphis, TN | | | | | |
| **BAC** **P.O. Box 45224** **Jacksonville, FL 32232-5224** | | J | | | | | | |
| | | | Value $          **106,000.00** | | | | **111,700.00** | **5,700.00** |
| Account No. | | | Rental House @ 4315 Appian DR, Memphis, TN | | | | | |
| **BAC Home loan Servicing(BK)** **P.O. Box 5170** **Simi Valley, CA 93062** | | J | | | | | | |
| | | | Value $          **65,100.00** | | | | **73,100.00** | **8,000.00** |
| Account No. | | | Rental House @ 7329 Ashley Oaks, Memphis, TN | | | | | |
| **BAC Home loan Servicing(BK)** **P.O. Box 5170** **Simi Valley, CA 93062** | | J | | | | | | |
| | | | Value $          **91,000.00** | | | | **71,300.00** | **0.00** |
| Account No. | | | Rental House @ 6331 Bent Oak Ln, Memphis, TN | | | | | |
| **BAC Home loan Servicing(BK)** **P.O. Box 5170** **Simi Valley, CA 93062** | | J | | | | | | |
| | | | Value $          **90,300.00** | | | | **77,000.00** | **0.00** |

__51__   continuation sheets attached

Subtotal
(Total of this page)

|  | **333,100.00** | **13,700.00** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                    Case No. _____
      **Virginia A. Wring**
_____ ,
                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BAC Home Loan Servicing(BK)** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | J | **Rental House @ 4700 Bethay Dr, Memphis, TN** <br><br> Value $     **112,000.00** | | | | 127,200.00 | 15,200.00 |
| Account No. <br><br> **BAC Home Loan Servicing(BK)** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | J | **Rental House @ 4243 Bacon St., Memphis, TN** <br><br> Value $     **45,500.00** | | | | 28,400.00 | 0.00 |
| Account No. <br><br> **BAC Home Loan Servicing(BK)** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | J | **Rental House @ 6756 Boylston, Memphis, TN** <br><br> Value $     **77,000.00** | | | | 71,700.00 | 0.00 |
| Account No. <br><br> **BAC Home Loan Servicing(BK)** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | J | **Rental House @ 5657 Ballenmoor Dr., Memphis, TN** <br><br> Value $     **49,000.00** | | | | 46,800.00 | 0.00 |
| Account No. <br><br> **BAC Home Loan Servicing(BK)** <br> **P.O. Box 5170** <br> **Simi Valley, CA 93062** | | J | **Rental House @ 6980 Brady Hill Dr, Memphis, TN** <br><br> Value $     **80,500.00** | | | | 83,600.00 | 3,100.00 |

Sheet  **1**  of  **51**  continuation sheets attached to                      Subtotal               | 357,700.00 | 18,300.00
Schedule of Creditors Holding Secured Claims            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re     **Aubrey Bruce Wring,**
         **Virginia A. Wring**                         Case No. _____

                                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BAC Home Loan Servicing(BK)**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | | J | **Rental House @ 3241 Brevard, Memphis, TN**<br><br><br>Value $      **55,300.00** | | | | **60,600.00** | **5,300.00** |
| Account No.<br><br>**BAC Home Loan Servicing(BK)**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | | J | **Rental House @ 4100 Camelot, Memphis, TN**<br><br><br>Value $      **52,500.00** | | | | **32,600.00** | **0.00** |
| Account No.<br><br>**BAC Home Loan Servicing(BK)**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062** | | J | **Rental House @ 5578 Bayshore, Memphis, TN**<br><br><br>Value $      **80,500.00** | | | | **79,100.00** | **0.00** |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | | J | **Rental House @ 4286 Benettwood, Memphis, TN**<br><br><br>Value $      **63,900.00** | | | | **49,800.00** | **0.00** |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | | J | **Rental House @ 4944 Chamberlain, Memphis, TN**<br><br><br>Value $      **68,600.00** | | | | **65,400.00** | **0.00** |

Sheet   **2**   of   **51**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                              Subtotal        | **287,500.00** | **5,300.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
　　　**Virginia A. Wring,**

Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | | J | **Rental House @ 3249 Chisca Ave., Memphis, TN**<br><br>Value $ 　　　　38,500.00 | | | | 42,200.00 | 3,700.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | | J | **Rental House @ 6640 Cindy Lynn, Memphis, TN**<br><br>Value $ 　　　　80,500.00 | | | | 84,600.00 | 4,100.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | | J | **Rental House @ 3800 Clarion Dr., Memphis, TN**<br><br>Value $ 　　　　66,500.00 | | | | 72,600.00 | 6,100.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622** | | J | **Rental House j@ 4552 Countrybrook, Memphis, TN**<br><br>Value $ 　　　　64,400.00 | | | | 71,000.00 | 6,600.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 6629 Crystal Oak Cv., Memphis, TN**<br><br>Value $ 　　　　55,300.00 | | | | 52,100.00 | 0.00 |

Sheet __3__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 322,500.00 | 20,500.00 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037 　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Aubrey Bruce Wring,**          Case No. _____
      **Virginia A. Wring**

_____,
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of America** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232-5224** | | J | **Rental House @ 5376 Crystal Oaks, Memphis, TN** <br><br><br> Value $           **65,800.00** | | | | 70,500.00 | 4,700.00 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232-5224** | | J | **Rental House @ 5948 Cuspidon, Memphis, TN** <br><br><br> Value $           **50,100.00** | | | | 54,500.00 | 4,400.00 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232-5224** | | J | **Rental House @ 1496 Dardon, Memphis, TN** <br><br><br> Value $           **55,800.00** | | | | 45,900.00 | 0.00 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232-5224** | | J | **Rental House @ 4851 Dianne, Memphis, TN** <br><br><br> Value $           **61,600.00** | | | | 58,400.00 | 0.00 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 45224** <br> **Jacksonville, FL 32232-5224** | | J | **Rental House @ 1658 Dolan Dr., Memphis, TN** <br><br><br> Value $           **62,800.00** | | | | 43,300.00 | 0.00 |

Sheet __4__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                                   Subtotal | 272,600.00 | 9,100.00
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
        **Virginia A. Wring,**

Case No. _____

_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 3654 Elm Park, Memphis, TN**<br><br>Value $            **59,500.00** | | | | 53,200.00 | 0.00 |
| Account No. <br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 2851 Emerald St., Memphis, TN**<br><br>Value $            **84,000.00** | | | | 91,000.00 | 7,000.00 |
| Account No. <br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 7326 English Cove, Memphis, TN**<br><br>Value $            **90,300.00** | | | | 104,300.00 | 14,000.00 |
| Account No. <br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 4413 Ernie, Memphis, TN**<br><br>Value $            **62,300.00** | | | | 50,200.00 | 0.00 |
| Account No. <br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 1435 Finley Rd., Memphis, TN**<br><br>Value $            **63,000.00** | | | | 48,700.00 | 0.00 |

Sheet **5** of **51** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | 347,400.00 | 21,000.00 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Aubrey Bruce Wring,**
      **Virginia A. Wring**                                    Case No. _____

                                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bank of America <br>P.O. Box 45224 <br>Jacksonville, FL 32232-5224** | | J | **Rental House @ 1624 Finley Rd., Memphis, TN** <br><br> Value $     **87,500.00** | | | | **64,500.00** | **0.00** |
| Account No. <br><br>**Bank of America <br>P.O. Box 45224 <br>Jacksonville, FL 32232-5224** | | J | **Rental House @ 2160 Fortune Ave., Memphis, TN** <br><br> Value $     **52,500.00** | | | | **42,400.00** | **0.00** |
| Account No. <br><br>**Bank of America <br>P.O. Box 45224 <br>Jacksonville, FL 32232-5224** | | J | **Rental House @ 5901 Foxdale, Memphis, TN** <br><br> Value $     **80,500.00** | | | | **80,900.00** | **400.00** |
| Account No. <br><br>**Bank of America <br>P.O. Box 45224 <br>Jacksonville, FL 32232-5224** | | J | **Rental House @ 4478 Garrison, Memphis,TN** <br><br> Value $     **101,500.00** | | | | **108,300.00** | **6,800.00** |
| Account No. <br><br>**Bank of America <br>P.O. Box 45224 <br>Jacksonville, FL 32232-5224** | | J | **Rental House @ 3334 Gaylord Ln., Memphis, TN** <br><br> Value $     **56,000.00** | | | | **55,500.00** | **0.00** |

Sheet  **6**  of  **51**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                          Subtotal      **351,600.00**      **7,200.00**
                         (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
    **Virginia A. Wring**                                      Case No. _____

                                     ,
                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bank of America** <br>**P.O. Box 45224** <br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 7475 Germanshire, Memphis, TN** <br><br><br> Value $      **108,500.00** | | | | **124,500.00** | **16,000.00** |
| Account No. <br><br>**Bank of America** <br>**P.O. Box 45224** <br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 3798 Germanton S., Memphis, TN** <br><br><br> Value $      **83,300.00** | | | | **81,500.00** | **0.00** |
| Account No. <br><br>**Bank of America** <br>**P.O. Box 45224** <br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 270 Gracewood St., Memphis, TN** <br><br><br> Value $      **50,400.00** | | | | **47,900.00** | **0.00** |
| Account No. <br><br>**Bank of America** <br>**P.O. Box 45224** <br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 4981 Grand Pines, Memphis, TN** <br><br><br> Value $      **118,300.00** | | | | **137,100.00** | **18,800.00** |
| Account No. <br><br>**Bank of America** <br>**P.O. Box 45224** <br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 4527 Green Creek, Memphis, TN** <br><br><br> Value $      **69,300.00** | | | | **70,000.00** | **700.00** |

Sheet __7__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                       Subtotal            **461,000.00**        **35,500.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **Aubrey Bruce Wring,**
      **Virginia A. Wring**                              Case No. _____

_____,

                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 1346 Greer, Memphis,TN**<br><br><br>Value $      **52,500.00** | | | | 53,700.00 | 1,200.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 1882 Janis Dr., Memphis, TN**<br><br><br>Value $      **45,500.00** | | | | 46,400.00 | 900.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 5669 Jardin Place, Memphis, TN**<br><br><br>Value $      **61,600.00** | | | | 52,500.00 | 0.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 8766 Julip, Memphis, TN**<br><br><br>Value $      **129,500.00** | | | | 142,100.00 | 12,600.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232-5224** | | J | **Rental House @ 2068 Lee Cv., Memphis, TN**<br><br><br>Value $      **52,500.00** | | | | 44,200.00 | 0.00 |

Sheet **8** of **51** continuation sheets attached to                     Subtotal | 338,900.00 | 14,700.00
Schedule of Creditors Holding Secured Claims               (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
     **Virginia A. Wring**
                                     ,

Case No. _____

            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America Mortgage**<br>**P.O. Box 35140**<br>**Louisville, KY 40232** | | J | Rental House @ 59 Hidden Valley, Memphis, TN<br><br>Value $       62,300.00 | | | | 55,000.00 | 0.00 |
| Account No.<br><br>**Bank of America Mortgage**<br>**P.O. Box 35140**<br>**Louisville, KY 40232** | | J | Rental House @ 7320 Hollorn, Memphis, TN<br><br>Value $       80,500.00 | | | | 57,800.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | Rental House @ 4031 Autumn Springs, Memphis, TN<br><br>Value $     105,000.00 | | | | 83,540.00 | 0.00 |
| Account No.<br><br>**Bank Of Bartlett**<br>**P.O. Box 341187**<br>**Bartlett, TN 38134-1187** | | J | Rental House @ 5631 Blocker, Memphis, TN<br><br>Value $      94,500.00 | | | | 66,030.00 | 0.00 |
| Account No.<br><br>**Bank Of Bartlett**<br>**P.O. Box 341187**<br>**Bartlett, TN 38134-1187** | | J | Rental House @ 3671 Boeingshire, Memphis, TN<br><br>Value $      61,600.00 | | | | 49,600.00 | 0.00 |

Sheet __9__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      311,970.00      0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
**Virginia A. Wring,**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank Of Bartlett** <br>**P.O. Box 341187** <br>**Bartlett, TN 38134-1187** | | J | **Rental House @ 4000 Bordeaux Cv, Memphis, TN** <br><br> Value $ 118,300.00 | | | | 87,100.00 | 0.00 |
| Account No. <br><br> **Bank Of Bartlett** <br>**P.O. Box 341187** <br>**Bartlett, TN 38134-1187** | | J | **Rental House @ 3329 Boxdale, Memphis, TN** <br><br> Value $ 53,500.00 | | | | 39,580.00 | 0.00 |
| Account No. <br><br> **Bank of Bartlett** <br>**P.O. Box 341187** <br>**Memphis, TN 38134-1187** | | J | **Rental House @ 5035 Barkshire, Memphis, TN** <br><br> Value $ 64,400.00 | | | | 56,115.00 | 0.00 |
| Account No. <br><br> **Bank Of Bartlett** <br>**P.O. Box 341187** <br>**Bartlett, TN 38134-1187** | | J | **Rental House @ 7738 Brookbury Cv, Memphis, Tn** <br><br> Value $ 101,500.00 | | | | 92,675.00 | 0.00 |
| Account No. <br><br> **Bank of Bartlett** <br>**P.O. Box 341187** <br>**Memphis, TN 38134-1187** | | J | **Rental House @ 4621 Chadwell, Memphis, TN** <br><br> Value $ 64,400.00 | | | | 77,000.00 | 12,600.00 |

Sheet __10__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 352,470.00 | 12,600.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
    **Virginia A. Wring**    Case No. _____

_____,
             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 6047 Chadwell, Memphis, TN**<br><br>Value $                62,300.00 | | | | 63,900.00 | 1,600.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 4118 Charles Dr., Memphis ,TN**<br><br>Value $                69,300.00 | | | | 61,850.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 4461 Cleopatra, Memphis, TN**<br><br>Value $                68,600.00 | | | | 61,300.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 2698 Cottonridge, Memphis, TN**<br><br>Value $                65,800.00 | | | | 56,100.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 6625 Crystal Oak, Memphis, TN**<br><br>Value $                62,300.00 | | | | 44,200.00 | 0.00 |

Sheet __11__ of __51__ continuation sheets attached to                 Subtotal              | 287,350.00 | 1,600.00 |
Schedule of Creditors Holding Secured Claims         (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                              Case No. _____
         **Virginia A. Wring**
_____ ,
                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 6630 Crystal Oak Cv., Memphis, TN**<br><br>Value $            94,500.00 | | | | 56,100.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 5370 Crystal Oaks, Memphis, TN**<br><br>Value $            84,000.00 | | | | 83,800.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 2438 Dove Glen Cove, Memphis, TN**<br><br>Value $            80,500.00 | | | | 71,800.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 4635 Ferrin, Memphis, TN**<br><br>Value $            65,800.00 | | | | 62,000.00 | 0.00 |
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | **Rental House @ 4408 Gailwood Ave., Memphis, TN**<br><br>Value $            53,200.00 | | | | 44,500.00 | 0.00 |

Sheet __12__ of __51__ continuation sheets attached to                     Subtotal | 318,200.00 | 0.00
Schedule of Creditors Holding Secured Claims                     (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
     **Virginia A. Wring**
_____,
                         Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 5279 Gemstone Way, Memphis, TN** <br><br> Value $         **132,300.00** | | | | 126,900.00 | 0.00 |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 2121 Goodhaven, Memphis,TN** <br><br> Value $         **68,600.00** | | | | 69,400.00 | 800.00 |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 3726 Graves, Memphis, TN** <br><br> Value $         **52,500.00** | | | | 43,300.00 | 0.00 |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 1009 Grouse Meadow, Memphis, TN** <br><br> Value $         **101,500.00** | | | | 78,300.00 | 0.00 |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 3555 Hanna Dr., Memphis, TN** <br><br> Value $         **62,300.00** | | | | 53,100.00 | 0.00 |

Sheet __13__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

371,000.00      800.00

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **Aubrey Bruce Wring,**
        **Virginia A. Wring**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 4775 Harvest Park, Memphis, TN** <br><br><br> Value $      **118,300.00** | | | | **123,500.00** | **5,200.00** |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 4852 Harvest Park, Memphis, TN** <br><br><br> Value $      **126,000.00** | | | | **123,500.00** | **0.00** |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 284 Hope, Memphis, TN** <br><br><br> Value $      **64,400.00** | | | | **65,400.00** | **1,000.00** |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 2759 Java Dr., Memphis, TN** <br><br><br> Value $      **99,300.00** | | | | **109,600.00** | **10,300.00** |
| Account No. <br><br> **Bank of Bartlett** <br> **P.O. Box 341187** <br> **Memphis, TN 38134-1187** | | J | **Rental House @ 8425 King William, Memphis, TN** <br><br><br> Value $      **168,000.00** | | | | **159,000.00** | **0.00** |

Sheet __14__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **581,000.00** | **16,500.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
         **Virginia A. Wring,**                                    Case No. _____

                                                    ,
                                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of Bartlett**<br>**P.O. Box 341187**<br>**Memphis, TN 38134-1187** | | J | Rental House @ 6745 Lakepont Circle, Memphis,TN<br><br><br>Value $ 122,500.00 | | | | 104,100.00 | 0.00 |
| Account No.<br><br>**Cadence Banking**<br>**P.O. Box 1187**<br>**Starkville, MS 39760** | | J | Rental House @ 4360 Cloudburst, Memphis, TN<br><br><br>Value $ 63,000.00 | | | | 72,900.00 | 9,900.00 |
| Account No.<br><br>**Chase**<br>**PO Box 15583**<br>**Wilmington, DE 19886-1194** | | J | Rental House @ 3999 Autumn Springs, Memphis, TN<br><br><br>Value $ 118,700.00 | | | | 102,300.00 | 0.00 |
| Account No.<br><br>**Chase**<br>**PO Box 15583**<br>**Wilmington, DE 19886-1194** | | J | Rental House @ 4014 Autumn Springs, Memphis, TN<br><br><br>Value $ 105,000.00 | | | | 100,100.00 | 0.00 |
| Account No.<br><br>**Chase**<br>**PO Box 15583**<br>**Wilmington, DE 19886-1194** | | J | Rental House @ 4940 Battle Forrest, Memphis, TN<br><br><br>Value $ 73,500.00 | | | | 68,200.00 | 0.00 |

Sheet __15__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 447,600.00 | 9,900.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
         **Virginia A. Wring**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Chase**<br>**PO Box 15583**<br>**Wilmington, DE 19886-1194** | | J | | **Rental House @ 4940 Battle Forrest, Memphis, TN**<br><br>Value $       **73,500.00** | | | | **68,200.00** | **0.00** |
| Account No.<br><br>**Chase**<br>**PO Box 15583**<br>**Wilmington, DE 19886-1194** | | J | | **Rental House @ 4940 Battle Forrest, Memphis, TN**<br><br>Value $       **73,500.00** | | | | **68,200.00** | **0.00** |
| Account No.<br><br>**Chase Home Finance**<br>**P.O. Box 509011**<br>**San Diego, CA 92150-9011** | | J | | **Rental House @ 5295 Cherokee Rose, Memphis, TN**<br><br>Value $      **117,700.00** | | | | **111,100.00** | **0.00** |
| Account No.<br><br>**Chase Home Finance**<br>**P.O. Box 509011**<br>**San Diego, CA 92150-9011** | | J | | **Rental House @ 4313 Cleopatra, Memphis, TN**<br><br>Value $       **68,600.00** | | | | **66,000.00** | **0.00** |
| Account No.<br><br>**Chase Home Finance**<br>**P.O. Box 509011**<br>**San Diego, CA 92150-9011** | | J | | **Rental House @ 4437 Cleopatra, Memphis, TN**<br><br>Value $       **94,500.00** | | | | **87,800.00** | **0.00** |

Sheet **16** of **51** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    **401,300.00**    **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
　　　　**Virginia A. Wring**                                                  Case No. _____
_____,
　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Chase Home Finance <br> P.O. Box 509011 <br> San Diego, CA 92150-9011 | | J | Rental House @ 4445 Cleopatra, Memphis, TN <br><br><br> Value $　　　　54,600.00 | | | | 49,600.00 | 0.00 |
| Account No. <br><br> Chase Home Finance <br> P.O. Box 509011 <br> San Diego, CA 92150-9011 | | J | Rental House @ 4411 Crescent Park Dr., Memphis, TN <br><br><br> Value $　　　　59,500.00 | | | | 46,200.00 | 0.00 |
| Account No. <br><br> Chase Home Finance <br> P.O. Box 509011 <br> San Diego, CA 92150-9011 | | J | Rental House @ 4324 Duncan, Memphis, TN <br><br><br> Value $　　　　69,000.00 | | | | 50,500.00 | 0.00 |
| Account No. <br><br> Chase Home Finance <br> P.O. Box 509011 <br> San Diego, CA 92150-9011 | | J | Rental House @ 6315 Farm Hill Dr., Memphis, TN <br><br><br> Value $　　　101,100.00 | | | | 93,800.00 | 0.00 |
| Account No. <br><br> Chase Home Finance <br> P.O. Box 509011 <br> San Diego, CA 92150-9011 | | J | Rental House @ 5371 Farm Ridge, Memphis, TN <br><br><br> Value $　　　103,600.00 | | | | 95,600.00 | 0.00 |

Sheet _17_ of _51_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)　　335,700.00　　0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                    Case No. _____
         **Virginia A. Wring**
_____,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 7605 Fox Bridge, Memphis, TN<br><br><br>Value $          126,000.00 | | | | 98,500.00 | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 4135 Glenroy, Memphis,TN<br><br><br>Value $          87,500.00 | | | | 67,500.00 | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 4454 Hancock, Memphis, TN<br><br><br>Value $          61,600.00 | | | | 52,000.00 | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 4746 Harvest Park, Memphis, TN<br><br><br>Value $          101,500.00 | | | | 106,000.00 | 4,500.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 6323 Hayfield, Memphis, TN<br><br><br>Value $          98,000.00 | | | | 74,500.00 | 0.00 |

Sheet __18__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 398,500.00 | 4,500.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
**Virginia A. Wring**

Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 6320 Hayfield West, Memphis, TN<br><br>Value $          102,100.00 | | | | 95,100.00 | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 6329 Hayfield West, Memphis, TN<br><br>Value $          97,300.00 | | | | 92,200.00 | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 6335 Hayfield West, Memphis, TN<br><br>Value $          103,600.00 | | | | 93,800.00 | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 5987 Hickory Grove, Memphis, TN<br><br>Value $          128,400.00 | | | | 110,800.00 | 0.00 |
| Account No.<br><br>Chase Home Finance<br>P.O. Box 509011<br>San Diego, CA 92150-9011 | | J | Rental House @ 6537 Imperial Oaks, Memphis, TN<br><br>Value $          65,800.00 | | | | 56,900.00 | 0.00 |

Sheet __19__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 448,800.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Aubrey Bruce Wring,**　　　　　　　　　　　　　　Case No. _____
　　　　**Virginia A. Wring**

_____,
　　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Rental House @ 5831 Jardin Place, Memphis, TN | | | | | |
| Chase Home Finance P.O. Box 509011 San Diego, CA 92150-9011 | | J | | | | | | |
| | | | Value $              51,100.00 | | | | 43,600.00 | 0.00 |
| Account No. | | | Rental House @ 4677 Lindawood, Memphis, TN | | | | | |
| Chase Home Finance P.O. Box 509011 San Diego, CA 92150-9011 | | J | | | | | | |
| | | | Value $              61,600.00 | | | | 60,800.00 | 0.00 |
| Account No. | | | Rental House @ 4695 Lindawood, Memphis, TN | | | | | |
| Chase Home Finance P.O. Box 509011 San Diego, CA 92150-9011 | | J | | | | | | |
| | | | Value $              62,300.00 | | | | 57,300.00 | 0.00 |
| Account No. | | | 9/00 First Mortgage Rental House @ 8072 Abbington, Memphis, TN | | | | | |
| Chase Home Finance(BK) Dept G-7 3415 Vision Dr Columbus, OH 43219 | | J | | | | | | |
| | | | Value $            157,500.00 | | | | 126,500.00 | 0.00 |
| Account No. | | | Rental House @ 5325 Albermarle, Memphis, TN | | | | | |
| Chase Home Finance(BK) Dept G-7 3415 Vision Dr Columbus, OH 43219 | | J | | | | | | |
| | | | Value $              69,300.00 | | | | 60,300.00 | 0.00 |

Sheet __20__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 348,500.00 | 0.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Virginia A. Wring**

_____ ,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chase Home Finance(BK)**<br>**Dept G-7**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | | J | **Rental House @ 4390 Angarth, Memphis, TN**<br><br>Value $　　　　102,900.00 | | | | 83,500.00 | 0.00 |
| Account No.<br><br>**Chase Home Finance(BK)**<br>**Dept G-7**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | | J | **Rental House @ 5060 Ashland Grove, Memphis, TN**<br><br>Value $　　　　147,000.00 | | | | 146,700.00 | 0.00 |
| Account No.<br><br>**Chase Home Finance(BK)**<br>**Dept G-7**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | | J | **Rental House @ 1001 Bonnie, Memphis, TN**<br><br>Value $　　　　49,800.00 | | | | 44,300.00 | 0.00 |
| Account No.<br><br>**Chase Home Finance(BK)**<br>**Dept G-7**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | | J | **Rental House @ 7670 Callaway Hills, Memphis, TN**<br><br>Value $　　　　124,600.00 | | | | 122,000.00 | 68,780.00 |
| Account No.<br><br>**Chase Home Finance(BK)**<br>**Dept G-7**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | | J | **Rental House @ 7670 Callaway Hills, Memphis, TN**<br><br>Value $　　　　124,600.00 | | | | 122,000.00 | 0.00 |

Sheet __21__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)　　518,500.00　　68,780.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**          Case No. _____
**Virginia A. Wring,**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chase Manhattan Home Finance**<br>**P.O. Box 78116**<br>**Phoenix, AZ 85062** | | J | **Rental House @ 4146 Garden Birch, Memphis, TN**<br><br>Value $                55,700.00 | | | | 41,700.00 | 0.00 |
| Account No.<br><br>**CitiMortgage(BK)**<br>**5280 Corporate Dr MC 0251**<br>**Frederick, MD 21703** | | J | **Rental House @ 4681 Allendale, Memphis, TN**<br><br>Value $              105,000.00 | | | | 97,700.00 | 0.00 |
| Account No.<br><br>**CitiMortgage(BK)**<br>**5280 Corporate Dr MC 0251**<br>**Frederick, MD 21703** | | J | **Rental House @ 6442 Amberview Cv, Memphis, TN**<br><br>Value $                65,700.00 | | | | 56,100.00 | 0.00 |
| Account No.<br><br>**First Alliance Bank**<br>**51 Germantown Ct # 100**<br>**Cordova, TN 38018** | | J | **Rental House @ 262 Ericson, Memphis, TN**<br><br>Value $              196,000.00 | | | | 123,100.00 | 0.00 |
| Account No.<br><br>**First Capital**<br>**P.O. Box 382250**<br>**Germantown, TN 38183** | | J | **Rental House @ 3088 Benjestown Rd., Memphis, TN**<br><br>Value $                28,000.00 | | | | 25,380.00 | 0.00 |

Sheet __22__ of __51__ continuation sheets attached to           Subtotal           343,980.00           0.00
Schedule of Creditors Holding Secured Claims                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                      Case No. _____
**Virginia A. Wring**
_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Rental House @ 3095 Benjestown Rd., Memphis, TN | | | | | |
| **First Capital** **P.O. Box 382250** **Germantown, TN 38183** | | J | | | | | | |
| | | | Value $          **35,000.00** | | | | **32,475.00** | **0.00** |
| Account No. | | | Rental House @ 3096 Benjestown Rd., Memphis, TN | | | | | |
| **First Capital** **P.O. Box 382250** **Germantown, TN 38183** | | J | | | | | | |
| | | | Value $          **33,600.00** | | | | **29,850.00** | **0.00** |
| Account No. | | | Rental House @ 1181 Coker St., Memphis, TN | | | | | |
| **First Capital** **P.O. Box 382250** **Germantown, TN 38183** | | J | | | | | | |
| | | | Value $          **35,000.00** | | | | **14,600.00** | **0.00** |
| Account No. | | | Rental House @ 1508 Colonial Rd., Memphis, TN | | | | | |
| **First Capital** **P.O. Box 382250** **Germantown, TN 38183** | | J | | | | | | |
| | | | Value $          **49,000.00** | | | | **39,400.00** | **0.00** |
| Account No. | | | Rental House @ 2409 Dexter, Memphis, TN | | | | | |
| **First Capital** **P.O. Box 382250** **Germantown, TN 38183** | | J | | | | | | |
| | | | Value $          **17,500.00** | | | | **0.00** | **0.00** |

Sheet __23__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                         **116,325.00**          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
**Virginia A. Wring**,
          Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Capital**<br>**P.O. Box 382250**<br>**Germantown, TN 38183** | | J | **Rental House @ 1299 Dunnavant, Memphis, TN**<br><br>Value $     35,000.00 | | | | 14,600.00 | 0.00 |
| Account No.<br><br>**First Capital**<br>**P.O. Box 382250**<br>**Germantown, TN 38183** | | J | **Rental House @ 1325 Glenn, Memphis, TN**<br><br>Value $     35,000.00 | | | | 14,600.00 | 0.00 |
| Account No.<br><br>**First Capital Bank**<br>**7575 Poplar Avenue**<br>**Germantown, TN 38138** | | J | **Rental House @ 934 Alaska, Memphis, TN**<br><br>Value $     35,000.00 | | | | 14,585.00 | 0.00 |
| Account No.<br><br>**First Citizens Bank**<br>**P.O. Box 370**<br>**Dyersburg, TN 38024** | | J | **Rental House @ 4793 Harvest Park, Memphis, TN**<br><br>Value $     125,300.00 | | | | 99,200.00 | 0.00 |
| Account No.<br><br>**First Citizens Bank**<br>**P.O. Box 370**<br>**Dyersburg, TN 38024** | | J | **Rental House @ 4825 Harvest Park, Memphis, TN**<br><br>Value $     124,600.00 | | | | 99,200.00 | 0.00 |

Sheet __24__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     242,185.00     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
　　　**Virginia A. Wring,**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Citizens Bank**<br>**P.O. Box 370**<br>**Dyersburg, TN 38024** | | J | **Rental House @ 4881 Harvest Park, Memphis, TN**<br><br>Value $　　　　120,400.00 | | | | 99,100.00 | 0.00 |
| Account No.<br><br>**First Citizens Bank**<br>**P.O. Box 370**<br>**Dyersburg, TN 38024** | | J | **Rental House @ 2593 Kate Bond, Memphis, TN**<br><br>Value $　　　　111,500.00 | | | | 53,500.00 | 0.00 |
| Account No.<br><br>**First Citizens Bank**<br>**P.O. Box 370**<br>**Dyersburg, TN 38024** | | J | **Rental House @ 3020 Logancrest Cove, Memphis, TN**<br><br>Value $　　　　196,000.00 | | | | 152,500.00 | 0.00 |
| Account No.<br><br>**First Citizens Bank**<br>**P.O. Box 370**<br>**Dyersburg, TN 38024** | | J | **Rental House @ 7462 Logancrest Lane, Memphis, TN**<br><br>Value $　　　　164,500.00 | | | | 109,600.00 | 0.00 |
| Account No.<br><br>**First Citizens NA**<br>**P.O. Box 370**<br>**Dyersburg, TN 38025** | | J | **Rental House @ 9441 Bethel Memphis, TN**<br><br>Value $　　　　140,000.00 | | | | 89,565.00 | 0.00 |

Sheet __25__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 504,265.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
     **Virginia A. Wring**
_____,
                    Debtors

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Citizens NA**<br>**P.O. Box 370**<br>**Dyersburg, TN 38025** | | J | **Rental House @ 9465 Bethel, Memphis, TN**<br><br>Value $       **182,000.00** | | | | **150,250.00** | **0.00** |
| Account No.<br><br>**First Citizens NA**<br>**P.O. Box 370**<br>**Dyersburg, TN 38025** | | J | **Rental House @ 4210 Brighton, Memphis, TN**<br><br>Value $       **52,500.00** | | | | **43,950.00** | **0.00** |
| Account No.<br><br>**First State Bank**<br>**3796 North Highland, Suite A**<br>**Jackson, TN 38305** | | J | **Rental House @ 4935 Battle Forrest, Memphis, TN**<br><br>Value $       **73,500.00** | | | | **60,400.00** | **0.00** |
| Account No.<br><br>**First State Bank**<br>**P.O. Box 527**<br>**Union City, TN 38281** | | J | **Rental House @ 4611 Chadwell, Memphis, TN**<br><br>Value $       **62,300.00** | | | | **58,700.00** | **0.00** |
| Account No.<br><br>**First State Bank**<br>**P.O. Box 527**<br>**Union City, TN 38281** | | J | **Rental House @ 5912 Chadwell, Memphis, TN**<br><br>Value $       **87,500.00** | | | | **66,100.00** | **0.00** |

Sheet __26__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **379,400.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**                                              Case No. _____
       **Virginia A. Wring**
_____,
                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> **First State Bank** <br> **P.O. Box 527** <br> **Union City, TN 38281** | | | J | **Rental House @ 5946 Chadwell, Memphis, TN** <br><br><br> Value $              **61,600.00** | | | | **56,900.00** | **0.00** |
| Account No. <br><br> **First State Bank** <br> **P.O. Box 527** <br> **Union City, TN 38281** | | | J | **Rental House @ 4309 Cleopatra, Memphis, TN** <br><br><br> Value $              **73,500.00** | | | | **59,100.00** | **0.00** |
| Account No. <br><br> **First State Bank** <br> **P.O. Box 527** <br> **Union City, TN 38281** | | | J | **Rental House @ 4347 Cleopatra, Memphis, TN** <br><br><br> Value $              **85,400.00** | | | | **59,100.00** | **0.00** |
| Account No. <br><br> **First State Bank** <br> **P.O. Box 527** <br> **Union City, TN 38281** | | | J | **Rental House @ 4377 Cleopatra, Memphis, TN** <br><br><br> Value $              **94,500.00** | | | | **81,000.00** | **0.00** |
| Account No. <br><br> **First State Bank** <br> **P.O. Box 527** <br> **Union City, TN 38281** | | | J | **Rental House @ 4421 Cleopatra, Memphis, TN** <br><br><br> Value $              **67,200.00** | | | | **57,200.00** | **0.00** |

Sheet __**27**__ of __**51**__ continuation sheets attached to                          Subtotal                | **313,300.00** | **0.00** |
Schedule of Creditors Holding Secured Claims                              (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                      Case No. _____
      **Virginia A. Wring**
_____ ,
                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>**First State Bank<br>P.O. Box 527<br>Union City, TN 38281** | | J | | **Rental House @ 5354 Farm Ridge, Memphis, TN**<br><br>Value $     **98,000.00** | | | | **84,200.00** | **0.00** |
| Account No.<br><br>**First State Bank<br>P.O. Box 527<br>Union City, TN 38281** | | J | | **Rental House @ 4720 Harvest Park, Memphis, TN**<br><br>Value $     **109,400.00** | | | | **86,200.00** | **0.00** |
| Account No.<br><br>**First State Bank<br>P.O. Box 527<br>Union City, TN 38281** | | J | | **Rental House @ 26 Hickory Hills, Memphis, TN**<br><br>Value $     **59,500.00** | | | | **34,300.00** | **0.00** |
| Account No.<br><br>**First State Bank<br>P.O. Box 527<br>Union City, TN 38281** | | J | | **Rental House @ 5036 Holly Ridge, Memphis, TN**<br><br>Value $     **59,500.00** | | | | **47,600.00** | **0.00** |
| Account No.<br><br>**First State Bank<br>P.O. Box 527<br>Union City, TN 38281** | | J | | **Rental House @ 5064 Judy Lynn, Memphis, TN**<br><br>Value $     **65,500.00** | | | | **58,500.00** | **0.00** |

Sheet __28__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                              Subtotal | **310,800.00** | **0.00**
                    (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
      **Virginia A. Wring**

Case No. _____

                                       ,
               Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First State Bank**<br>**P.O. Box 527**<br>**Union City, TN 38281** | | J | **Rental House @ 4687 Lindawood, Memphis, TN**<br><br>Value $              62,300.00 | | | | 52,700.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**165 Madison**<br>**Memphis, TN 38103** | | J | **Rental House @ 4004 Auburn, Memphis, TN**<br><br>Value $              87,500.00 | | | | 60,200.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 31**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 9330 Barrow, Memphis, TN**<br><br>Value $            115,500.00 | | | | 95,210.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 31**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 9347 Barrow, Memphis, TN**<br><br>Value $            115,500.00 | | | | 96,180.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 3993 Charles Dr., Memphis, TN**<br><br>Value $              50,700.00 | | | | 50,700.00 | 0.00 |

Sheet __29__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     354,990.00     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
     **Virginia A. Wring**

Case No. _____

_____,
                Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 5020 Crab Orchard, Memphis, TN**<br><br>Value $    101,500.00 | | | | 86,700.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 1304 Crossmont Cv., Memphis, TN**<br><br>Value $    169,400.00 | | | | 150,600.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 7316 Eggleston, Memphis, TN**<br><br>Value $    65,100.00 | | | | 24,200.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 6088 Elkgrove Rd., Memphis, TN**<br><br>Value $    63,000.00 | | | | 37,400.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 6283 Farm Hill Dr., Memphis, TN**<br><br>Value $    98,000.00 | | | | 82,900.00 | 0.00 |

Sheet __30__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 381,800.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
        **Virginia A. Wring,**

Case No. _____

,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Tennessee** <br> **P.O. Box 84** <br> **Memphis, TN 38101-0031** | | J | **Rental House @ 5347 Farm Ridge, Memphis, TN** <br><br><br> Value $             98,000.00 | | | | 81,700.00 | 0.00 |
| Account No. <br><br> **First Tennessee** <br> **P.O. Box 84** <br> **Memphis, TN 38101-0031** | | J | **Rental House @ 5353 Farm Ridge, Memphis, TN** <br><br><br> Value $             98,000.00 | | | | 79,700.00 | 0.00 |
| Account No. <br><br> **First Tennessee** <br> **P.O. Box 84** <br> **Memphis, TN 38101-0031** | | J | **Rental House @ 5372 Farm Ridge, Memphis, TN** <br><br><br> Value $             81,800.00 | | | | 66,000.00 | 0.00 |
| Account No. <br><br> **First Tennessee** <br> **P.O. Box 84** <br> **Memphis, TN 38101-0031** | | J | **Rental House @ 3790 Fern Creek, Memphis, TN** <br><br><br> Value $             58,100.00 | | | | 54,600.00 | 0.00 |
| Account No. <br><br> **First Tennessee** <br> **P.O. Box 84** <br> **Memphis, TN 38101-0031** | | J | **Rental House @ 3307 Frayser View Dr., Memphis,TN** <br><br><br> Value $             39,200.00 | | | | 26,600.00 | 0.00 |

Sheet __31__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 308,600.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**        Case No. _____
      **Virginia A. Wring**

_____,
                                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 3181 Freeman Cv., Memphis, TN**<br><br><br>Value $     **90,300.00** | | | | 82,700.00 | 0.00 |
| Account No. <br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 4790 Harvest Park, Memphis, TN**<br><br><br>Value $     **126,000.00** | | | | 118,600.00 | 0.00 |
| Account No. <br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 4801 Harvest Park, Memphis, TN**<br><br><br>Value $     **120,400.00** | | | | 118,600.00 | 0.00 |
| Account No. <br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 4873 Harvest Park, Memphis, TN**<br><br><br>Value $     **126,000.00** | | | | 111,400.00 | 0.00 |
| Account No. <br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 8941 Hickory Trail, Memphis, TN**<br><br><br>Value $     **157,500.00** | | | | 113,500.00 | 0.00 |

Sheet **32** of **51** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     **544,800.00**     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
        **Virginia A. Wring,**

Case No. _____

_____,
                                   Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 5257 Jordan Dr., Memphis, TN**<br><br>Value $              55,300.00 | | | | 59,600.00 | 4,300.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 6900 N. Knoll, Memphis, TN**<br><br>Value $              51,000.00 | | | | 28,000.00 | 0.00 |
| Account No.<br><br>**First Tennessee**<br>**P.O. Box 84**<br>**Memphis, TN 38101-0031** | | J | **Rental House @ 4211 Lansdowne Dr., Memphis, TN**<br><br>Value $              50,300.00 | | | | 44,300.00 | 0.00 |
| Account No.<br><br>**First Tennessee Bank**<br>**P.O. Box 84**<br>**Memphis, TN 38101** | | J | **Rental House @ 3188 Bell Tower, Memphis, TN**<br><br>Value $              65,100.00 | | | | 67,880.00 | 2,780.00 |
| Account No.<br><br>**First Tennessee Bank**<br>**P.O. Box 84**<br>**Memphis, TN 38101** | | J | **Rental House @ 6457 Copper Valley, Memphis, TN**<br><br>Value $              97,300.00 | | | | 82,700.00 | 0.00 |

Sheet __33__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 282,480.00 | 7,080.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
       **Virginia A. Wring,**

Case No. _____

_____
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Tennessee Home** <br> **1425 Germantown Pkwy** <br> **Germantown, TN 38138** | | J | **Rental House @ 4563 Appleville, Memphis, TN** <br><br><br> Value $ 59,500.00 | | | | 52,600.00 | 0.00 |
| Account No. <br><br> **First Tennessee Home** <br> **1425 Germantown Pkwy** <br> **Germantown, TN 38138** | | J | **Rental House @ 5005 Ashland Grove, Memphis, TN** <br><br><br> Value $ 136,500.00 | | | | 117,190.00 | 0.00 |
| Account No. <br><br> **First Tennessee Home** <br> **1425 Germantown Pkwy** <br> **Germantown, TN 38138** | | J | **Rental House @ 7361 Ashley Oaks, Memphis, TN** <br><br><br> Value $ 117,600.00 | | | | 106,685.00 | 0.00 |
| Account No. <br><br> **First Tennessee Home** <br> **1425 Germantown Pkwy** <br> **Germantown, TN 38138** | | J | **Rental House @ 5643 Blocker, Memphis, TN** <br><br><br> Value $ 90,300.00 | | | | 80,715.00 | 0.00 |
| Account No. <br><br> **First Tennessee Home** <br> **1425 Germantown Pkwy** <br> **Germantown, TN 38138** | | J | **Rental House @ 7857 Brad Forrest, Memphis, TN** <br><br><br> Value $ 82,600.00 | | | | 68,850.00 | 0.00 |

Sheet __34__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  |  426,040.00  |  0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
         **Virginia A. Wring,**

                                                                    Case No. _____

                                    ,
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Tennessee Home**<br>**1425 Germantown Pkwy**<br>**Germantown, TN 38138** | | J | **Rental House @ 6910 Branch, Memphis, TN**<br><br>Value $ 87,500.00 | | | | 80,715.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home**<br>**1425 Germantown Pkwy**<br>**Germantown, TN 38138** | | J | **Rental House @ 7616 Breezewood, Memphis, TN**<br><br>Value $ 120,400.00 | | | | 98,220.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home**<br>**1425 Germantown Pkwy**<br>**Germantown, TN 38138** | | J | **Rental House @ 1518 Briar, Memphis, TN**<br><br>Value $ 78,100.00 | | | | 71,380.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home**<br>**1425 Germantown Pkwy**<br>**Germantown, TN 38138** | | J | **Rental House @ 511 Burkhart, Memphis, TN**<br><br>Value $ 64,400.00 | | | | 56,980.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home**<br>**1425 Germantown Pkwy**<br>**Germantown, TN 38138** | | J | **Rental House @ 8015 Calefalls, Memphis, TN**<br><br>Value $ 138,600.00 | | | | 120,600.00 | 0.00 |

Sheet _35_ of _51_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    427,895.00    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Aubrey Bruce Wring,**
     **Virginia A. Wring**                                   Case No. _____

_____,
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Tennessee Home**<br>**1425 Germantown Pkwy**<br>**Germantown, TN 38138** | | J | **Rental House @ 8016 Calefalls, Memphis, TN**<br><br>Value $ 143,500.00 | | | | 124,700.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home Loan**<br>**P.O. Box 1545**<br>**Memphis, TN 38101-1545** | | J | **First Mortgage**<br><br>**Rental House @ 8057 Abbington, Memphis, TN acquired 9/00**<br><br>Value $ 134,000.00 | | | | 128,760.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home Loan**<br>**P.O. Box 1545**<br>**Memphis, TN 38101-1545** | | J | **Rental House @ 5070 Ashland Grove, Memphis, TN**<br><br>Value $ 147,000.00 | | | | 125,650.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home Loan**<br>**P.O. Box 1545**<br>**Memphis, TN 38101-1545** | | J | **Rental House @ 5619 Blocker, Memphis, TN**<br><br>Value $ 96,600.00 | | | | 77,120.00 | 0.00 |
| Account No.<br><br>**First Tennessee Home Loan**<br>**P.O. Box 1545**<br>**Memphis, TN 38101-1545** | | J | **Rental House @ 9402 Brigstock, Memphis, TN**<br><br>Value $ 112,000.00 | | | | 96,100.00 | 0.00 |

Sheet __36__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 552,330.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**                 Case No. _____
          **Virginia A. Wring**

                                         Debtors ,

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**Ford Motor Credit**<br>**P.O. Box 537901**<br>**Livonia, MI 48153-7901** | | | | J | '7 Ford Explorer<br><br>Value $        5,000.00 | | | | 1,000.00 | 0.00 |
| Account No.<br><br>**GMAC Mortgage(BK)**<br>**P.O. Box 4622**<br>**Waterloo, IA 50704** | | | | J | Rental House @ 4993 Graham Lake, Memphis, TN<br><br>Value $       126,000.00 | | | | 112,800.00 | 0.00 |
| Account No.<br><br>**MATCU**<br>**7845 Hwy 64**<br>**Memphis, TN 38133** | | | | J | Rental House @ 3046 Brookdale, Memphis, TN<br><br>Value $        62,300.00 | | | | 48,425.00 | 0.00 |
| Account No.<br><br>**MATCU**<br>**7845 Hwy 64**<br>**Memphis, TN 38133** | | | | J | Rental House @ 7670 Callaway Hills, Memphis, TN<br><br>Value $       124,600.00 | | | | 71,380.00 | 0.00 |
| Account No.<br><br>**MATCU**<br>**7845 Hwy 64**<br>**Memphis, TN 38133** | | | | J | Rental House @ 6538 Baybrook, Memphis, TN<br><br>Value $        64,800.00 | | | | 71,380.00 | 6,580.00 |

Sheet __37__ of __51__ continuation sheets attached to        Subtotal | 304,985.00 | 6,580.00
Schedule of Creditors Holding Secured Claims       (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
         **Virginia A. Wring,**                                        Case No. _____

_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MATCU** <br> **P.O. Box 5238** <br> **Carol Stream, IL 60197** | | J | Rental House @ 5876 Hamlet, Memphis, TN <br><br><br> Value $            52,500.00 | | | | 51,000.00 | 0.00 |
| Account No. <br><br> **MATCU** <br> **P.O. Box 5238** <br> **Carol Stream, IL 60197** | | J | Rental House @ 1579 Hester, Memphis, TN <br><br><br> Value $            66,500.00 | | | | 73,300.00 | 6,800.00 |
| Account No. <br><br> **MATCU** <br> **P.O. Box 5238** <br> **Carol Stream, IL 60197** | | J | Rental House @ 8875 Hidden Springs, Memph, TN <br><br><br> Value $            96,300.00 | | | | 126,100.00 | 29,800.00 |
| Account No. <br><br> **Memphis Area Teacher's Credit Union** <br> **7845 Hwy 64** <br> **Memphis, TN 38133** | | J | Rental House @ 7253 Ashley Oaks, Memphis, TN <br><br><br> Value $           112,000.00 | | | | 101,140.00 | 0.00 |
| Account No. <br><br> **Memphis Area Teacher's Credit Union** <br> **7845 Hwy 64** <br> **Memphis, TN 38133** | | J | Rental House @ 4906 Bluewing, Memphis, TN <br><br><br> Value $            75,300.00 | | | | 70,020.00 | 0.00 |

Sheet __38__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            421,560.00            36,600.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
     **Virginia A. Wring**    Case No. _____
                                    ,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Nationstar Mortgage**<br>**P.O. Box 299008**<br>**Lewisville, TX 75067** | | | J | **Rental House @ 4162 Camelot, Memphis, TN** <br><br><br> Value $      **52,500.00** | | | | **48,400.00** | **0.00** |
| Account No. <br><br>**Nationstar Mortgage**<br>**P.O. Box 299008**<br>**Lewisville, TX 75067** | | | J | **Rental House @ 1717 Homedale St., Memphis, TN** <br><br><br> Value $      **57,400.00** | | | | **46,400.00** | **0.00** |
| Account No. <br><br>**Nationstar Mortgage**<br>**P.O. Box 299008**<br>**Lewisville, TX 75067** | | | J | **Rental House @ 3006 Hunters Way, Memphis ,TN** <br><br><br> Value $      **46,100.00** | | | | **52,500.00** | **6,400.00** |
| Account No. <br><br>**Nationstar Mortgage, LLC**<br>**P.O. Box 29908**<br>**Lewisville, TX 75029** | | | J | **Rental house @ 4843 Buttermilk Cv, Memphis, TN** <br><br><br> Value $      **124,600.00** | | | | **114,100.00** | **0.00** |
| Account No. <br><br>**Nationstar Mortgage, LLC**<br>**P.O. Box 29908**<br>**Lewisville, TX 75029** | | | J | **Rental House @ 4162 Camelot, Memphis, TN** <br><br><br> Value $      **52,500.00** | | | | **48,400.00** | **0.00** |

Sheet __39__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                           Subtotal | **309,800.00** | **6,400.00**
             (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
      **Virginia A. Wring,**

Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Rental House @ 1361 Gherald, Memphis,TN | | | | | |
| Nationstar Mortgage, LLC P.O. Box 29908 Lewisville, TX 75029 | | J | | | | | | | |
| | | | | Value $            45,500.00 | | | | 36,000.00 | 0.00 |
| Account No. | | | | Rental House @ 4315 Auburn Rd., Memphis, TN | | | | | |
| Regions P.O. Box 70827 Charlotte, NC 28272-0827 | | J | | | | | | | |
| | | | | Value $            94,500.00 | | | | 88,985.00 | 0.00 |
| Account No. | | | | Rental House @ 4555 Cognac Cv., Memphis, TN | | | | | |
| Regions Bank P.O. Box 11301 Birmingham, AL 35202 | | J | | | | | | | |
| | | | | Value $            77,000.00 | | | | 79,400.00 | 2,400.00 |
| Account No. | | | | Rental House @ 5360 Farm Ridge, Memphis, TN | | | | | |
| Regions Bank 505 So. Gay  St. Knoxville, TN 37902 | | J | | | | | | | |
| | | | | Value $            80,500.00 | | | | 59,900.00 | 0.00 |
| Account No. | | | | Rental House @ 5872 Garden Ridge, Memphis, TN | | | | | |
| Regions Bank P.O. Box 11301 Birmingham, AL 35202 | | J | | | | | | | |
| | | | | Value $            65,800.00 | | | | 0.00 | 0.00 |

Sheet **40** of **51** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 264,285.00 | 2,400.00 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Aubrey Bruce Wring,**
       **Virginia A. Wring**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Rental House @ 3656 Glouchester Cove, Memphis,TN | | | | | |
| Regions Bank P.O. Box 11301 Birmingham, AL 35202 | | J | | | | | | |
| | | | Value $              70,000.00 | | | | 71,900.00 | 1,900.00 |
| Account No. | | | First Mortgage | | | | | |
| Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104 | | J | Rental House @ 1366 Abernathy, Memphis, TN | | | | | |
| | | | Value $              57,000.00 | | | | 20,520.00 | 0.00 |
| Account No. | | | Rental House @ 6458 Amberwood, Memphis, TN | | | | | |
| Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104 | | J | | | | | | |
| | | | Value $              60,700.00 | | | | 55,920.00 | 0.00 |
| Account No. | | | Rental House @ 4126 Berrybrook, Memphis, TN | | | | | |
| Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104 | | J | | | | | | |
| | | | Value $              58,700.00 | | | | 60,200.00 | 1,500.00 |
| Account No. | | | Rental House @ 6589 Birch Run, Memphis, TN | | | | | |
| Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104 | | J | | | | | | |
| | | | Value $              62,300.00 | | | | 66,130.00 | 3,830.00 |

Sheet __41__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 274,670.00 | 7,230.00 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **Aubrey Bruce Wring,**            Case No. _____
       **Virginia A. Wring**

                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | Rental House @ 4058 Bordeaux Cv, Memphis, TN<br><br>Value $     **118,300.00** | | | | 103,500.00 | 0.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | Rental House @ 4832 Bridgedale, Memphis, TN<br><br>Value $     **56,000.00** | | | | 57,375.00 | 1,375.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | Rental House @ 4915 Bronze Cv, Memphis, TN<br><br>Value $     **120,400.00** | | | | 113,600.00 | 0.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | Rental House @ 1517 Brookside Dr, Memphis, TN<br><br>Value $     **154,000.00** | | | | 167,075.00 | 13,075.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | Rental House @ 4845 Callaway Hills, Memphis, TN<br><br>Value $     **94,500.00** | | | | 111,350.00 | 16,850.00 |

Sheet __42__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     552,900.00     31,300.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
       **Virginia A. Wring**

Case No. _____

_____,

Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104** | | J | **Rental Hou**<br><br>Value $            0.00 | | | | 65,100.00 | 65,100.00 |
| Account No.<br><br>**Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104** | | J | **Rental House @ 1878 Capri St., Memphis, TN**<br><br>Value $       66,500.00 | | | | 65,100.00 | 0.00 |
| Account No.<br><br>**Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104** | | J | **Rental House @ 7651 Carter Creek, Memphis, TN**<br><br>Value $      125,300.00 | | | | 115,700.00 | 0.00 |
| Account No.<br><br>**Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104** | | J | **Rental House @ 2890 Cherry Rd., Memphis, TN**<br><br>Value $       54,400.00 | | | | 55,700.00 | 1,300.00 |
| Account No.<br><br>**Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104** | | J | **Rental House @ 6669 Chesapeake Dr., Memphis, TN**<br><br>Value $       69,300.00 | | | | 58,400.00 | 0.00 |

Sheet __43__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 360,000.00 | 66,400.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**
      **Virginia A. Wring**                              ,      Case No. _____

                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | Rental House @ 3228 Cookie Cv., Memphis, TN <br><br> Value $      84,000.00 | | | | 78,300.00 | 0.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | Rental House @ 1886 Cornelia Lane, Memphis, TN <br><br> Value $      66,500.00 | | | | 61,700.00 | 0.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | Rental House @ 2683 Cottonridge, Memphis, TN <br><br> Value $      66,500.00 | | | | 72,600.00 | 6,100.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | Rental House @ 1230 Creek Edge, Memphis, TN <br><br> Value $     105,000.00 | | | | 91,800.00 | 0.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | Rental House @ 3539 Douglass, Memphis, TN <br><br> Value $      49,000.00 | | | | 50,100.00 | 1,100.00 |

Sheet **44** of **51** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                         Subtotal      354,500.00      7,200.00
                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
    **Virginia A. Wring**                              Case No. _____

                                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | | Rental House @ 4539 Fawn Hollow, Memphis, TN<br><br>Value $     58,100.00 | | | | 53,000.00 | 0.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | | Rental House @ 6545 Fern Creek, Memphis, TN<br><br>Value $     52,500.00 | | | | 47,900.00 | 0.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | | Rental House @ 1407 Finley, Memphis, TN<br><br>Value $     57,400.00 | | | | 57,700.00 | 300.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | | Rental House @ 1647 Harland, Memphis, TN<br><br>Value $     35,000.00 | | | | 34,900.00 | 0.00 |
| Account No.<br><br>Regions Mortgage<br>Bankruptcy Dept.<br>605 S. Perry St.<br>Montgomery, AL 36104 | | J | | Rental House @ 6281 Harvest Run, Memphis, TN<br><br>Value $     84,000.00 | | | | 81,800.00 | 0.00 |

Sheet __45__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                Subtotal            275,300.00         300.00
                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
    **Virginia A. Wring**
_____ ,
Case No. _____

            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | | Rental House @ 6301 Harvest Run, Memphis, TN <br><br><br> Value $         **84,000.00** | | | | 84,500.00 | 500.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | | Rental House @ 6274 Hayfield, Memphis, TN <br><br><br> Value $         **94,500.00** | | | | 93,600.00 | 0.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | | Rental House @ 6286 Hayfield, Memphis, TN <br><br><br> Value $         **87,500.00** | | | | 82,400.00 | 0.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | | Rental House @ 6349 Hayfield, Memphis, TN <br><br><br> Value $         **97,300.00** | | | | 85,700.00 | 0.00 |
| Account No. <br><br> Regions Mortgage <br> Bankruptcy Dept. <br> 605 S. Perry St. <br> Montgomery, AL 36104 | | J | | Rental House @ 4242 Hickory Grove, Memphis, TN <br><br><br> Value $         **51,100.00** | | | | 52,200.00 | 1,100.00 |

Sheet __46__ of __51__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      398,400.00      1,600.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **Aubrey Bruce Wring,**                                                    Case No. _____
         **Virginia A. Wring**
_____,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104** | | J | **Rental House @ 7446 Hollyview, Memphis, TN** <br><br><br> Value $            94,500.00 | | | | 158,800.00 | 64,300.00 |
| Account No. <br><br> **Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104** | | J | **Rental House @ 1083 Isabelle St., Memphis, TN** <br><br><br> Value $            35,000.00 | | | | 31,600.00 | 0.00 |
| Account No. <br><br> **Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104** | | J | **Rental House @ 5811 Jardin Place, Memphis, TN** <br><br><br> Value $            61,600.00 | | | | 58,700.00 | 0.00 |
| Account No. <br><br> **Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104** | | J | **Rental House @ 5080 Judy Lynn, Memphis, TN** <br><br><br> Value $            62,300.00 | | | | 67,700.00 | 5,400.00 |
| Account No. <br><br> **Regions Mortgage Bankruptcy Dept. 605 S. Perry St. Montgomery, AL 36104** | | J | **Rental House @ 4652 Kassell, Memphis, TN** <br><br><br> Value $            54,600.00 | | | | 59,100.00 | 4,500.00 |

Sheet __47__ of __51__ continuation sheets attached to          Subtotal                      | 375,900.00 | 74,200.00 |
Schedule of Creditors Holding Secured Claims                  (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **Aubrey Bruce Wring,**                      Case No. _____
        **Virginia A. Wring**
_____,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Regions Mortgage**<br>**Bankruptcy Dept.**<br>**605 S. Perry St.**<br>**Montgomery, AL 36104** | | J | **Rental House @ 6314 Leamont, Memphis, TN**<br><br><br>Value $       **54,600.00** | | | | 59,500.00 | 4,900.00 |
| Account No.<br><br>**Regions Mortgage**<br>**Bankruptcy Dept.**<br>**605 S. Perry St.**<br>**Montgomery, AL 36104** | | J | **Homestead @ 5525 Riverdale Rd, Memphis, TN, a QC Home,  owned in the name of Wring Real Estate, LLC, a 1.0 story brick veneer single family residence built in 1993 having 1,690 sq ft with 3 bedrooms and 2 bathrooms and being situated on .36**<br>Value $       **101,500.00** | | | | 102,500.00 | 1,000.00 |
| Account No.<br><br>**Renasant Bank**<br>**P.O. Box 1109**<br>**Southaven, MS 38671** | | J | **Rental House @ 6315 Forrest Glen, Memphis, TN**<br><br><br>Value $       **42,000.00** | | | | 31,100.00 | 0.00 |
| Account No.<br><br>**Renasant Bank**<br>**P.O. Box 1109**<br>**Southaven, MS 38671** | | J | **Rental House @ 1609 Jay Cv., Memphis, TN**<br><br><br>Value $       **52,500.00** | | | | 29,800.00 | 0.00 |
| Account No.<br><br>**Wachovia Bank**<br>**P.O. Box 563966**<br>**Charlotte, NC 28256** | | J | **Rental House @ 6525 Castleview Cv., Memphis, TN**<br><br><br>Value $       **64,400.00** | | | | 7,900.00 | 0.00 |

Sheet __48__ of __51__ continuation sheets attached to              Subtotal           230,800.00       5,900.00
Schedule of Creditors Holding Secured Claims            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Aubrey Bruce Wring,**                                      Case No. _____
        **Virginia A. Wring**
_____ ,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  **Wells Fargo** P.O. Box 98784 Las Vegas, NV 89193-8784 | | J | Rental House @ 7272 Eggleston, Memphis, TN  Value $           62,300.00 | | | | 33,900.00 | 0.00 |
| Account No.  **Wells Fargo** P.O. Box 98784 Las Vegas, NV 89193-8784 | | J | Rental House @ 7280 Eggleston, Memphis, TN  Value $           65,800.00 | | | | 27,500.00 | 0.00 |
| Account No.  **Wells Fargo** P.O. Box 98784 Las Vegas, NV 89193-8784 | | J | Rental House @ 6088 Elkgrove Rd., Memphis, TN  Value $           63,000.00 | | | | 11,800.00 | 0.00 |
| Account No.  **Wells Fargo** P.O. Box 98784 Las Vegas, NV 89193-8784 | | J | Rental House @ 5331 Farm Ridge, Memphis, TN  Value $           98,000.00 | | | | 95,100.00 | 0.00 |
| Account No.  **Wells Fargo** P.O. Box 98784 Las Vegas, NV 89193-8784 | | J | Rental House @ 5764 French Market, Memphis, TN  Value $           59,500.00 | | | | 30,600.00 | 0.00 |

Sheet __49__ of __51__ continuation sheets attached to          Subtotal                198,900.00          0.00
Schedule of Creditors Holding Secured Claims                 (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**　　　　　　　　　　　　Case No. _____
　　　　**Virginia A. Wring**
　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Wells Fargo <br> P.O. Box 98784 <br> Las Vegas, NV 89193-8784 | | J | Rental House @ 4931 Gadwall Dr., Memphis, TN <br><br><br> Value $　　62,300.00 | | | | 37,300.00 | 0.00 |
| Account No. <br><br> Wells Fargo Home Loans <br> P. O. Box 10335 <br> Des Moines, IA 50306 | | J | Rental House @ 1167 Greenview, Memphis, TN <br><br><br> Value $　　65,800.00 | | | | 29,500.00 | 0.00 |
| Account No. <br><br> Wells Fargo Home Loans <br> P. O. Box 10335 <br> Des Moines, IA 50306 | | J | Rental House @ 4483 Helene, Memphis, TN <br><br><br> Value $　　55,300.00 | | | | 29,200.00 | 0.00 |
| Account No. <br><br> Wells Fargo Home Loans <br> P. O. Box 10335 <br> Des Moines, IA 50306 | | J | Rental House @ 5277 Lilly Woods Cv., Memphis, TN <br><br><br> Value $　　94,500.00 | | | | 44,100.00 | 0.00 |
| Account No. <br><br> Wells Fargo Home Mortg Bank <br> P. O. Box 10335 <br> Des Moines, IA 50306 | | J | Rental House @ 3216 Chisca, Memphis, TN <br><br><br> Value $　　30,600.00 | | | | 20,900.00 | 0.00 |

Sheet _50_ of _51_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 161,000.00 | 0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Aubrey Bruce Wring,**
    **Virginia A. Wring,**

Case No. _____

_____,
                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wells Fargo Home Mortg Bank** <br> **P. O. Box 10335** <br> **Des Moines, IA 50306** | | J | **Rental House @ 3769 Deer Forest, Memphis, TN** <br><br> Value $        **52,200.00** | | | | 30,700.00 | 0.00 |
| Account No. <br><br> **Wells Fargo Home Mortg Bank** <br> **P. O. Box 10335** <br> **Des Moines, IA 50306** | | J | **Rental House @ 7389 Doncaster, Memphis, TN** <br><br> Value $        **68,600.00** | | | | 31,800.00 | 0.00 |
| Account No. <br><br> **Wells Fargo Home Mortgage** <br> **FKA Northwest Mortgage** <br> **1 Home Campus** <br> **Des Moines, IA 50328** | | J | **Rental House @ 4015 Autumn Springs, Memphis, TN** <br><br> Value $        **101,500.00** | | | | 98,000.00 | 0.00 |
| Account No. <br><br> **Wells Fargo Mortgage** <br> **P.O. Box 98784** <br> **Las Vegas, NV 89193** | | J | **Rental House @ 7351 Isherwood, Memphis, TN** <br><br> Value $        **64,400.00** | | | | 29,900.00 | 0.00 |
| Account No. <br><br><br><br> | | | <br><br> Value $ | | | | | |

Sheet **51** of **51** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 190,400.00 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 18,355,780.00 | 513,170.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re   **Aubrey Bruce Wring,**                                        Case No. _____
        **Virginia A. Wring**
                                                    ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Aubrey Bruce Wring,**
**Virginia A. Wring,**                                                        Case No. _____

_____
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | account | | | | |
| **Citi Card(BK)** **P.O. Box 6500** **Sioux Falls, SD 57117** | | J | | | | | 6,200.00 |
| Account No. | | | account | | | | |
| **Home Depot(BK Notice)** **P.O. Box 689100** **Des Moines, IA 50368-9100** | | J | | | | | 3,500.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

_**0**___ continuation sheets attached

| | Subtotal (Total of this page) | 9,700.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 9,700.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        S/N:31028-100105   Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re     **Aubrey Bruce Wring,**     Case No. _____
      **Virginia A. Wring**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Aubrey Bruce Wring,**                                                         Case No. _____
         **Virginia A. Wring**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Aubrey Bruce Wring**
         **Virginia A. Wring**                                           Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **self** | **self** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **10,000.00** | $ | **6,000.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **10,000.00** | $ | **6,000.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **10,000.00** | $ | **6,000.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **16,000.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Aubrey Bruce Wring**
       **Virginia A. Wring**                                                    Case No. _____
_____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,157.00 |
| a. Are real estate taxes included? | Yes ____ | No __X__ | |
| b. Is property insurance included? | Yes ____ | No __X__ | |
| 2. Utilities:  a. Electricity and heating fuel | | $ | 200.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 1,000.00 |
| 5. Clothing | | $ | 500.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 3,000.00 |
| 8. Transportation (not including car payments) | | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 200.00 |
| 10. Charitable contributions | | $ | 1,000.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 573.00 |
| c. Health | | $ | 285.00 |
| d. Auto | | $ | 0.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **Pet supplies, Vet services** | | $ | 150.00 |
| Other  **Hygiene, Emergencies, Gifts, Misc.** | | $ | 1,000.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $    9,215.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 16,000.00 |
| b.  Average monthly expenses from Line 18 above | $ | 9,215.00 |
| c.  Monthly net income (a. minus b.) | $ | 6,785.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Tennessee

In re **Aubrey Bruce Wring**
**Virginia A. Wring**

Case No. _____

Debtor(s)

Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**77**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 19, 2010**          Signature  **/s/ Aubrey Bruce Wring**

**Aubrey Bruce Wring**

Debtor

Date  **February 19, 2010**          Signature  **/s/ Virginia A. Wring**

**Virginia A. Wring**

Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Western District of Tennessee

In re    **Aubrey Bruce Wring**
**Virginia A. Wring**                    Case No.
                                  Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-1,200,000.00** | **2009 Earnings** |
| **$-1,400,000.00** | **2008 Earnings** |
| **$-500,000.00** | **2007 Earnings** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
□

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Paid** | **paid as able** | **$0.00** | **$0.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
□

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **list to be furnished** | | | |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
�■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
�■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
�■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
�■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
�■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Greenpath** | **2/10** | |

4

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                      DATES SERVICES RENDERED
**Vernon Kreider**                                                   **2008 to present**
**5524 Riverdale**
**Memphis, TN 38141**

None
■   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED
**various banks and mortgage companies**

### 20. Inventories

None
☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **12-31-2009** | | **approx 79,000,000.00** |

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12-31-2009** | **Vernon Kreider** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**February 19, 2010**_____    Signature  __**/s/ Aubrey Bruce Wring**_____
                                                      **Aubrey Bruce Wring**
                                                      Debtor

Date  __**February 19, 2010**_____    Signature  __**/s/ Virginia A. Wring**_____
                                                      **Virginia A. Wring**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Aubrey Bruce Wring**
**Virginia A. Wring**
_____

Case No. _____

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 19, 2010**
_____

**/s/ Earnest E. Fiveash**
**Earnest E. Fiveash**
**The Waggoner Law Firm**
**1433 Poplar Avenue**
**Memphis, TN 38104**
**(901) 276-3334   Fax: (901) 276-4715**
**info@memphislegal.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Western District of Tennessee

In re    **Aubrey Bruce Wring**
     **Virginia A. Wring**
_____     Case No. _____
                               Debtor(s)     Chapter    **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Aubrey Bruce Wring**
**Virginia A. Wring**                                    X **/s/ Aubrey Bruce Wring**          **February 19, 2010**
_____                            _____
Printed Name(s) of Debtor(s)                                Signature of Debtor          Date

Case No. (if known) _____                     X **/s/ Virginia A. Wring**           **February 19, 2010**
                                                           _____
                                                           Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Western District of Tennessee

In re    **Aubrey Bruce Wring**
    **Virginia A. Wring**

                                                Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **February 19, 2010**          **/s/ Aubrey Bruce Wring**
                                              **Aubrey Bruce Wring**
                                              Signature of Debtor

Date:  **February 19, 2010**          **/s/ Virginia A. Wring**
                                              **Virginia A. Wring**
                                              Signature of Debtor

```
BAC
P.O. Box 45224
Jacksonville, FL 32232-5224

BAC Home loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

BAC Home Loan Servicing(BK)
P.O. Box 5170
Simi Valley, CA 93062

Bank of America
P.O. Box 25118
Tampa, FL 33622

Bank of America
P.O. Box 25118
Tampa, FL 33622
```

```
Bank of America
P.O. Box 25118
Tampa, FL 33622

Bank of America
P.O. Box 25118
Tampa, FL 33622

Bank of America
P.O. Box 25118
Tampa, FL 33622

Bank of America
P.O. Box 25118
Tampa, FL 33622

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224
```

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America
P.O. Box 45224
Jacksonville, FL 32232-5224

Bank of America Mortgage
P.O. Box 35140
Louisville, KY 40232

Bank of America Mortgage
P.O. Box 35140
Louisville, KY 40232

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank Of Bartlett
P.O. Box 341187
Bartlett, TN 38134-1187

Bank Of Bartlett
P.O. Box 341187
Bartlett, TN 38134-1187

Bank Of Bartlett
P.O. Box 341187
Bartlett, TN 38134-1187

Bank Of Bartlett
P.O. Box 341187
Bartlett, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank Of Bartlett
P.O. Box 341187
Bartlett, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Bank of Bartlett
P.O. Box 341187
Memphis, TN 38134-1187

Cadence Banking
P.O. Box 1187
Starkville, MS 39760

Chase
PO Box 15583
Wilmington, DE 19886-1194

Chase
PO Box 15583
Wilmington, DE 19886-1194

Chase
PO Box 15583
Wilmington, DE 19886-1194

Chase
PO Box 15583
Wilmington, DE 19886-1194

Chase
PO Box 15583
Wilmington, DE 19886-1194

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

```
Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011
```

```
Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance
P.O. Box 509011
San Diego, CA 92150-9011

Chase Home Finance(BK)
Dept G-7
3415 Vision Dr
Columbus, OH 43219

Chase Home Finance(BK)
Dept G-7
3415 Vision Dr
Columbus, OH 43219

Chase Home Finance(BK)
Dept G-7
3415 Vision Dr
Columbus, OH 43219

Chase Home Finance(BK)
Dept G-7
3415 Vision Dr
Columbus, OH 43219

Chase Home Finance(BK)
Dept G-7
3415 Vision Dr
Columbus, OH 43219

Chase Home Finance(BK)
Dept G-7
3415 Vision Dr
Columbus, OH 43219

Chase Home Finance(BK)
Dept G-7
3415 Vision Dr
Columbus, OH 43219

Chase Manhattan Home Finance
P.O. Box 78116
Phoenix, AZ 85062
```

Citi Card(BK)
P.O. Box 6500
Sioux Falls, SD 57117

CitiMortgage(BK)
5280 Corporate Dr MC 0251
Frederick, MD 21703

CitiMortgage(BK)
5280 Corporate Dr MC 0251
Frederick, MD 21703

First Alliance Bank
51 Germantown Ct # 100
Cordova, TN 38018

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital
P.O. Box 382250
Germantown, TN 38183

First Capital Bank
7575 Poplar Avenue
Germantown, TN 38138

First Citizens Bank
P.O. Box 370
Dyersburg, TN 38024

First Citizens Bank
P.O. Box 370
Dyersburg, TN 38024

First Citizens Bank
P.O. Box 370
Dyersburg, TN 38024

First Citizens Bank
P.O. Box 370
Dyersburg, TN 38024

First Citizens Bank
P.O. Box 370
Dyersburg, TN 38024

First Citizens Bank
P.O. Box 370
Dyersburg, TN 38024

First Citizens NA
P.O. Box 370
Dyersburg, TN 38025

First Citizens NA
P.O. Box 370
Dyersburg, TN 38025

First Citizens NA
P.O. Box 370
Dyersburg, TN 38025

First State Bank
3796 North Highland, Suite A
Jackson, TN 38305

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First State Bank
P.O. Box 527
Union City, TN 38281

First Tennessee
165 Madison
Memphis, TN 38103

First Tennessee
P.O. Box 31
Memphis, TN 38101-0031

First Tennessee
P.O. Box 31
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

```
First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031
```

```
First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee
P.O. Box 84
Memphis, TN 38101-0031

First Tennessee Bank
P.O. Box 84
Memphis, TN 38101

First Tennessee Bank
P.O. Box 84
Memphis, TN 38101

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138
```

First Tennessee Home
1425 Germantown Pkwy
Germantown, TN 38138

First Tennessee Home Loan
P.O. Box 1545
Memphis, TN 38101-1545

First Tennessee Home Loan
P.O. Box 1545
Memphis, TN 38101-1545

First Tennessee Home Loan
P.O. Box 1545
Memphis, TN 38101-1545

First Tennessee Home Loan
P.O. Box 1545
Memphis, TN 38101-1545

Ford Motor Credit
P.O. Box 537901
Livonia, MI 48153-7901

GMAC Mortgage(BK)
P.O. Box 4622
Waterloo, IA 50704

Home Depot(BK Notice)
P.O. Box 689100
Des Moines, IA 50368-9100

Home Depot(BK)
P.O. Box 653000
Dallas, TX 75265

MATCU
7845 Hwy 64
Memphis, TN 38133

MATCU
7845 Hwy 64
Memphis, TN 38133

MATCU
7845 Hwy 64
Memphis, TN 38133

MATCU
P.O. Box 5238
Carol Stream, IL 60197

MATCU
P.O. Box 5238
Carol Stream, IL 60197

```
MATCU
P.O. Box 5238
Carol Stream, IL 60197

Memphis Area Teacher's Credit Union
7845 Hwy 64
Memphis, TN 38133

Memphis Area Teacher's Credit Union
7845 Hwy 64
Memphis, TN 38133

Nationstar Mortgage
P.O. Box 299008
Lewisville, TX 75067

Nationstar Mortgage
P.O. Box 299008
Lewisville, TX 75067

Nationstar Mortgage
P.O. Box 299008
Lewisville, TX 75067

Nationstar Mortgage, LLC
P.O. Box 29908
Lewisville, TX 75029

Nationstar Mortgage, LLC
P.O. Box 29908
Lewisville, TX 75029

Nationstar Mortgage, LLC
P.O. Box 29908
Lewisville, TX 75029

Regions
P.O. Box 70827
Charlotte, NC 28272-0827

Regions Bank
P.O. Box 11301
Birmingham, AL 35202

Regions Bank
505 So. Gay St.
Knoxville, TN 37902

Regions Bank
P.O. Box 11301
Birmingham, AL 35202

Regions Bank
P.O. Box 11301
Birmingham, AL 35202
```

```
Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104
```

```
Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104
```

```
Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104
```

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Regions Mortgage
Bankruptcy Dept.
605 S. Perry St.
Montgomery, AL 36104

Renasant Bank
P.O. Box 1109
Southaven, MS 38671

Renasant Bank
P.O. Box 1109
Southaven, MS 38671

Wachovia Bank
P.O. Box 563966
Charlotte, NC 28256

Wells Fargo
P.O. Box 98784
Las Vegas, NV 89193-8784

Wells Fargo
P.O. Box 98784
Las Vegas, NV 89193-8784

Wells Fargo
P.O. Box 98784
Las Vegas, NV 89193-8784

Wells Fargo
P.O. Box 98784
Las Vegas, NV 89193-8784

Wells Fargo
P.O. Box 98784
Las Vegas, NV 89193-8784

Wells Fargo
P.O. Box 98784
Las Vegas, NV 89193-8784

Wells Fargo Home Loans
P. O. Box 10335
Des Moines, IA 50306

```
Wells Fargo Home Loans
P. O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Loans
P. O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortg Bank
P. O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortg Bank
P. O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortg Bank
P. O. Box 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
FKA Northwest Mortgage
1 Home Campus
Des Moines, IA 50328

Wells Fargo Mortgage
P.O. Box 98784
Las Vegas, NV 89193
```