

BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Post Office Box 6010
Ridgeland, MS  39158-6010
(601) 948-5711
Facsimile (601) 985-4500

Michael P. Coury, Trustee
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119

September 21, 2011
Statement:   401431
Matter ID:   032496.75195
Billing Attorney:
  Michael P. Coury
Due Date:  October 6, 2011

### STATEMENT SUMMARY
For Services Rendered Through August 31, 2011

**Client:** Michael P. Coury, Trustee
**Matter:** Aubry B. Wring and Virginia A. Wring - Chapter 11

| | |
|---|---|
| **TOTAL FEES FOR CURRENT BILLING PERIOD** | **$58,810.00** |
| **TOTAL COSTS FOR CURRENT BILLING PERIOD** | **$231.09** |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | **$59,041.09** |
| Total Of Unpaid Balances From Prior Statements* | 0.00 |
| **TOTAL AMOUNT DUE FOR THIS MATTER** | 59,041.09 |

*NOTE: Payments received since the last statement and applied to prior statements - $0.00*

### AGING OF ACCOUNTS RECEIVABLE

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 59,041.09 | 0.00 | 0.00 | 0.00 | 0.00 |

*UNPAID BALANCES FROM PRIOR STATEMENTS        Current Trust Balance:$0.00

TAX I.D. 64-0331849



# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Post Office Box 6010
Ridgeland, MS  39158-6010
(601) 948-5711
Facsimile (601) 985-4500

---

Michael P. Coury, Trustee
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119

September 21, 2011
Statement:  401431
Matter:  032496.75195
Billing Attorney:
Michael P. Coury

## STATEMENT

For Services Through August 31, 2011

Client:  Michael P. Coury, Trustee
Matter:  Aubry B. Wring and Virginia A. Wring - Chapter 11

## PROFESSIONAL FEES

| TASK | A CODE | DATE | | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|------|---|-------------|-------|------|--------|
| B110 | T | 5/11/2011 | RCH | MPC trustee for Wring issues with conflicts and duties of disclosure, pull case law on CH11 trustee cases. | 0.50 | 235.00 | 117.50 |
| B110 | T | 5/12/2011 | RCH | Trustee conflict issue: pull cases; talk to BC and then conference call with TW, MPC, and BC re: ethical and disclosure issues with MPC appointment as trustee. | 1.20 | 235.00 | 282.00 |
| B110 | T | 5/18/2011 | MPC | Telephone conference with Shelton re Wring and possible deed in lieu; telephone conference with Karen Dennis. | 0.40 | 330.00 | 132.00 |
| B120 | T | 6/1/2011 | MPC | Emails to and from Dennis re trusteeship(.2); revise affidavit and email same to Dennis(.2); emails to and from Bailey and Rosenblatt re affidavit and conflict issues(.2); review disclosure statement and schedules (1.2). | 2.00 | 330.00 | 660.00 |
| B120 | T | 6/1/2011 | EAW | [Wring] Review series of emails | 0.40 | 360.00 | 144.00 |

# BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | re: waivers of conflict. | | | |
| B120 | T | 6/2/2011 | MPC | Letter to Dennis re Wring affidavit; sign and email affidavit and acceptance to Dennis(.4) Telephone conference with International Surety re bond(.2); telephone conference with Douglass and Wring re meeting (.4) Telephone conference with Exelbeird re retention and meeting (.3). | 1.40 | 330.00 | 462.00 |
| B110 | T | 6/2/2011 | RCH | Meet with MPC re: case status and punchlist for trustee; pull docket and employment info for app. | 0.80 | 235.00 | 188.00 |
| B120 | T | 6/3/2011 | MPC | Review Wring docket, disclosure statement and monthly operating reports and conference with Exelbeird re same and prepare for meeting with Wring(1.5); attend meeting with Debtors and Affordable Management LLC(3.5); email to and from Marley Morris re bond (.2); prepare and file notice of appearance by Butler Snow (.4); email from Guerin re First Alliance (.2). | 5.60 | 330.00 | 1,848.00 |
| B120 | T | 6/6/2011 | MPC | Telephone conference with Karen Dennis re Wring and MOR;(.2) telephone conference with Percy Baker re same (.2). | 0.40 | 330.00 | 132.00 |
| B110 | T | 6/7/2011 | RCH | Work on applications and pull docket information for MPC re: previous MTLS and assets list. | 0.40 | 235.00 | 94.00 |
| B110 | T | 6/8/2011 | MPC | Conference with David Wring and Ann Wring re Chapter 11 case and possible plan. | 2.50 | 330.00 | 825.00 |
| B120 | T | 6/9/2011 | JEB | Meeting with Trustee to discuss case (.7); review of docket and claims filed by Bank of Bartlett (1.4). | 2.10 | 320.00 | 672.00 |
| B110 | T | 6/9/2011 | MPC | Conference with McNeese and Gene Douglass re case transition and reorganization issues (1.5); conference with Sam Ettingoff at Suntrust re | 4.20 | 330.00 | 1,386.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | opening trustee accounts (.8); conference with Bailey and Hillyer re plan and pending case issues (.8); review Wring correspondence from Douglass(.4)(; emails to and from Kreider re payment of Affordable contractors and other issues(.3); Review email from Guerin and First Alliance order and email to Guerin re same (.4). |  |  |  |
| B110 | T | 6/9/2011 | RCH | Case meeting with MPC and JEB and followup with MPC on punchlist of items needed for Trustee. | 0.80 | 235.00 | 188.00 |
| B120 | T | 6/10/2011 | JEB | Continue review of loan and security documents on Bank of Bartlett claim. | 2.00 | 320.00 | 640.00 |
| B110 | T | 6/10/2011 | MPC | Telephone conference with Exelbierd re tax id and telephone conference with with Kreider and Exelbierd re same (.4); telephone conference with Kreider re notices from Chase, WF, and BAC (.3). | 0.70 | 330.00 | 231.00 |
| B160 | T | 6/10/2011 | MPC | Review and revise declaration of MPC and application to employ Butler Snow. | 0.40 | 330.00 | 132.00 |
| B160 | T | 6/10/2011 | RCH | App to employ for Butler Snow and declaration; begin interim comp procedures motion. | 0.90 | 235.00 | 211.50 |
| B120 | T | 6/13/2011 | JEB | Continue review of Bank of Bartlett collateralization issues. | 0.70 | 320.00 | 224.00 |
| B110 | T | 6/13/2011 | MPC | Conference with J. Wring re business operation(.8); review FTB order lifting stay and telephone conference with Ragland and Shelton re sale of note and collection of rent(.8). | 1.60 | 330.00 | 528.00 |
| B160 | T | 6/13/2011 | RCH | Finalize declaration and file app to employ Butler Snow. | 0.50 | 235.00 | 117.50 |
| B140 | T | 6/14/2011 | JEB | Meeting with Bruce and Ann Wring re: Bank of Bartlett collateralization issues. | 0.40 | 320.00 | 128.00 |
| B140 | T | 6/14/2011 | JEB | Continue review of Register's records for releases and title to | 2.80 | 320.00 | 896.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | properties. | | | |
| B110 | T | 6/14/2011 | MPC | Conference with Bruce and Ann Wring re Chapter 11 case and plan issues (1.8); telephone conference with David Wring re FTB changing locks and telephone conference with Shelton re same (.2); email from Hewitt re tax appeals(.2). | 2.20 | 330.00 | 726.00 |
| B130 | T | 6/14/2011 | RCH | Begin draft of sale procedures motion for real property of Debtor and affiliated entities. | 1.10 | 235.00 | 258.50 |
| B110 | T | 6/15/2011 | MPC | Emails to and from Shelton, Kreider and others re FTB property issues(.4) ; emails to and from Douglass re May MOR (.2). | 0.60 | 330.00 | 198.00 |
| B110 | T | 6/16/2011 | MPC | Emails to and from Kreider and Strawn re bills to pay etc (.4). | 0.40 | 330.00 | 132.00 |
| B130 | T | 6/16/2011 | RCH | Revise sale procedure motion and draft form case 363 for property sales pending now. | 0.70 | 235.00 | 164.50 |
| B320 | T | 6/17/2011 | MPC | Conference with Wring team re plan, sales and related issues(4.5); telephone conference with Carol Lott (.2). | 4.70 | 330.00 | 1,551.00 |
| B110 | T | 6/20/2011 | MPC | Emails to and from Lott and Wring re 262 Ericson(.3) Telephone conference with Wendy Smith re First Alliance(.3). | 0.60 | 330.00 | 198.00 |
| B160 | T | 6/20/2011 | RCH | Phone call from Carol Lott re: listings for real property; receive broker/listing agreement; discuss App to Employ for broker with MPC. | 0.60 | 235.00 | 141.00 |
| B110 | T | 6/21/2011 | MPC | Conference with Anne Wring re divorce issues(1.0); conference with Alrutz re Bank of Bartlett(.2); telephone conference with Hewitt re tax appeals(.2). | 1.40 | 330.00 | 462.00 |
| B110 | T | 6/22/2011 | JEB | Consult re: Bank of Bartlett issues and general case administration  issues. | 0.40 | 320.00 | 128.00 |
| B110 | T | 6/22/2011 | MPC | Review and revise motion for sale | 3.50 | 330.00 | 1,155.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | procedure and conference with Bailey and Hillyer re same(1.0); review trust agreements and operating agreements(1.0); telephone conference with Robert Davis re Affordable Land Sale (.3) review docket re prior motions to approve sale(.5); review Walter Bailey fee application and motion to retain Walter Bailey(.5) ; emails to and from Lott re Ericson marketing(.2). | | | |
| B160 | T | 6/22/2011 | RCH | Emails and phone call Exelbierd CPA; Hewitt emails and pull prior application and order for tax appeal issue. | 0.70 | 235.00 | 164.50 |
| B130 | T | 6/22/2011 | RCH | Review sale procedure motion and revisions of MPC. | 0.50 | 235.00 | 117.50 |
| B110 | T | 6/23/2011 | MPC | Meeting with Vernon Kreider and David Wring re First Tennessee issues and Wring Real Estate(2.3); telephone conference with Karen Dennis re sale issues(.3); telephone conference with Walter Bailey re University appeal and meeting (.3); telephone conference with Alrutz re 9330 Barrow (.2) Telephone conference with Shelton re same and RJ deed in lieu(.2). | 3.30 | 330.00 | 1,089.00 |
| B300 | T | 6/23/2011 | ALG | Begin preparation of excel spreadsheet to include all 187 claims and amendments, including claim no., creditor name, debtor name, claim amount, secured/unsecured, property description/address, etc. | 6.10 | 130.00 | 793.00 |
| B160 | T | 6/23/2011 | RCH | CPA employment app and declaration for Exelbried; Real Estate broker app and declaration for Lott. | 2.30 | 235.00 | 540.50 |
| B130 | T | 6/23/2011 | RCH | Robin Hill (hardeman county) 363 sale draft and issues with 200 acres status. | 0.40 | 235.00 | 94.00 |
| B120 | T | 6/24/2011 | MPC | Work on spreadsheet re taxes (.5) Meeting with Walter Bailey | 3.00 | 330.00 | 990.00 |

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | re University lawsuit and other Wring litigation(2.0); conference with Betsy Chance re University appeal (.3); telephone conference with Shelton re RJ (.2). | | | |
| E124  T | 6/24/2011 | ALG | Continue preparation of excel spreadsheet to include all 187 claims and amendments, including claim no., creditor name, debtor name, claim amount, secured/unsecured, property description/address, etc. | 4.90 | 130.00 | 637.00 |
| B130  T | 6/24/2011 | RCH | Work on 363 sale aspect for Robin Hill property in Hardeman COunty; phone call with David Wring re: property details; discuss issues with MPC. | 1.20 | 235.00 | 282.00 |
| B110  T | 6/29/2011 | MPC | Telephone conference with Bruce Wring re First Capital extension; review loan modification documents(.4) Telephone conference with Shelton re RJ settlement(.3) email to David Wring re same (.2) ;email to and from Wendy Smith re First Alliance modification(.2). | 1.10 | 330.00 | 363.00 |
| B140  T | 6/30/2011 | MPC | Telephone conference with Bruce Wring re Patriot Bank motion (.2) Draft and upload objection to Patriot Bank stay motion (.5) Telephone conference with D. Wring re Patriot Bank and Hardeman property and FTB/RJ issues (.3); revise sale procedure motion and upload (.3). | 1.30 | 330.00 | 429.00 |
| B140  T | 7/1/2011 | MPC | Telephone conferences with Wring re FTB and Patriot Bank issues (.4); telephone conference with Clifton Darnell re Patriot Bank stay motions(.3); | 0.70 | 330.00 | 231.00 |
| B110  T | 7/5/2011 | MPC | Prepare for and attend Wring hearings re Patriot Bank stay motions and motions to sell and telephone conference with Darnell re same(1.5); conference with Bruce Wring re various case issues(1.0). | 2.50 | 330.00 | 825.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B430 | T | 7/6/2011 | MPC | Telephone conference with Walter Bailey re appeal status (.2); conference with Chance re same (.2). | 0.40 | 330.00 | 132.00 |
| B120 | T | 7/6/2011 | MPC | Prepare and upload orders on Benton County and Prentiss County sales and emails to and from Ragland re same(.6) review sales contracts and telephone conference with Debbie Horn re same(.4); telephone conference with Ann Wring and email to Kreider re DIP accounts. | 1.00 | 330.00 | 330.00 |
| B430 | T | 7/6/2011 | MPC | Telephone conference with Walter Bailey re University appeal (.2) Telephone conference with Chance re same(.2). | 0.40 | 330.00 | 132.00 |
| B250 | T | 7/6/2011 | DLH | Email and telephone conference with M. Coury regarding proposed contracts and handling of closing. | 0.20 | 220.00 | 44.00 |
| B430 | A104 | 7/7/2011 | EEC | Begin review of pleadings in chancery court case in order to evaluate appeal. | 2.30 | 300.00 | 690.00 |
| B120 | T | 7/7/2011 | MPC | Telephone conference with Shelton re RJ(.2); review FTB documents and spreadsheets; research properties(2.0); review Ericson listing agreement and sign and email to Lott(.4). | 2.60 | 330.00 | 858.00 |
| B430 | A104 | 7/8/2011 | EEC | Research history of case from chancery court; research case in court of appeals; conference regarding briefing deadlines; draft notice of appearance as counsel in court of appeals; draft motion/memo to stay/extend deadlines on appeal. | 1.90 | 300.00 | 570.00 |
| B320 | T | 7/8/2011 | MPC | Conference with David and Bruce Wring and Vernon Kreider re FTB, FIrst Alliance and related plan issues(4.2). | 4.20 | 330.00 | 1,386.00 |
| B160 | T | 7/9/2011 | MPC | Review and revise interim comp motion. | 0.30 | 330.00 | 99.00 |
| B160 | T | 7/9/2011 | RCH | Hewitt special counsel employment app. | 0.60 | 235.00 | 141.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B110 | T | 7/9/2011 | RCH | Interim compensation procedures motion revisions and review prior sale motions for real property to identify properties where no motions needed. | 1.00 | 235.00 | 235.00 |
| B250 | T | 7/11/2011 | DLH | Review purchase and sale agreement and email comments to same to M. Coury. | 0.40 | 220.00 | 88.00 |
| B430 | A107 | 7/12/2011 | EEC | Conference with M. Coury regarding appeal issues (.2); call to J. Newsom regarding same (.1); conference with J. Newsom regarding appeal issues and request for additional time (.3); additional conference with J. Newsom regarding his client's consent to additional time (.2); review and revise notice of appearance and motion for additional time (.4). | 1.20 | 300.00 | 360.00 |
| B430 | T | 7/12/2011 | MPC | Conference with Chance re appeal status (.2); telephone conference with Walter Bailey re same(.2). | 0.40 | 330.00 | 132.00 |
| B140 | T | 7/12/2011 | MPC | Telephone conference with Shelton re RJ settlement (.2); emails from and to Shelton re RJ settlement and Section 8 and insurance issues and emails to and from Kreider and D. Wring re same(.5); review email from Darnell and proposed Patriot Bank orders and loan modification(.4) email to Darnell and to B. Wring re loan modification(.2); email to Kreider re DSO spreadsheet(.3). | 1.60 | 330.00 | 528.00 |
| B140 | T | 7/12/2011 | RCH | Email and review MTLS order re: Patriot Bank and hardeman county property; email with MPC re: MTLS and effect on property sales pending on 363 motions. | 0.30 | 235.00 | 70.50 |
| B120 | T | 7/13/2011 | MPC | Emails to and from Kreide and Shelton re RJ issues (.4) Telephone conference with Bailey re University appeal(.2) ; telephone conference with Ragland re FTB/ Jessica Strawn | 1.20 | 330.00 | 396.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | house claim(.4); emails from David re Benton County sale and emails to Debbie Horn re same(.2). | | | |
| B430 | A103 | 7/14/2011 | EEC | Conference with appellate court regarding filing of record (.2); review and revise notice of appearance as counsel (.2); review and revise motion for extension of deadlines (.5); additional revisions to notice and motion (.4); conference regarding bankruptcy-related pleadings needed for motion to extend deadlines and regarding substitution of parties (.4); check pleadings regarding dates of bankruptcy, appointment of trust, judgment, etc. (.4). | 2.10 | 300.00 | 630.00 |
| B110 | T | 7/14/2011 | MPC | Conference with Chance re University appeal(.4); conference with Bruce Wring re Patriot Bank properties(.2). | 0.60 | 330.00 | 198.00 |
| B430 | A103 | 7/15/2011 | EEC | Evaluate TRAP rules regarding substitution of Trustee (.4); draft motion to substitute Trustee as party (.3); draft Coury affidavit regarding same (.3); conference with court clerk regarding whether bond filed and litigation tax paid (.2); review and revise motion to extend deadlines in light of motion to substitute (.3); review and revise all motion, affidavit of Coury and affidavit of Chance (.5); forward to J. Newsom for review and approval (.2); conference with J. Newsom regarding motions and suggested changes (.3); make J. Newsom requested changes (.3); letter to court clerk regarding filing motions (.2). | 3.00 | 300.00 | 900.00 |
| B320 | T | 7/15/2011 | MPC | Conference with Wring team and Hillyer re plan issues, property sale issues(3.0); review and revise motion to stay, affidavit and motion to substitute re University Corporation(.5). | 3.50 | 330.00 | 1,155.00 |

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B110 | T | 7/15/2011 | RCH | Meeting at Wring office with Wrings and MPC to discuss business operations; accounting proforma issues; property sale issues. | 3.30 | 235.00 | 775.50 |
| B430 | T | 7/18/2011 | JEB | Review email from Doug Alrutz and begin review of research on cross-collateralization. | 0.70 | 320.00 | 224.00 |
| B120 | T | 7/18/2011 | MPC | Telephone conference with Scott Davis re Prentiss and Benton County closings and email orders re same (.3); telephone conference with Mack Crutchfield re Ward road contract (.2); letter to W. Bailey re fees (.2) ;. | 0.70 | 330.00 | 231.00 |
| B430 | T | 7/19/2011 | JEB | Continue research on cross-collateralization. | 0.60 | 320.00 | 192.00 |
| B430 | A103 | 7/19/2011 | EEC | Conference with J. Newsom regarding filing of motions (.2); review and revise motions to court of appeals per J. Newsom comments (.4); finalize and file all documents (.4). | 1.00 | 300.00 | 300.00 |
| B110 | T | 7/19/2011 | MPC | Email from and to Darnell re Patriot Bank modification (.2); telephone conference with B. Wring re First South stock; review documents and email to Debbie Horn re same (.2). | 0.40 | 330.00 | 132.00 |
| B110 | T | 7/19/2011 | DLH | Telephone conference with buyer's counsel and email regarding payoff of First South's lien in connection with sale of property in Benton County, MS. | 0.50 | 220.00 | 110.00 |
| B110 | T | 7/20/2011 | MPC | Review and revise sale motion re 20 acres (.3) Telephone conference with Walter Bailey re University (.2). | 0.50 | 330.00 | 165.00 |
| B250 | T | 7/20/2011 | RCH | Bank of Bartlett projections reviewed; Hardeman County Robin Hill property issues for 363 sale of 5 acres. | 1.30 | 235.00 | 305.50 |
| B320 | T | 7/20/2011 | RCH | Update excel sheets from Vernon re: WRings personal living expenses for plan / DS inclusion. | 0.40 | 235.00 | 94.00 |

**BUTLER | SNOW**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B430 | A107 | 7/21/2011 | EEC | Review fax from W. Bailey regarding filing of record on appeal (.2); conference with J. Newsom regarding same (.2). | 0.40 | 300.00 | 120.00 |
| B110 | T | 7/21/2011 | MPC | Emails to and from Strawn re bills to pay (.2). | 0.20 | 330.00 | 66.00 |
| B130 | T | 7/21/2011 | RCH | 363 sale motion filed for Robin Hill; review deeds and loan documents for Fayette COunty property with Hardin County Bank; email with David Wring re: possible sales of Fayette and hardeman county properties with equity. | 1.40 | 235.00 | 329.00 |
| B320 | T | 7/21/2011 | RCH | Review and Begin rough draft of Income projections for plan inclusions to use with new expenses projections. | 0.60 | 235.00 | 141.00 |
| B430 | A104 | 7/22/2011 | EEC | Conference with J. Newsom regarding motion to substitute counsel (.2); conference with M. Coury regarding intervention v. substitution (.2); research regarding same (2.3); forward information to J. Newsom (.2). | 2.90 | 300.00 | 870.00 |
| B320 | T | 7/22/2011 | MPC | Conference with B. Wring, D. Wring, Kreider, Hillyer and Ann Wring re plan and property sale issues (3.5); conference with Douglass and Newsom re University appeal (.3); conference with Chance re same (.2). | 4.00 | 330.00 | 1,320.00 |
| B110 | T | 7/22/2011 | RCH | Prepare for and attend weekly meeting with Wrings to discuss properties, financials and case status; Discussion of plan procedure and time frame. | 4.10 | 235.00 | 963.50 |
| B310 | T | 7/22/2011 | RCH | Issue with Wachovia note and debt amount; pull proof of claim and email with Wrings re: timing. | 0.30 | 235.00 | 70.50 |
| B110 | T | 7/22/2011 | RCH | New revised Disposable income projections with expenses on separate excel. | 0.30 | 235.00 | 70.50 |
| B120 | T | 7/25/2011 | MPC | Telephone conference with Eden Smith re 13.5 acres Holladay TN; email to Smith re same (.4). | 0.40 | 330.00 | 132.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B110 | T | 7/25/2011 | RCH | Bank of Bartlett projections and variations on debt level; new excel sheet from Affordable with all no loan properties to put in sale column. | 0.90 | 235.00 | 211.50 |
| B430 | A104 | 7/26/2011 | EEC | Review email from J. Newsom regarding substitution issue. | 0.20 | 300.00 | 60.00 |
| B430 | A104 | 7/26/2011 | EEC | Check rules regarding special master report and deadline for objections (.4); check rule on signing bond on behalf of Trustee (.2). | 0.60 | 300.00 | 180.00 |
| B110 | T | 7/26/2011 | RCH | Letter from Frank Childress with 3 loan document enclosure for all Hardin County Bank loans and deficiency effect on Fayette County property; phone call to Childress;. | 0.70 | 235.00 | 164.50 |
| B430 | A104 | 7/27/2011 | EEC | Review court orders on substitution and extension of time (.3); conference with M. Coury regarding same (,2); conference regarding bond execution (.2). | 0.70 | 300.00 | 210.00 |
| B430 | A104 | 7/27/2011 | EEC | Review of pleadings to determine propriety of appeal. | 3.70 | 300.00 | 1,110.00 |
| B320 | T | 7/27/2011 | RCH | New income projections and expense model from CPA at Wring re: projected payout and debt. | 0.60 | 235.00 | 141.00 |
| B430 | A103 | 7/28/2011 | EEC | Complete appellate bond and identification of parties form (.4); letter to court clerk regarding same (,2). | 0.60 | 300.00 | 180.00 |
| B430 | A104 | 7/28/2011 | EEC | Continue review of pleadings regarding propriety of appeal. | 1.30 | 300.00 | 390.00 |
| B130 | T | 7/28/2011 | MPC | Emails to and from Scott Davis and Bruce Wring re Prentiss County closing(.3) Telephone from Davis re same (.2) Telephone conference with Wring re same and vacating warehouse (.2) emails to and from Ragland re FTB foreclosure (.2). | 0.90 | 330.00 | 297.00 |
| B430 | A104 | 7/29/2011 | EEC | Review record regarding issues for appeal (1.9); begin review of | 3.90 | 300.00 | 1,170.00 |

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | deposition transcripts (1.6); call to court appeals regarding record (.2); check receipt of bond (.2). | | | |
| B320 | T | 7/29/2011 | MPC | Conference with Wring team re liquidation of surplus properties and plan issues (3.0) emails to and from Hewitt re tax appeals (.3). | 3.30 | 330.00 | 1,089.00 |
| B130 | T | 8/1/2011 | MPC | Telephone conference with Eden Smith re truckstop property and email to Wrings re same(.2). | 0.20 | 330.00 | 66.00 |
| B430 | A107 | 8/2/2011 | EEC | Return call and conference with W. Bailey regarding issues/record. | 0.20 | 300.00 | 60.00 |
| B320 | T | 8/2/2011 | RCH | Disposable income projections and excel work on variations; Living expenses projections revised. | 1.10 | 235.00 | 258.50 |
| B110 | T | 8/9/2011 | MPC | Emails to and from Kreider re monthly operating reports(.3); emails to and from Strawn re invoices to pay(.2). | 0.50 | 330.00 | 165.00 |
| B320 | T | 8/10/2011 | MPC | Conference with Wring team and Hillyer re Bank of Bartlett and surplus properties. | 2.00 | 330.00 | 660.00 |
| B110 | T | 8/10/2011 | RCH | Prepare for and attend meeting at Wring office to discuss case status, properties and business operations. | 2.40 | 235.00 | 564.00 |
| B190 | T | 8/16/2011 | MPC | Court appearance re Wring motions. | 0.50 | 330.00 | 165.00 |
| B130 | T | 8/18/2011 | MPC | Review proposed Wring/RJ documents (.4) Telephone conference with Shelton re same (.4) email to Fearnley and Shelton re same (.2) email to Wring team re same(.2); email from and to Lott re Ericsson (.2). | 1.40 | 330.00 | 462.00 |
| B130 | T | 8/19/2011 | MPC | Telephone conference with Fearnley re RJ settlement(.4); email to Shelton re same(.2) Telephone conference with Strawn re RJ taxes and arrearage (.2); telephone conference with Moody re property listing (.2). | 1.00 | 330.00 | 330.00 |

**BUTLER | SNOW**

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B130 | T | 8/20/2011 | MPC | Prepare order on Robin Hill Cove Sale and upload (.4); prepare order on sale procedure motion and upload (.5). | 0.90 | 330.00 | 297.00 |
| B160 | T | 8/20/2011 | MPC | Prepare order on compensation procedure motion and upload (.4); review Douglass fee app and email to Karen Dennis re same (.4). | 0.80 | 330.00 | 264.00 |
| B120 | T | 8/23/2011 | MPC | Review and revise Wring/RJ settlement agreement (2.0); email to Fearnley and Shelton re same (.2); email to Wring team re RJ agreement and back taxes (.2); emails from and to Angela Alpha re sale of Pikes Peak (.3). | 2.70 | 330.00 | 891.00 |
| B430 | T | 8/24/2011 | JEB | Legal research on merger and cross-collateralization provisions. | 2.30 | 320.00 | 736.00 |
| B110 | T | 8/24/2011 | MPC | Telephone conference with Lew Landau re LA property and email to Landau re same(.4); review Bank of Bartlett spreadsheet and telephone conference with David Wring re same (.3); emails to and from Strawn re insurance renewal and RJ properties(.3). | 1.00 | 330.00 | 330.00 |
| B430 | A104 | 8/25/2011 | EEC | Review transcript of hearing before special master, completing volume one and highlighting issues on appeal; review exhibits referenced. | 5.20 | 300.00 | 1,560.00 |
| B120 | T | 8/25/2011 | MPC | Telephone conference with Rita Anderson re Sugar Tree and email re same (.4); email to and from Shelton re RJ insurance (.3); telephone conference with Bill Koren re LA property and research same (.8) ; emails to and from Kreider re Bank of Bartlett and RJ issues(.5); emails to and from Counce re First State/ Benton County prop (.2). | 2.20 | 330.00 | 726.00 |
| B430 | T | 8/26/2011 | JEB | Meeting with Bruce Wring, Vernon Kreider, and David Wring re: Bank of Bartlett issues and operational issues. | 2.30 | 320.00 | 736.00 |

**BUTLER | SNOW**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B430 | A104 | 8/26/2011 | EEC | Continue transcript review and highlighting for issues. | 4.50 | 300.00 | 1,350.00 |
| B120 | T | 8/26/2011 | MPC | Conference with Bailey and Wring team re Bank of Bartlett and other issues (2.0); telephone conference and emails to and from Alrutz re meeting (.3); emails to and from Shelton re RJ closing, insurance and remaining issues (.3) emails to and from Kreider and Strawn re RJ closing (.2) emails to and from Lott re Selkirk and King William listings (.2). | 3.00 | 330.00 | 990.00 |
| B120 | T | 8/26/2011 | RCH | New land spreadsheet values and reorder priority sales; create equity column on spreadsheet. | 0.60 | 235.00 | 141.00 |
| B430 | A104 | 8/28/2011 | EEC | Complete review of Vol. II of transcript, making notes regarding same. | 2.10 | 300.00 | 630.00 |
| B430 | T | 8/29/2011 | JEB | Meeting with Bank of Bartlett and Debtors re: cross-collateralization and possible resolution. | 2.20 | 320.00 | 704.00 |
| B430 | A104 | 8/29/2011 | EEC | Review special master report regarding analysis of damage calculation; begin review of Queen deposition. | 1.70 | 300.00 | 510.00 |
| B310 | T | 8/29/2011 | MPC | Prepare for and attend meeting with Bank of Bartlett and conference with Wring re same (2.0); emails to and from Shelton and Fearnley re RJ and Kreider and Strawn re closing (.4). | 2.40 | 330.00 | 792.00 |
| B430 | A104 | 8/30/2011 | EEC | Complete review of Queen deposition with notes regarding same for appeal; review all pleadings in record from court of appeals; evaluate legal issues for research; locate case regarding review of special master's report; review case regarding standard of review. | 3.40 | 300.00 | 1,020.00 |
| B310 | T | 8/30/2011 | MPC | Emails to and from Shelton and Fearnley re RJ closing docs(.4; revise settlement agreement (.4) emails to and from Kreider and | 1.60 | 330.00 | 528.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

Michael P. Coury, Trustee
September 21, 2011
Statement:   401431
Page   17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Wring re same (.4); emails to and from Alrutz re Bank of Bartlett (.2) and to Wrings re same (.2). | | | |
| B430 | T | 8/31/2011 | JEB | Review email and spreadsheet from Bank of Bartlett on cash flow from properties and settlement proposal. | 0.40 | 320.00 | 128.00 |
| B430 | A104 | 8/31/2011 | EEC | Review and revise notations from record; evaluate trial exhibits. | 1.90 | 300.00 | 570.00 |
| B430 | T | 8/31/2011 | GWP | Consult with Betsy Chance regarding trial transcript and appellate brief (.8); review Long v. Langley and other case law regarding - standard of review accorded the findings of a Special Master on appeal, the effect of course of dealing on contract, and other issues (1.5). | 2.30 | 165.00 | 379.50 |

**Sub-total Fees:**   58,810.00

## Rate Summary

| | | | | |
|---|---|---|---|---|
| James E. Bailey III | 16.90 | hours at | $ 320.00 /hr | 5,408.00 |
| Elizabeth E. Chance | 44.80 | hours at | $ 300.00 /hr | 13,440.00 |
| Michael P. Coury | 91.30 | hours at | $ 330.00 /hr | 30,129.00 |
| April L. Germany | 11.00 | hours at | $ 130.00 /hr | 1,430.00 |
| Robert C. Hillyer | 32.50 | hours at | $ 235.00 /hr | 7,637.50 |
| Debora L. Horn | 1.10 | hours at | $ 220.00 /hr | 242.00 |
| Will Perry | 2.30 | hours at | $ 165.00 /hr | 379.50 |
| Edward A. Wilmesherr | 0.40 | hours at | $ 360.00 /hr | 144.00 |
| **Subtotal:** | **200.30** | | | **58,810.00** |

## Fee Task Summary

| TASK CODE | UNITS | DOLLARS |
|---|---|---|
| B110 | 45.50 | 13,398.00 |
| B120 | 32.00 | 10,467.00 |
| B130 | 9.70 | 2,697.50 |
| B140 | 7.10 | 2,282.50 |
| B160 | 7.10 | 1,811.00 |
| B190 | 0.50 | 165.00 |

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Canada, PLLC

| | | |
|---|---|---|
| B250 | 1.90 | 437.50 |
| B300 | 6.10 | 793.00 |
| B310 | 4.30 | 1,390.50 |
| B320 | 24.40 | 7,795.50 |
| B430 | 56.80 | 16,935.50 |
| E124 | 4.90 | 637.00 |

## EXPENSES

| DATE | TASK | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/2/2011 | E107 | Delivery Expense 22 Jefferson. | 25.00 |
| 6/9/2011 | E124 | Cash disbursement check to Mike P. Coury. Luncheon meeting with Eugene Douglass and Stan McNeese. | 73.91 |
| 6/10/2011 | E101 | No Charge Image Reproduction 22 pages. | 0.00 |
| 6/15/2011 | E107 | Delivery Expense 200 Jefferson Ave. | 25.00 |
| 6/30/2011 | E106 | Pacer Expense. | 15.12 |
| 7/8/2011 | E107 | Delivery Expense to 100 Peabody. | 25.00 |
| 7/13/2011 | E107 | Delivery Expense to 100 N. Main. | 25.00 |
| 7/19/2011 | E107 | Package Delivery - Tracking # 444343122498. | 7.66 |
| 7/19/2011 | E101 | No Charge Image Reproduction 50 pages. | 0.00 |
| 7/19/2011 | E101 | Postage Expense. | 2.76 |
| 7/19/2011 | E101 | Image Reproduction 27 pages. | 2.70 |
| 7/19/2011 | E102 | Color Image Reproduction 4 pages. | 1.00 |
| 7/27/2011 | E102 | Cash disbursement check to National Archives Trust Fund. Copy of Selective Service draft registration card / NRC-11-1974. | 5.00 |
| 7/28/2011 | E107 | Package Delivery - Tracking # 444343123163. | 7.66 |
| 7/28/2011 | E101 | Postage Expense. | 0.88 |
| 7/31/2011 | E106 | Pacer Expense. | 14.40 |



Michael P. Coury, Trustee
September 21, 2011
Statement:   401431
Page   19

**Sub-total Expenses:**   231.09

### Cost Task Summary

| TASK CODE | UNITS | DOLLARS |
|-----------|---------|---------|
| E101 | 101.0000 | 6.34 |
| E102 | 5.0000 | 6.00 |
| E106 | 2.0000 | 29.52 |
| E107 | 6.0000 | 115.32 |
| E124 | 1.0000 | 73.91 |

**TOTAL CURRENT BILLING FOR THIS MATTER**        $59,041.09

$59,041.09



BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Post Office Box 6010
Ridgeland, MS 39158-6010
(601) 948-5711
Facsimile (601) 985-4500

---

Michael P. Coury, Trustee
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119

November 15, 2011
Statement:  405262
Matter ID:  032496.75195
Billing Attorney:
  Michael P. Coury
Due Date:  November 30, 2011

### STATEMENT SUMMARY
For Services Rendered Through October 31, 2011

**Client:** Michael P. Coury, Trustee
**Matter:** Aubry B. Wring and Virginia A. Wring - Chapter 11

| | |
|---|---:|
| **TOTAL FEES FOR CURRENT BILLING PERIOD** | **$6,690.50** |
| **TOTAL COSTS FOR CURRENT BILLING PERIOD** | **$124.76** |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | **$6,815.26** |
| Total Of Unpaid Balances From Prior Statements* | 11,762.00 |
| **TOTAL AMOUNT DUE FOR THIS MATTER** | **18,577.26** |

*NOTE: Payments received since the last statement and applied to prior statements -* *$47,279.09*

### AGING OF ACCOUNTS RECEIVABLE

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 6,815.26 | 11,762.00 | 0.00 | 0.00 | 0.00 |

*UNPAID BALANCES FROM PRIOR STATEMENTS        Current Trust Balance:$0.00

9/21/2011     401431        $11,762.00

---

TAX I.D. 64-0331849



Michael P. Coury, Trustee
November 15, 2011
Statement:    405262
Page   2



Post Office Box 6010
Ridgeland, MS  39158-6010
(601) 948-5711
Facsimile (601) 985-4500

---

Michael P. Coury, Trustee
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119

November 15, 2011
Statement:   405262
Matter:   032496.75195
Billing Attorney:
    Michael P. Coury

## STATEMENT

For Services Through October 31, 2011

Client:   Michael P. Coury, Trustee
Matter:   Aubry B. Wring and Virginia A. Wring - Chapter 11

## PROFESSIONAL FEES

| TASK | A CODE | DATE | | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|------|---|-------------|-------|------|--------|
| B230 | T | 9/1/2011 | RCH | Issue with First State Bank cash collateral order (.3); review docket and order language (.2); email MPC and Vernon (.2); Phone call from Vernon re: budget aspect of CC order (.2). | 0.90 | 235.00 | 211.50 |
| B120 | T | 9/7/2011 | MPC | Letter to Shelton re RJ (.2) Telephone conference with Shelton re same (.2) emails to and from Rita Anderson re Sugar Hill (.3); emails to Moody and Hillyer re retention (.2); email to and from Strawn re insurance issues (.2); conference with Ann and Bruce Wring (.3). | 1.10 | 330.00 | 363.00 |
| B160 | T | 9/7/2011 | RCH | Hewitt order; Moody application and declaration / phone call (.5); Anderson application and declaration / phone call (.6). | 1.10 | 235.00 | 258.50 |
| B130 | T | 9/8/2011 | MPC | Review and execute listing agreements with Moody and Anderson and email to each re same (.4). | 0.40 | 330.00 | 132.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B160 | T | 9/8/2011 | RCH | Phone call from Anderson re: declaration issues and contents (.2); revise Anderson app (.2); Orders on Moody and Anderson (.4). | 0.80 | 235.00 | 188.00 |
| B120 | T | 9/19/2011 | MPC | Telephone conference with and email to Bryan Smith re Premier property and research title re same (.4); review Tankersly contract and research liens and telephone conference with Crutchfield re same (.4) email to Wrings re same (.2). | 1.00 | 330.00 | 330.00 |
| B160 | T | 9/20/2011 | RCH | Hearing on applications to employ Bill Moody and Rita Anderson as real estate agents. Upload Orders. | 1.00 | 235.00 | 235.00 |
| B110 | T | 9/21/2011 | MPC | Email from Alrutz re Bank of Bartlett audit (.2) emails to and from Kreider re same (.3). | 0.50 | 330.00 | 165.00 |
| B110 | T | 9/23/2011 | MPC | Prepare for and attend Wring conference re Bank of Bartlett. | 2.00 | 330.00 | 660.00 |
| B110 | T | 9/26/2011 | MPC | Emails to and from Shelton re RJ/FTB income and distribution. | 0.20 | 330.00 | 66.00 |
| B160 | T | 10/5/2011 | RCH | Emails with Bryan Smith re: application revisions for fees and associate; revise declaration. | 0.50 | 235.00 | 117.50 |
| B150 | T | 10/7/2011 | MPC | Email to Alrutz re Bank of Bartlett proposal (.3). | 0.30 | 330.00 | 99.00 |
| B130 | T | 10/17/2011 | MPC | Review Terris Poplar Contract and emails to and from David Wring re same (.5) review sale procedure order and draft sale notice (.5). | 1.00 | 330.00 | 330.00 |
| B160 | T | 10/17/2011 | RCH | Smith application revised and filed for employment (.3); Smith phone call on application (.2). | 0.50 | 235.00 | 117.50 |
| B130 | T | 10/18/2011 | MPC | Emails to and from David Wring re Terris Poplar sale (.2); telephone conference with Clifton Darnell re same and Oswalt sale (.3); emails to and from Jessica Strawn re Pikes Peak closing and sale order(.3). | 0.80 | 330.00 | 264.00 |
| B130 | T | 10/19/2011 | MPC | Emails to and from David Wring | 0.50 | 330.00 | 165.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | and Cliff Darnell re Oswalt sale and review Oswalt contracts (.5). | | | |
| B160 | T | 10/20/2011 | MPC | Telephone conference with Craig Kennedy re paying Davis commission(.2) review docket and orders re McNairy County sale(.3); email from Fearnley re Pikes Peak sale(.2). | 0.70 | 330.00 | 231.00 |
| B320 | T | 10/21/2011 | MPC | Meeting with Wring team re Bank of Bartlett, and plan issues. | 3.00 | 330.00 | 990.00 |
| B130 | T | 10/24/2011 | MPC | Emails to and from Alrutz re Bank of Bartlett negotiations(.2) emails from David Wring re Poplar sale and revise sale notice (.3). | 0.50 | 330.00 | 165.00 |
| B130 | T | 10/25/2011 | MPC | Revise and file notice of sale re Terris Poplar (.3); emails to and from Joel Giddens re Chase defaults (.2); emails to Wring team re Chase default notices (.2). | 0.70 | 330.00 | 231.00 |
| B210 | T | 10/26/2011 | MPC | Emails to Shelton and Fearnley re RJ 2008 tax issues (.3) email to Strawn rep 2009 taxes re A&B properties and Riverdale (.2); emails to and from Strawn re Chase default letters (.3); review default correspondence from Chase and email to Wring team re same (.8); emails to Bryan Smith re Premier foreclosure (.2). | 1.80 | 330.00 | 594.00 |
| B160 | T | 10/27/2011 | RCH | Barnett declaration and application finalized and filed; phone call from Barnett re: explanation of declaration. | 0.50 | 235.00 | 117.50 |
| B110 | T | 10/31/2011 | MPC | Attend meeting with Wring team re Chase defaults and related issues (2.0). | 2.00 | 330.00 | 660.00 |

Sub-total Fees:    **6,690.50**

## Rate Summary

| | | | | |
|---|---|---|---|---|
| Michael P. Coury | 16.50 | hours at | $ 330.00 /hr | 5,445.00 |



| | | | | |
|---|---|---|---|---|
| Robert C. Hillyer | 5.30 | hours at | $ 235.00 /hr | 1,245.50 |
| **Subtotal:** | **21.80** | | | **6,690.50** |

### Fee Task Summary

| TASK CODE | UNITS | DOLLARS |
|---|---|---|
| B110 | 4.70 | 1,551.00 |
| B120 | 2.10 | 693.00 |
| B130 | 3.90 | 1,287.00 |
| B150 | 0.30 | 99.00 |
| B160 | 5.10 | 1,265.00 |
| B210 | 1.80 | 594.00 |
| B230 | 0.90 | 211.50 |
| B320 | 3.00 | 990.00 |

## EXPENSES

| DATE | TASK | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/31/2011 | E106 | Pacer Expense. | 2.48 |
| 9/8/2011 | E107 | Delivery Expense to 80 Monroe Avenue. | 25.00 |
| 9/9/2011 | E101 | No Charge Image Reproduction 50 pages. | 0.00 |
| 9/9/2011 | E101 | Image Reproduction 758 pages. | 75.80 |
| 10/25/2011 | E101 | Image Reproduction 138 pages. | 13.80 |
| 10/25/2011 | E101 | No Charge Image Reproduction 50 pages. | 0.00 |
| 10/25/2011 | E101 | Postage Expense. | 7.68 |

**Sub-total Expenses:**    **124.76**

### Cost Task Summary

| TASK CODE | UNITS | DOLLARS |
|---|---|---|
| E101 | 997.0000 | 97.28 |
| E106 | 1.0000 | 2.48 |
| E107 | 1.0000 | 25.00 |



**TOTAL CURRENT BILLING FOR THIS MATTER**          **$6,815.26**

**$6,815.26**



BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Post Office Box 6010
Ridgeland, MS 39158-6010
(601) 948-5711
Facsimile (601) 985-4500

Michael P. Coury, Trustee
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119

November 15, 2011
Statement:   405265
Matter ID:   032496.75205
Billing Attorney:
  Michael P. Coury
Due Date:  November 30, 2011

## STATEMENT SUMMARY

For Services Rendered Through October 31, 2011

**Client:**  Michael P. Coury, Trustee
**Matter:**  The University Corporation v. Bruce Wring

| | |
|---|---|
| **TOTAL FEES FOR CURRENT BILLING PERIOD** | **$27,129.00** |
| **TOTAL COSTS FOR CURRENT BILLING PERIOD** | **$217.61** |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | **$27,346.61** |
| Total Of Unpaid Balances From Prior Statements* | 0.00 |
| **TOTAL AMOUNT DUE FOR THIS MATTER** | **27,346.61** |

*NOTE:  Payments received since the last statement and applied to prior statements -   $0.00*

### AGING OF ACCOUNTS RECEIVABLE

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 27,346.61 | 0.00 | 0.00 | 0.00 | 0.00 |

*UNPAID BALANCES FROM PRIOR STATEMENTS          Current Trust Balance:$0.00

TAX I.D. 64-0331849

Michael P. Coury, Trustee
November 15, 2011
Statement:    405265
Page   2





Post Office Box 6010
Ridgeland, MS  39158-6010
(601) 948-5711
Facsimile (601) 985-4500

Michael P. Coury, Trustee
6075 Poplar Avenue, 5th Floor
Memphis, TN 38119

November 15, 2011
Statement:    405265
Matter:   032496.75205
Billing Attorney:
Michael P. Coury

## STATEMENT

For Services Through October 31, 2011

Client:  Michael P. Coury, Trustee
Matter:  The University Corporation v. Bruce Wring

## PROFESSIONAL FEES

| TASK | A CODE | DATE | | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|------|---|-------------|-------|------|--------|
| B430 | A103 | 9/1/2011 | EEC | Addition of skipped pages to transcript notes; return call to W. Bailey; review exhibit regarding damages calculation; complete review of all trial exhibits. | 0.10 | 300.00 | 30.00 |
| B430 | A103 | 9/2/2011 | EEC | Finalize notations from hearing and depositions for use in drafting brief; begin draft of facts for brief. | 2.70 | 300.00 | 810.00 |
| B110 | T | 9/2/2011 | EEC | Begin review of transcript of hearing. | 0.90 | 300.00 | 270.00 |
| B430 | T | 9/6/2011 | GWP | Review notes from hearing transcripts and witness examination of Don Queen, compare with agency law, estoppel, and acquiescence arguments (2.4). | 2.40 | 165.00 | 396.00 |
| B110 | T | 9/7/2011 | EEC | [MLGW] Review transcript of hearing before Russell. | 1.60 | 300.00 | 480.00 |
| B430 | T | 9/7/2011 | GWP | Review transcript notes Vol. II (.5). | 0.50 | 165.00 | 82.50 |
| B430 | A103 | 9/8/2011 | EEC | Begin draft of brief, working on | 4.50 | 300.00 | 1,350.00 |

# BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | statement of case and statement of facts (4.1); evaluate additional legal issues to research for brief (.4). | | | |
| B430 | T | 9/8/2011 | GWP | Research and draft memo re: - estoppel theories, standards of review, and obligation of chancellor re: special master's findings (4.9); email Betsy Chance to discuss findings (.1); confer with Betsy (.3); review chancellor's decision (.3); review special master's report (1.0); begin draft argument (.2). | 6.80 | 165.00 | 1,122.00 |
| B430 | A103 | 9/9/2011 | EEC | Call to W. Bailey regarding additional cases in Chancery (.2); continued work on appellate brief, pulling facts and record citations for facts (6.0). | 6.20 | 300.00 | 1,860.00 |
| B430 | T | 9/9/2011 | GWP | Work on draft argument for Wring appeal (1.0). | 1.00 | 165.00 | 165.00 |
| B430 | A104 | 9/10/2011 | EEC | Scrutinize special master report and chancellor's concurrence for issues on appeal (.8); research proper cases for disgorgement (.8). | 1.60 | 300.00 | 480.00 |
| B430 | A102 | 9/11/2011 | EEC | Research authority of special master; research proper issues for reference. | 2.20 | 300.00 | 660.00 |
| B430 | T | 9/11/2011 | GWP | Review argument section of appellate brief; research and supplement case law, expand argument (5.6). | 5.60 | 165.00 | 924.00 |
| B420 | A103 | 9/12/2011 | EEC | Review and revise statement of case and substantial revisions to fact section of brief; draft argument outline; review cases regarding attorney fee recovery. | 5.80 | 300.00 | 1,740.00 |
| B430 | T | 9/12/2011 | GWP | Develop argument of appellate brief - research disgorgement and contract retroactivity, review Queen testimony, Betsy Chance's notes on transcript (10.5); email Betsy Chance re: argument (.1). | 10.60 | 165.00 | 1,749.00 |
| B430 | A103 | 9/13/2011 | EEC | Review and revise brief, including revisions to facts and addition of | 8.80 | 300.00 | 2,640.00 |

# BUTLER | SNOW

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

|       |      |            |      |                                                                                                                                                                                       |      |        |          |
|-------|------|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
|       |      |            |      | argument regarding attorney fees; research prevailing party; review and revise brief.                                                                                                  |      |        |          |
| B430  | T    | 9/13/2011  | GWP  | Finish argument section of appellate brief (2.5); confer with Betsy Chance (.1).                                                                                                       | 2.60 | 165.00 | 429.00   |
| B430  | A103 | 9/14/2011  | EEC  | Review and revise brief; research breach of contract elements and agency elements; review and revise brief again.                                                                      | 9.50 | 300.00 | 2,850.00 |
| B430  | A103 | 9/15/2011  | EEC  | Multiple revisions to brief, including research on standard of review, waiver and speculative damages; call to W. Bailey regarding fact question.                                       | 7.10 | 300.00 | 2,130.00 |
| B430  | T    | 9/15/2011  | MPC  | Review and revise appellate brief (1.5); conference with Chance re same and research merger issue(.5).                                                                                  | 2.00 | 330.00 | 660.00   |
| B430  | T    | 9/15/2011  | GWP  | Confer with Betsy Chance re: follow-up research on Wring brief - burden-shifting in an accounting (.2); research (2.5); confer with Betsy re: findings (.2); review final appeal draft (.5). | 3.40 | 165.00 | 561.00   |
| B430  | A103 | 9/16/2011  | EEC  | Multiple revisions to brief; draft summary of argument; research prayer for relief issue in reversal or vacation of judgment; research forfeiture under equity principles; draft motion to supplement record; review and revise same. | 6.70 | 300.00 | 2,010.00 |
| B430  | T    | 9/16/2011  | MPC  | Review revised brief.                                                                                                                                                                  | 0.30 | 330.00 | 99.00    |
| B430  | T    | 9/16/2011  | GWP  | Review/Edit final version of Wring appellate brief (1.7).                                                                                                                              | 1.70 | 165.00 | 280.50   |
| B430  | A103 | 9/18/2011  | EEC  | Draft statement of issues on appeal; draft summary of argument; review and revise brief; draft full argument regarding statute of limitations.                                          | 2.30 | 300.00 | 690.00   |
| B430  | T    | 9/18/2011  | GWP  | Review and edit appellate brief (2.0).                                                                                                                                                 | 2.00 | 165.00 | 330.00   |
| B430  | A103 | 9/19/2011  | EEC  | Review and revise brief; finalize for filing; pull exhibits for appendix; conference with J.                                                                                           | 4.70 | 300.00 | 1,410.00 |

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Newsom regarding motion to supplement record; letter to court and counsel regarding same; review and revise tables and brief. | | | |
| B430 | T | 9/19/2011 | GWP | Review final version of appellate brief, particularly standard of review(2.0). | 2.00 | 165.00 | 330.00 |
| B430 | A104 | 9/21/2011 | EEC | Review new court of appeals' decision regarding oral modification. | 0.40 | 300.00 | 120.00 |
| B110 | T | 9/22/2011 | MPC | Emails to and from Kreider et al re B of Bartlett and meeting (.3) Telephone conference with Karen Dennis re Robert Davis commission (.2) ; telephone conference with Bruce Wring re Tankersly property (.2). | 0.70 | 330.00 | 231.00 |
| B430 | A107 | 10/7/2011 | EEC | Conference with J. Newsom regarding additional time to file his brief (.2); evaluate where reply brief deadline would be and conference with J. Newsom regarding extension of that as well (.2); review proposed motion (.2); conference with J. Newsom regarding same (.2). | 0.80 | 300.00 | 240.00 |

**Sub-total Fees:   27,129.00**

## Rate Summary

| | | | | |
|---|---|---|---|---|
| Elizabeth E. Chance | 65.90 | hours at | $ 300.00 /hr | 19,770.00 |
| Michael P. Coury | 3.00 | hours at | $ 330.00 /hr | 990.00 |
| Will Perry | 38.60 | hours at | $ 165.00 /hr | 6,369.00 |
| **Subtotal:** | **107.50** | | | **27,129.00** |

## Fee Task Summary

| TASK CODE | UNITS | DOLLARS |
|---|---|---|
| B110 | 3.20 | 981.00 |
| B420 | 5.80 | 1,740.00 |
| B430 | 98.50 | 24,408.00 |



Michael P. Coury, Trustee
November 15, 2011
Statement:   405265
Page   6

## EXPENSES

| DATE | TASK | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 9/19/2011 | E107 | Package Delivery - Tracking # 444343126118. | 16.71 |
| 9/19/2011 | E101 | Image Reproduction 1811 pages. | 181.10 |
| 9/19/2011 | E107 | Package Delivery - Tracking # 444343126129. | 19.80 |
| 9/19/2011 | E101 | No Charge Image Reproduction 50 pages. | 0.00 |

**Sub-total Expenses:**   **217.61**

**Cost Task Summary**

| TASK CODE | UNITS | DOLLARS |
|-----------|-------|---------|
| E101 | 1861.0000 | 181.10 |
| E107 | 2.0000 | 36.51 |

**TOTAL CURRENT BILLING FOR THIS MATTER**   **$27,346.61**

**$27,346.61**