# INVOICE

Date: 5/22/2012

File No. 12-041
Case No.

Prepared for:

Butler, Snow
Suite 500 6075 Poplar Avenue
Memphis, TN

Property Appraised:

Bruce Wring et ux
5323 Smith Grove Road
Holly Springs, MS 38635

Work Performed:

| | |
|---|---|
| Appraisal package for Bruce Wring et ux | $ 4,000.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Amount Due: | $ 4,000.00 |

Please make checks payable to:

Gresham Realty
P. O. Box 471
Holly Springs, MS 38635-0471

Produced by ClickFORMS Software 800-622-8727