*HORNSBY LAW FIRM, P.C.*

*PO Box 477*
*101 North Main Street*
*Bolivar, TN  38008*

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/15/2012 | 6229-Oswalt |

| BILL TO |
|---|
| Michael P. Coury, Chapter 11 Trustee for Aubrey B. Wring (Morrison Road property) |

| HLF FILE# | PROPERTY OWNER | |
|---|---|---|
| 12-134 | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | See attached itemized bill | 1,654.50 | 1,654.50 |

**Total** $1,654.50

**Payments/Credits** $0.00

**Balance Due** $1,654.50

# HORNSBY LAW FIRM, P.C.

ATTORNEYS AT LAW
P.O. BOX 477
BOLIVAR, TENNESSEE 38008

CATHY HORNSBY FROST

TELEPHONE: (731) 658-3802
TELECOPIER: (731) 658-9491

August 15, 2012

Re: Bruce Wring/Jack Oswalt (Morrison Road property)
    File #12-134

The following is a statement of our services on the above-referenced account to date.

| DATE | SERVICES | HOURS | FEES |
| --- | --- | --- | --- |
| 03-22-2012 | Talked with Mike Coury | | |
| 04-2012 | Research & Preparation of Complaint | 3.00 | |
| 04-17-2012 | Emailed complaint | | |
| 05-01-2012 | Letter to Kenneth Cox with release | .50 | |
| 05-25-2012 | Returned phone call to David Wring | .25 | |
| 05-25-2012 | Sent email to Mike Coury – contract | .25 | |
| 05-26-2012 | Rcvd email from Mike Coury-contract | .25 | |
| 05-29-2012 | Filing Fees | | $387.50 |
| 05-30-2012 | Rcvd email from David Wring | .25 | |
| 05-30-2012 | Response to email from David Wring | .50 | |
| 07-09-2012 | Preparation of Order | .50 | |
| 08-03-2012 | Sent email to Mike Courey | .25 | |
| 08-15-2012 | Hearing | .50 | |
| | Certified copy of Order | | 5.00 |
| | Recording | | 12.00 |

Billing continued

        6.25 Hours at $200.00 per hour        $1250.00
        Fees        404.50

**TOTAL DUE**        **$1654.50**

Sincerely,

HORNSBY LAW FIRM, P.C.

Cathy Frost
Attorney at Law

CF:tpf