PIETRANGELO COOK PLC
6410 Poplar Avenue
Suite 190
Memphis, TN 38119


Michael P. Coury, Chapter 11 Trustee for Bruce Wring
c/o Michael P. Coury
Butler, Snow, O'Mara, Stevens & Cannada
PLLC
P.O. Box 171443
Memphis, TN 38187-1443


November 04, 2011
In Reference To:   Foreclosure Matter
Invoice #8161

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 10/18/2011 BKS | examination of title to property | 0.30<br>290.00/hr | 87.00 |
| 10/23/2011 BKS | preparation of Appointment of Substitute Trustee and notice of foreclosure sale;   forward same to M. Coury for review and execution | 0.40<br>290.00/hr | 116.00 |
| 10/24/2011 MLB | Receipt and review of emails from B. Smith on foreclosure action; Conference w/B. Smith on same. | 0.40<br>160.00/hr | 64.00 |
| | For professional services rendered | 1.10 | $267.00 |

Additional Charges :

| | | |
|---|---|---:|
| 9/26/2011 | Title Search | 300.00 |
| 10/31/2011 | Shelby County Register Recordation Fee | 12.00 |
| | Total additional charges | $312.00 |
| | Total amount of this bill | $579.00 |
| | Balance due | $579.00 |

Payment Due Upon Receipt

PIETRANGELO COOK PLC
6410 Poplar Avenue
Suite 190
Memphis, TN  38119


Michael P. Coury, Chapter 11 Trustee for Bruce Wring
c/o Michael P. Coury
Butler, Snow, O'Mara, Stevens & Cannada
PLLC
P.O. Box 171443
Memphis, TN 38187-1443


December 02, 2011
In Reference To:   Foreclosure Matter
Invoice #8198

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/4/2011 BKS | Preparation of notice of foreclosure sale and letters to all interested parties | 0.80<br>290.00/hr | 232.00 |
| 11/29/2011 BKS | Review of title recertification; communication with M. Coury regarding foreclosure and delinquent taxes | 0.20<br>290.00/hr | 58.00 |
| 11/30/2011 BKS | Conduct foreclosure sale; telephone conferences with M. Coury regarding opening bid; preparation of substitute trustee's deed | 1.60<br>290.00/hr | 464.00 |
| | For professional services rendered | 2.60 | $754.00 |

Additional Charges :

| | | |
|---|---|---|
| 11/4/2011 | Postage | 57.90 |
| 11/8/2011 | The Daily News - Proof of Publication | 960.75 |
| 11/30/2011 | Parking Expense | 5.00 |
| | Total additional charges | $1,023.65 |
| | Total amount of this bill | $1,777.65 |
| | Previous balance | $579.00 |
| | Balance due | $2,356.65 |

Michael P. Coury, Chapter 11 Trustee for Bruce Wring                                                Page    2

Payment Due Upon Receipt

| 8/17/2012 2:59 PM | | PIETRANGELO COOK PLC A/R Transaction Listing | Page 1 |

## Selection Criteria

| A/R.Classification | Open |
| Clie.Selection | Include: Coury, Michael P. |

'B' for Billed.  'P' for Posted.

| ID | Type | Client | |
| Date | Invoice # | Check Number | Total |
|---|---|---|---:|
| 19176 | INV | B Coury, Michael P. | 579.00 |
| 11/4/2011 | G:8161 | | |
| | Invoice No. 8161 | | |
| 19266 | INV | B Coury, Michael P. | 1777.65 |
| 12/2/2011 | G:8198 | | |
| | Invoice No. 8198 | | |
| 19639 | PAY | B Coury, Michael P. | (1335.65) |
| 2/1/2012 | I:4269 | 1009 | |
| | Payment - thank you. Check No. 1009 | | |
| 19640 | PAY | B Coury, Michael P. | (816.80) |
| 2/1/2012 | I:4269 | 1010 | |
| | Payment - thank you. Check No. 1010 | | |

Grand Total
Invoice 2356.65
Payment (2152.45)

PIETRANGELO COOK PLC
6410 Poplar Avenue
Suite 190
Memphis, TN  38119


Michael P. Coury, Chapter 11 Trustee for Bruce Wring
c/o Michael P. Coury
Butler, Snow, O'Mara, Stevens & Cannada
PLLC
P.O. Box 171443
Memphis, TN 38187-1443


August 08, 2012
In Reference To:   Foreclosure Matter

|  | Amount |
|---|---:|
| Previous balance | $204.20 |
| Balance due | $204.20 |

Payment Due Upon Receipt