**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

In re:

| | |
|---|---|
| AUBREY BRUCE WRING and<br>VIRGINIA A. WRING,<br>     Debtors. | Case No. 10-21899-pjd<br>Chapter 11 |

---

# EXHIBIT "A"
## to
### APPLICATION FOR ALLOWANCE OF COMPENSATION OF MARK ROSENBERG AS FINANCIAL CONSULTANT TO THE CHAPTER 11 TRUSTEE
---

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 11/3/2011 | Meeting with Mike Coury & Wring family regarding bankruptcy & discussions as to accounting system & issues | 1.00 | 175.00 | 175.00 |
| 11/7/2011 | meeting with Wring CFO & Wring family regarding accounting systems & related issues as well starting gathering & looking at the historical info & 5 year cash flow projections by bank | 3.00 | 175.00 | 525.00 |
| 11/14/2011 | meetings with Wring CFO as to accounting software issues & testing of cash flow projections | 5.50 | 175.00 | 962.50 |
| 11/15/2011 | work done regarding cash flow projections & review of historical info | 2.50 | 175.00 | 437.50 |
| 11/18/2011 | meeting with Vernon Krieder, CFO, regarding bank recons & call to Bill Bennett ,IT consultant, regarding software issues | 1.00 | 175.00 | 175.00 |
| 11/22/2011 | meeting with the Wrings regarding CFO &developing a plan to compensate for his potential retirement as to accounting softwrae issues,bank recons, catchup of bankruptcy mmonthly operating reports | 3.50 | 175.00 | 612.50 |
| 11/28/2011 | meeting with Vernon Krieder, CFO, & Wrings regarding bank recons ,September 2011 Monthly Operating Report & work done in connection with properties projections by financing source | 5.25 | 175.00 | 918.75 |
| | | 21.75 | | 3,806.25 |
| | Less 20% Holdback | | | (761.25) |
| | Net amount due for this bill | | | 3,045.00 |

2

Mr. Mike Coury
Trustee for Bruce & Ann Wring
Billings

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 12/1/2011 | work done regarding cash flow projections & review of historical info | 3.0 | 175.00 | 525.00 |
| 12/5/2011 | meeting with Vernon Krieder regarding September 2011 MOR & review of MOR | 4.0 | 175.00 | 700.00 |
| 12/8/2011 | meeting with Mike Coury & R Campbell Hillyer regarding Components of Bankruptcy Plan | 2.0 | 175.00 | 350.00 |
| 12/8/2011 | meeting with the Wrings & Vernon krieder regarding discussions with Coury & Hillyer concerning bankruptcy plan & developing plan & assigning tasks as to info necessary to prepare financial aspects of the Plan | 2.5 | 175.00 | 437.50 |
| 12/12/2011 | review of cash projections regarding properties by mortgagee & begin preparing list of potential property "givebacks". | 6.0 | 175.00 | 1,050.00 |
| 12/14/2011 | Review of Quit claim properties concerning potential givebacks | 2.0 | 175.00 | 350.00 |
| 12/15/2011 | Review of 9/301/11 MOR explanations as to Vernon Krieder's adjustments to the balance sheet part of the MOR & review of Quit claim properties regarding potential givebacks | 3.0 | 175.00 | 525.00 |
| 12/16/2011 | review adjustments to 9/30/11 MOR | 0.5 | 175.00 | 87.50 |
| 12/21/2011 | review of cash projections regarding properties by mortgagee & preparing list of potential property "givebacks". | 6.0 | 175.00 | 1,050.00 |
| 12/22/2011 | review ofQuitclaim properties  cash projections regarding properties by mortgagee & preparing list of potential property "givebacks" . | 1.5 | 175.00 | 262.50 |
| 12/27/2011 | review ofQuitclaim properties  cash projections regarding properties by mortgagee & preparing list of potential property "givebacks". | 2.5 | 175.00 | 437.50 |
| 12/28/2011 | Work on BOA properties cash projections & potential givebacks | 4.00 | 175.00 | 700.00 |
| 12/30/2011 | Work on Chase & Wells Fargo cash flow projections & potential givebacks | 5.00 | 175.00 | 875.00 |
|  |  | 42.00 |  | 7,350.00 |
|  | Less 20% Holdback |  |  | (1,470.00) |
|  | Net amount due for this bill |  |  | 5,880.00 |

**Hold back reccap**
11/28/11 bill                  761.25
12/30/2011 bill              1,470.00

Total Holdback to date   2,231.25

3

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 1/3/2012 | Work regarding various cash flow projections by lender | 6.00 | 175.00 | 1,050.00 |
| 1/4/2012 | Work regarding various cash flow projections by lender | 4.50 | 175.00 | 787.50 |
| 1/9/2012 | Work regarding various cash flow projections by lender | 4.00 | 175.00 | 700.00 |
| 1/10/2012 | Work regarding various cash flow projections by lender & meeting with Mike Coury & Wrings regarding possible "givebacks" | 7.00 | 175.00 | 1,225.00 |
| 1/12/2012 | Work regarding various cash flow projections by lender including family Quitclaims | 2.00 | 175.00 | 350.00 |
| 1/15/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 3.00 | 175.00 | 525.00 |
| 1/16/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 4.00 | 175.00 | 700.00 |
| 1/20/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 3.50 | 175.00 | 612.50 |
| 1/24/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 6.00 | 175.00 | 1,050.00 |
| 1/25/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 1.00 | 175.00 | 175.00 |
| 1/26/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 3.00 | 175.00 | 525.00 |
| 1/27/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 3.50 | 175.00 | 612.50 |
| 1/30/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 1.00 | 175.00 | 175.00 |
| 2/1/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 5.75 | 175.00 | 1,006.25 |
| 2/3/2012 | Work regarding cash flow projections by lender revisions reflecting proposed loan modifications | 2.00 | 175.00 | 350.00 |
| 2/5/2012 | Work regarding cash flow projections by owner | 1.00 | 175.00 | 175.00 |
| | | 57.25 | | 10,018.75 |
| | 20% Holdback | | | (2,003.75) |
| | | | | 8,015.00 |
| | 11/28/11 Holdback | | | 761.25 |
| | 12/30/11 holdback | | | 1,470.00 |
| | 2/5/12 Holdback | | | 2,003.75 |
| | Total Holdback todate | | | 4,235.00 |

4

Mr. Mike Coury
Trustee for Bruce & Ann Wring
Billings

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 2/6/2012 | Work regarding various cash flow projections by owner | 3.00 | 175.00 | 525.00 |
| 2/7/2012 | Work regarding various cash flow projections by owner | 5.00 | 175.00 | 875.00 |
| 2/10/2012 | Work regarding various cash flow projections by owner | 2.00 | 175.00 | 350.00 |
| 2/13/2012 | Work regarding various cash flow projections by owner | 2.00 | 175.00 | 350.00 |
| 2/14/2012 | Work regarding various cash flow projections by owner | 6.00 | 175.00 | 1,050.00 |
| 2/18/2012 | Work regarding various cash flow projections by owner | 4.00 | 175.00 | 700.00 |
| 2/19/2012 | Work regarding various cash flow projections by owner | 1.00 | 175.00 | 175.00 |
| 2/20/2012 | Discussions with Vernon & jessica wring regarding projections & work regarding projection of Management Co. | 4.50 | 175.00 | 787.50 |
| 2/22/2012 | Work regarding various cash flow projections by owner | 3.50 | 175.00 | 612.50 |
| 2/23/2012 | Meeting with Mike Coury & Cam Hillyer regarding Wring Plan | 2.50 | 175.00 | 437.50 |
| 2/27/2012 | Review of jan 2012 Trustee MOR & wirk regarding the Plan | 3.50 | 175.00 | 612.50 |
| 2/28/2012 | Work regarding Memo concerning Doitributable Cash Flow for Wring plan | 1.00 | 175.00 | 175.00 |
| | | 38.00 | | 6,650.00 |
| | 20% Holdback | | | (1,330.00) |
| | | | | 5,320.00 |

| | | |
|---|---|---|
| 11/28/11 Holdback | | 761.25 |
| 12/30/11 holdback | | 1,470.00 |
| 2/5/12 Holdback | | 2,003.75 |
| 2/28/2012 | | 1,330.00 |
| Total Holdback todate | | 5,565.00 |

5

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 3/11/2012 | Assumptions regarding Plan of Reorganization cash flows | 2.00 | 175.00 | 350.00 |
| 3/15/2012 | meeting with the Wrings & CFO tregarding cash flows,bidding insurance,vacancies average repairs & maintenance costs & correcting certain info in cash flows | 3.00 | 175.00 | 525.00 |
| 3/20/2012 | Work regarding cash flows analysis & looking at info to support of using average repairs/year | 6.00 | 175.00 | 1,050.00 |
| 3/21/2012 | Work regarding cash flows analysis | 3.00 | 175.00 | 525.00 |
| 3/27/2012 | Inputting corrections of info in Plan cash flow model & meeting with Wrings & insurance proposers | 3.00 | 175.00 | 525.00 |
| 3/29/2012 | Work regarding cash flows analysis & reviewing the 2/29/12 Trustee MOR | 3.00 | 175.00 | 525.00 |
| | | | 175.00 | 0.00 |
| | | | 175.00 | 0.00 |
| | | | 175.00 | 0.00 |
| | | | 175.00 | 0.00 |
| | | | 175.00 | 0.00 |
| | | 20.00 | | 3,500.00 |
| | | | 20% Holdback | (700.00) |
| | | | | 2,800.00 |

| | | |
|---|---|---|
| | 11/28/11 Holdback | 761.25 |
| | 12/30/11 holdback | 1,470.00 |
| | 2/5/12 Holdback | 2,003.75 |
| | 2/28/2012 | 1,330.00 |
| | 3/29/12 Holdback | 700.00 |
| | Total Holdback todate | 6,265.00 |

6

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 4/17/2012 | meeting with wrings & CFO regarding status of plan | 1.00 | 175.00 | 175.00 |
| 4/19/2012 | meeting with David Wring, Jessica Strawn, Vernon Krieder, Mike Coury & Cam Hillyear regarding plan of Reorganization | 4.00 | 175.00 | 700.00 |
| 4/27/2012 | Work regarding cash flows analysis & reviewing the 3/31/12 Trustee MOR | 1.50 | 175.00 | 262.50 |
| | | 6.50 | | 1,137.50 |
| | 20% Holdback | | | (227.50) |
| | | | | 910.00 |

| | |
|---|---|
| 11/28/11 Holdback | 761.25 |
| 12/30/11 holdback | 1,470.00 |
| 2/5/12 Holdback | 2,003.75 |
| 2/28/2012 | 1,330.00 |
| 3/29/12 Holdback | 700.00 |
| 4/30/12 Holdback | 227.50 |
| **Total Holdback todate** | **6,492.50** |

7

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 5/4/2012 | Work regarding cash flows analysis & reviewing the 3/31/12 Trustee MOR | 1.00 | 175.00 | 175.00 |
| 5/18/2012 | Work regarding reviewing the 4/30/12 Trustee MOR | 2.00 | 175.00 | 350.00 |
| 5/23/2012 | Work regarding reviewing the 4/30/12 Trustee MOR & Cash flow discussion | 1.70 | 175.00 | 297.50 |
| 6/6/2012 | Work regarding cash flows analysis | 3.00 | 175.00 | 525.00 |
| 6/8/2012 | Work regarding cash flows analysis | 3.50 | 175.00 | 612.50 |
| 6/11/2012 | Work regarding cash flows analysis & work regarding Plan of reorganization cash flow | 2.50 | 175.00 | 437.50 |
| 6/21/2012 | prepare fpr & meeting with mike Coury & Cam Hillyear regarding Wring cash flow | 2.00 | 175.00 | 350.00 |
| 7/2/2012 | Work regarding 5/31/12 Trustee MOR & discuss June 2012 cash flow to projection | 1.50 | 175.00 | 262.50 |
| | | | 175.00 | 0.00 |
| | | 17.20 | | 3,010.00 |
| | 20% Holdback | | | (602.00) |
| | | | | 2,408.00 |

| | | |
|---|---|---|
| 11/28/11 Holdback | | 761.25 |
| 12/30/11 holdback | | 1,470.00 |
| 2/5/12 Holdback | | 2,003.75 |
| 2/28/2012 | | 1,330.00 |
| 3/29/12 Holdback | | 700.00 |
| 4/30/12 Holdback | | 227.50 |
| 7/2/12 Holdback | | 602.00 |
| **Total Holdback todate** | | **7,094.50** |

8

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 7/10/2010 | meeting with Mike Coury & Cam Hillyear regarding Wring cash flow & Plan of Reorg | 1.00 | 175.00 | 175.00 |
| 7/12/2012 | Meeting with Vernon Kreider 7 David Wring regarding june 2012 cash flow vs projections | 2.50 | 175.00 | 437.50 |
| 7/18/2012 | go over June 2012 MOR & meeting with David & Ann Wring, Vernon Kreider, Mike Coury &Cam Hillyear regarding Plan of Reorg | 4.00 | 175.00 | 700.00 |
| 8/1/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 8/3/2012 | Work regarding Plan of Reorg properties cash flows | 3.00 | 175.00 | 525.00 |
|  |  | 12.50 |  | 2,187.50 |
|  | 20% Holdback |  |  | (437.50) |
|  |  |  |  | 1,750.00 |

|  |  |
|---|---|
| 11/28/11 Holdback | 761.25 |
| 12/30/11 holdback | 1,470.00 |
| 2/5/12 Holdback | 2,003.75 |
| 2/28/2012 | 1,330.00 |
| 3/29/12 Holdback | 700.00 |
| 4/30/12 Holdback | 227.50 |
| 7/2/12 Holdback | 602.00 |
| 8/3/2012 Holdback | 437.50 |
| **Total Holdback todate** | **7,532.00** |

9

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 8/6/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 8/8/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 8/9/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 8/13/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 8/15/2012 | Work regarding Plan of Reorg properties cash flows | 3.00 | 175.00 | 525.00 |
| 8/16/2012 | Work regarding Plan of Reorg properties cash flows & July 2012 MOR | 7.50 | 175.00 | 1,312.50 |
| 8/20/2012 | Work regarding Plan of Reorg properties cash flows | 3.00 | 175.00 | 525.00 |
| 8/27/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 8/28/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 8/30/2012 | Work regarding Plan of Reorg properties cash flows | 3.00 | 175.00 | 525.00 |
| 8/31/2012 | Work regarding Plan of Reorg properties cash flows | 1.00 | 175.00 | 175.00 |
| | | 29.50 | | 5,162.50 |
| | 20% Holdback | | | (1,032.50) |
| | | | | 4,130.00 |

| | | |
|---|---|---|
| 11/28/11 Holdback | | 761.25 |
| 12/30/11 holdback | | 1,470.00 |
| 2/5/12 Holdback | | 2,003.75 |
| 2/28/2012 | | 1,330.00 |
| 3/29/12 Holdback | | 700.00 |
| 4/30/12 Holdback | | 227.50 |
| 7/2/12 Holdback | | 602.00 |
| 8/3/2012 Holdback | | 1,032.50 |
| 8/31/2012 | | 1,032.50 |
| **Total Holdback todate** | | **9,159.50** |

10

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 9/4/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 9/6/2012 | Work regarding Plan of Reorg properties cash flows | 2.00 | 175.00 | 350.00 |
| 9/7/2012 | Work regarding Plan of Reorg properties cash flows | 1.50 | 175.00 | 262.50 |
| 9/12/2012 | Work regarding Plan of Reorg properties cash flows | 3.00 | 175.00 | 525.00 |
| 9/13/2012 | Work regarding Plan of Reorg properties cash flows | 3.00 | 175.00 | 525.00 |
| 9/14/2012 | Work regarding Plan of Reorg properties cash flows & meeting with Mike Coury & Cam Hillyear regarding the same | 3.00 | 175.00 | 525.00 |
| 9/20/2012 | Work regarding preparing info for potentila buyer | 3.00 | 175.00 | 525.00 |
| 9/24/2012 | Work regarding 8/31/12 MOR & preparing info for potential buyer | 3.00 | 175.00 | 525.00 |
| | | | 175.00 | 0.00 |
| | | | 175.00 | 0.00 |
| | | | 175.00 | 0.00 |
| | | 20.50 | | 3,587.50 |
| | | | 20% Holdback | (717.50) |
| | | | | 2,870.00 |

| | |
|---|---|
| 11/28/11 Holdback | 761.25 |
| 12/30/11 holdback | 1,470.00 |
| 2/5/12 Holdback | 2,003.75 |
| 2/28/2012 | 1,330.00 |
| 3/29/12 Holdback | 700.00 |
| 4/30/12 Holdback | 227.50 |
| 7/2/12 Holdback | 602.00 |
| 8/3/2012 Holdback | 437.50 |
| 8/31/2012 | 1,032.50 |
| 9/30/2012 | 717.50 |
| **Total Holdback todate** | **9,282.00** |

11

**Mr. Mike Coury**
**Trustee for Bruce & Ann Wring**
**Billings**

| Date | Description | Hrs | Rate per Hr | Amount |
|---|---|---|---|---|
| 10/19/2012 | Work regarding Plan of Reorg properties cash flows & meeting with Mike Coury & Cam Hillyear regarding the same | 2.70 | 175.00 | 472.50 |
| 10/21/2012 | Work regarding Plan of Reorg properties cash flows by lender | 3.00 | 175.00 | 525.00 |
| 10/23/2012 | Work regarding 9/30/12 MOR | 2.50 | 175.00 | 437.50 |
| 10/28/2012 | Work regarding Plan of Reorg properties cash flows by lender | 2.00 | 175.00 | 350.00 |
|  |  |  | 175.00 | 0.00 |
|  |  |  | 175.00 | 0.00 |
|  |  |  | 175.00 | 0.00 |
|  |  |  | 175.00 | 0.00 |
|  |  |  | 175.00 | 0.00 |
|  |  |  | 175.00 | 0.00 |
|  |  |  | 175.00 | 0.00 |
|  |  | 10.20 |  | 1,785.00 |
|  |  | 20% Holdback |  | (357.00) |
|  |  |  |  | 1,428.00 |

| | |
|---|---|
| 11/28/11 Holdback | 761.25 |
| 12/30/11 holdback | 1,470.00 |
| 2/5/12 Holdback | 2,003.75 |
| 2/28/2012 | 1,330.00 |
| 3/29/12 Holdback | 700.00 |
| 4/30/12 Holdback | 227.50 |
| 7/2/12 Holdback | 602.00 |
| 8/3/2012 Holdback | 437.50 |
| 8/31/2012 holdback | 1,032.50 |
| 9/30/2012 holdback | 717.50 |
| 10/31/12 holdback | 357.00 |
| **Total Holdback todate** | **9,639.00** |

**12**