# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.  10–21899  pjd |
| | Chapter  11 |
| | Adversary No. |
| Aubrey Bruce Wring | |
| Virginia A. Wring | |
| Debtor(s). | |

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

*1392* – Motion For Administrative Order Approving Sale and Bid Procedure Pursuant to Sections 105(a), 363 and 365 of Bankruptcy Code Filed by Michael P. Coury on behalf of Michael P. Coury (Coury, Michael)

on January 15, 2014.

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **February 11, 2014 at  11:00 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 630, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by February 3, 2014   and served as required pursuant to L.B.R. 9013–1.**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
      **All Parties on Servicing List**

**Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013–1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

**Jed G. Weintraub
CLERK OF COURT**

**BY:  Debra Hayes**

_____
   **Deputy Clerk
DATE:  January 16, 2014**
   [combrelcco30]Order/Notice combined Rel 11–03

```
                              United States Bankruptcy Court
                               Western District of Tennessee
In re:                                                                  Case No. 10-21899-pjd
Aubrey Bruce Wring                                                      Chapter 11
Virginia A. Wring
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0651-2          User: debra                 Page 1 of 9                   Date Rcvd: Jan 16, 2014
                              Form ID: combrel            Total Noticed: 134


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2014.
db/jdb     +Aubrey Bruce Wring,    Virginia A. Wring,    5524 Riverdale Rd,    Memphis, TN 38141-8523
aty        +Jim F. Spencer, Jr.,    Watkins & Eager PLLC,    400 East Captiol Street,    PO Box 650,
             Jackson, MS 39205-0650
aty        +Walter L. Bailey, Jr.,    100 N. Main Suite 3002,    Memphis, TN 38103-0546
r          +Anita G. Barnett,    Gresham Realty,    124 E. College Avenue,    Holly Springs, MS 38635-3022
cr         +BAC Home Loans Servicing, LP as servicer for Deuts,    Mail Stop: TX2-982-03-03,
             7105 Corporate Drive,    Plano, TX 75024-4100
cr         +Bank of Bartlett,    6281 Stage Road,    P.O. Box 341187,    Bartlett, TN 38184-1187
cr         +Citimortgage, Inc.,    1000 Technology Drive,    O'Fallon, MO 63368-2240
cr         +First Bank,    8398 Hwy 64,    Bartlett, TN 38133-4112
cr         +First State Bank,    c/o Wendy Geurin Smith,    6000 Poplar Avenue, Suite 250,
             Memphis, TN 38119-3974
cr         +Hardin County Bank,    235 Wayne Rd.,    Savannah, TN 38372-1941
cr         +JPMorgan Chase Bank, N,A.,,    1587 N.E. Expressway,    Atlanta, Ga 30329-2401
cr         +JPMorgan Chase Bank, National Association as servi,    250 E Ponce de Leon Ave,    Suite 600,
             Decatur, GA 30030-3406
cr         +Memphis Area Teachers Credit Union,    7845 Highway 64,    Memphis, TN 38133-4007
cr        ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
             (address filed with court:  NationStar Mortgage LLC,    350 Highland Drive,
             Lewisville, TX   75067)
cr         +Pointe South Land Trust,    c/o Douglas R. Beaty,    8130 Country Village Drive,    Suite 101,
             Cordova, TN 38016-2087
r          +R. Bruce Young,    Memphis Commercial & Industrial Real Es,    3590 Sky Harbor Cove,
             Memphis, TN 38118-5999
cr         +Regions Financial Corporation,    1861 N. Highland,    Jackson, TN 38305-4509
cr          Renasant Bank,    209 Troy Street,    P.O. Box 709,    Tupelo, MS  38802-0709
cr         +Residential Credit Solutions, Inc.,    4708 Mercantile Drive,    Fort Worth, TX 76137-3605
r          +Robert Davis,    Robert Davis Realty,    410 West College Street,    Booneville, MS 38829-3337
cr         +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr         +The University Corporation,    c/o Steven N. Douglass, Esq.,    2700 One Commerce Square,
             Memphis, TN 38103-5527
cr         +Wells Fargo Bank, N.A.,    3476 Stateview Blvd,    MAC: X7801-014,    Fort Mill, SC 29715-7203
29629402   +20-BAC Home loan Servicing(BK),    P.O. Box 5170,    Simi Valley, CA 93062-5170
29629419    20-Bank of America,    P.O. Box 45224,    Jacksonville, FL 32232-5224
29629413   +20-Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
29629447   +20-Bank of Bartlett,    P.O. Box 341187,    Memphis, TN 38184-1187
29629503   +20-Chase Home Finance(BK),    Dept G-7,    3415 Vision Dr,    Columbus, OH 43219-6009
29629593   +20-MATCU,    P.O. Box 5238,    Carol Stream, IL 60197-5238
29629590   +20-MATCU,    7845 Hwy 64,    Memphis, TN 38133-4007
29702010    American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
29783602   +BAC,    7105 Corporate Drive,    PTX-A-274,    Plano, TX 75024-4100
29629401    BAC,    P.O. Box 45224,    Jacksonville, FL 32232-5224
30074224   +BAC Bankruptcy Department,    Mail Stop CA6-919-01-23,    400 National Way,
             Simi Valley, CA 93065-6414
30168603   +BAC HOME LOANS SERVICING, LP fka,    COUNTRYWIDE HOME LOANS SERVICING, LP,
             Bankruptcy Department,,    Mail Stop CA6-919-01-23,,    400 National Way,,
             Simi Valley, CA 93065-6414
29783434   +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE,    HOME LOANS SERVICING, LP,    7105 Corporate Drive,
             Plano, TX 75024-4100
30063305    BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE,    HOME LOANS SERVICING, LP,
             Bankruptcy Department,,    Mail Stop CA6-919-01-23,,    400 National Way, Simi Valley, CA 93065
29905289    BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    400 Corporate Way,    Simi Valley, CA 93065
30118018   +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    Bankruptcy Department,,
             Mail Stop CA6-919-01-23,,    400 National Way,,    Simi Valley, CA 93065-6414
30208633    BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    BAC, Mail Stop: TX2-982-03-03, 7105 Corp
29629403   +BAC Home loan Servicing(BK),    P.O. Box 5170,    Simi Valley, CA 93062-5170
30762583    BANK OF AMERICA, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
29629448   +Bank Of Bartlett,    P.O. Box 341187,    Bartlett, TN 38184-1187
29629420    Bank of America,    P.O. Box 45224,    Jacksonville, FL 32232-5224
29629414   +Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
29629445    Bank of America Mortgage,    P.O. Box 35140,    Louisville, KY 40232
30428690   +Bank of America, N.A,    Mail Stop: TX2-982-03-03,    7105 Corporate Drive,    Plano, TX 75024-4100
29629452   +Bank of Bartlett,    P.O. Box 341187,    Memphis, TN 38184-1187
31265622   +Brock and Scott,    3173 Kirby Whitten Road, Suite 102,    Bartlett, TN 38134-2881
29629477    Chase,    PO Box 15583,    Wilmington, DE 19886-1194
29681874    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
29629482    Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
29629504   +Chase Home Finance(BK),    Dept G-7,    3415 Vision Dr,    Columbus, OH 43219-6009
29640917   +Chase Home Finance, LLC,    3415 Vision Drive, G7-PP,    Columbus, OH 43219-6009
29629510   +Chase Manhattan Home Finance,    P.O. Box 78116,    Phoenix, AZ 85062-8116
29629511   +Citi Card(BK),    P.O. Box 6500,    Sioux Falls, SD 57117-6500
31265623   +CitiMortgage, Inc.,    1000 Technology Drive,    O'Fallon, Missouri 63368-2240
29652532    CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
```

```
District/off: 0651-2          User: debra                  Page 2 of 9                   Date Rcvd: Jan 16, 2014
                              Form ID: combrel             Total Noticed: 134

29630286     +City Attorney's Office,    125 N. Mid-America Mall,    Room 314,    Memphis, TN 38103-2079
30915094     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Bankruptcy Department,    Rubin Lublin, LLC.,
               3740 Davinci Court, Ste 150,    Peachtree Corners, GA 30092-7614
29629586    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit,     P.O. Box 537901,    Livonia, MI 48153-7901)
30926465     +Farm Credit Midsouth,    fka The Federal Land Bank Assc of,    Eastern Arkansas, FLCA,
               PO Box 16060,    Jonesboro AR 72403-6700
29629515     +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
29629523     +First Capital Bank,    7575 Poplar Avenue,    Germantown, TN 38138-3808
29629524     +First Citizens Bank,    P.O. Box 370,    Dyersburg, TN 38025-0370
30046359     +First Community Bank of Eastern Arkansas,    c/o A. Jan Thomas, Jr.,    306 W. Bond Ave.,
               West Memphis, AR 72301-3912
29811214     +First State Bank,    PO Box 580,    Holly Springs, MS 38635-0580
29629533      First State Bank,    3796 North Highland, Suite A,    Jackson, TN 38305
29629548     +First Tennessee,    P.O. Box 31,    Memphis, TN 38101-0031
29629550     +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
29629547     +First Tennessee,    165 Madison,    Memphis, TN 38103-2706
29629569     +First Tennessee Bank,    P.O. Box 84,    Memphis, TN 38101-0084
29629571      First Tennessee Home,    1425 Germantown Pkwy,    Germantown, TN 38138
29629582      First Tennessee Home Loan,    P.O. Box 1545,    Memphis, TN 38101-1545
29629587     +GMAC Mortgage(BK),    P.O. Box 4622,    Waterloo, IA 50704-4622
29656824      GMAC Mortgage, LLC,    3415 Hammond Avenue,,    Mail Code 507-345-110,    Waterloo, IA 50702
30074303     +Hardin County Bank,    E. Franklin Childress, Jr. Esq.,    165 Madison Ave., Suite 2000,
               Memphis, TN 38103-2752
29629588     +Home Depot(BK Notice),    P.O. Box 689100,    Des Moines, IA 50368
29694140     +JPMorgan Chase Bank, N.A.,    c/o Johnson & Freedman, LLC,    1587 NE Expressway,
               Atlanta, GA 30329-2401
30439640     +JPMorgan Chase Bank, NA as servicer,    MAIL CODE OH4-7302,    3415 Vision Drive,
               Columbus, OH 43219-6009,    Telephone number: (651) 234-3500
29722183     +JPMorgan Chase Bank, NA as servicer,    1270 Northland Drive,    Suite 200,
               Mendota Heights, MN 55120-1176
29721670     +JPMorgan Chase Bank, NA as servicer,    Attn: OH4-7133,    PO Box 182349,    3415 Vision Drive,
               Columbus, OH 43219-6009
29629591     +MATCU,    7845 Hwy 64,    Memphis, TN 38133-4007
29629594     +MATCU,    P.O. Box 5238,    Carol Stream, IL 60197-5238
29629596     +Memphis Area Teacher's Credit Union,    7845 Hwy 64,    Memphis, TN 38133-4007
29649733     +Nationstar Mortgage,    PO BOX 829009,    Dallas, TX 75382-9009
31302695     +Nationstar Mortgage LLC,    Wilson & Associates PLLC,    5050 Poplar Suite 115,
               Memphis, TN 38157-0115
29629601      Nationstar Mortgage, LLC,    P.O. Box 29908,    Lewisville, TX 75029
29661569     +PNC Mortgage, a division of PNC Bank, N.A.,    3232 Newmark Drive,
               Attention: Bankruptcy Department,    Miamisburg, OH 45342-5421
29629604     +Regions,    P.O. Box 70827,    Charlotte, NC 28272
29629605     +Regions Bank,    P.O. Box 11301,    Birmingham, AL 35202-1301
29776142     +Regions Bank,    c/o Scherry A. Priddy,    1861 N. Highland,    Jackson, TN 38305-4529
29629645     +Renasant Bank,    P.O. Box 1109,    Southaven, MS 38671-0111
29783599     +Robert F. Miller,    Patrick G. Walker,    Farris Bobango Branan PLC,
               999 Shady Grove Rd, Suite 500,    Memphis, TN 38120-4128
31107781     +Shapiro & Kirsch, LLP,    Attorney for Bank of America, N.A.,
               555 Perkins Road Extended, 2nd Floor,    Memphis, TN 38117-4405
29630282      TN Atty General's Office,    Bankruptcy Unit,    425 5th Ave. North, 2nd Floor,
               Nashville, TN 37243-0488
29690219    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Corporation,     5005 North River Blvd., N.E.,
               Cedar Rapids, IA 52411-6634)
29630284      U.S. Attorney,    c/o USDOJ Tax Division,    P.O. Box 14198,    Washington, DC 20044-4198
29629647    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
             (address filed with court: Wachovia Bank,     P.O. Box 563966,    Charlotte, NC 28256)
29693326     +Waells Fargo Home Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
30691151     +Wells Fargo Bank NA,    c/o Theodore K. Cummins,    Wilson & Associates Pllc,
               5050 Poplar Suite 115,    Memphis, TN 38157-0115
30888725     +Wells Fargo Bank, N.A.,    3476 Stateview Blvd,    MAC #X7801-014,
               Fort Mill, South Carolina 29715-7203
30890558     +Wells Fargo Bank, N.A.,    3476 Stateview Boulevard/MAC# X7801-014,
               Fort Mill, South Carolina 29715-7200
29708664     +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
               Ft. Mill, SC 29715-7203
30923137     +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC #D3347-014,
               3476 Stateview Blvd,    Fort Mill, SC 29715-7203
29730620     +Wells Fargo Bank, N.A.,    1 Home Campus,    Des Moines, IA 50328-0001
29629654     +Wells Fargo Home Loans,    P. O. Box 10335,    Des Moines, IA 50306-0335
29629657     +Wells Fargo Home Mortg Bank,    P. O. Box 10335,    Des Moines, IA 50306-0335
29693325     +Wells Fargo Home Mortgage,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
29716888     +Wells Fargo Home Mortgage,    3476 Stateview Blvd,    MAC #X7801-014,    Fort Mill, SC 29715-7203
29629660     +Wells Fargo Home Mortgage,    FKA Northwest Mortgage,    1 Home Campus,    Des Moines, IA 50328-0001
29629661     +Wells Fargo Mortgage,    P.O. Box 98784,    Las Vegas, NV 89193-8784
30097258     +Wells fargo Bank, N.A,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell GA 30076-2102
30990734     +Wendy Geurin Smith,    Attorney at Law,    6000 Poplar Avenue, Suite 250,
               Memphis, Tennessee 38119-3974
```

```
District/off: 0651-2           User: debra                 Page 3 of 9                   Date Rcvd: Jan 16, 2014
                               Form ID: combrel            Total Noticed: 134


29783597           c/o Steven N. Douglass,    James R.Newsom III,    Harris Shelton Hanover, Walsh PLLC,
                    2700 One Commerce Square,    Memphis, TN 38103-2555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty              +E-mail/Text: jmorgan@watkinseager.com Jan 16 2014 23:58:50      Jane B. Morgan,
                   Watkins & Eager PLLC,    400 East Capitol Street,     PO Box 650,    Jackson, MS 39205-0650
aty              +E-mail/Text: lwilliams@raineykizer.com Jan 17 2014 00:07:08      Laura A. Williams,
                   105 S. Highland Ave.,    P.O. Box 1147,    Jackson, TN 38302-1147
cr               +E-mail/Text: bankruptcy.dept@cadencebanking.com Jan 17 2014 00:07:06       Cadence Bank,
                   6075 Poplar Ave., Suite 120,    Memphis, TN 38119-0109
cr               +E-mail/Text: operations@fabtn.com Jan 16 2014 23:58:27      First Alliance Bank,
                   51 Germantown Court,    suite 100,    Cordova, TN 38018-4270
cr                E-mail/Text: bankruptcy.bnc@gt-cs.com Jan 16 2014 23:58:50      GREEN TREE SERVICING LLC,
                   P.O. BOX 6154,    RAPID CITY, SD   57709-6154
29629476         +E-mail/Text: bankruptcy.dept@cadencebanking.com Jan 17 2014 00:07:06       20-Cadence Banking,
                   P.O. Box 1187,    Starkville, MS 39760-1187
29691058         +E-mail/Text: bankruptcy.dept@cadencebanking.com Jan 17 2014 00:07:06       Cadence Bank, N.A.,
                   f/k/a Enterprise National Bank,    6075 Poplar Ave., Suite 120,    Memphis, TN 38119-4742
29649449         +E-mail/Text: dallas.bankruptcy@LGBS.com Jan 16 2014 23:59:29       City of Memphis (TN),
                   Linebarger Goggan Blair & Sampson, LLP,    c/o Elizabeth Weller,     2323 Bryan Street Ste 1600,
                   Dallas, Texas 75201-2644
29729264         +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 17 2014 00:06:38
                   Discover Bank / DFS Services LLC,    POB 3025,    New Albany OH 43054-3025
29629514         +E-mail/Text: operations@fabtn.com Jan 16 2014 23:58:27      First Alliance Bank,
                   51 Germantown Ct # 100,    Cordova, TN 38018-4270
29629530         +E-mail/Text: savis@firstcitizens-bank.com Jan 16 2014 23:59:22       First Citizens NA,
                   P.O. Box 370,    Dyersburg, TN 38025-0370
29629534         +E-mail/Text: mmoore@first-state.net Jan 16 2014 23:59:12      First State Bank,    P.O. Box 527,
                   Union City, TN 38281-0527
29782169         +E-mail/Text: sragland@bassberry.com Jan 17 2014 00:07:11      First TN Bank N. A.,
                   c/o Stephen W. Ragland, Esq.,    BASS, BERRY & SIMS PLC,    100 Peabody Place, Ste 900,
                   Memphis, TN 38103-3653
30065661         +E-mail/Text: sragland@bassberry.com Jan 17 2014 00:07:11
                   First Tennessee Bank National Association,    c/o Stephen W. Ragland, Esq.,
                   BASS, BERRY & SIMS PLC,    100 Peabody Place, Suite 900,    Memphis, Tennessee 38103-3653
29630283          E-mail/Text: cio.bncmail@irs.gov Jan 16 2014 23:58:42      Internal Revenue Service,
                   Centralized Insolvency Operation,    P.O. Box 21126,    Philadelphia, PA 19114
29629606         +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Jan 17 2014 00:00:02       Regions Bank,
                   505 So. Gay  St.,    Knoxville, TN 37902-1502
29642403          E-mail/Text: Bankruptcy.Dept.MGM@Regions.com Jan 17 2014 00:00:02       Regions Bank,
                   Consumer Collections  BH40402B,    P.O. Box 10063,    Birmingham, AL 35202-0063
29660622         +E-mail/Text: kmcclellan@shelbycountytrustee.com Jan 16 2014 23:58:59        Shelby County Trustee,
                   P.O. Box 2751,    Memphis, TN 38101-2751
29630285         +E-mail/Text: barbara.zoccola@usdoj.gov Jan 16 2014 23:57:58       U.S. Attorney,
                   200 Jefferson, #811,    Memphis, TN 38103-2351
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr                Michael P. Coury
cr                BAC Home Loans Servicing, LP fka Countrywide Home
app               C. Howard Davis
cr                Chase Home Finance, LLC
cr                DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F
cr                Farm Credit Mid-South, ACA
cr                First Capital Bank
cr                Ford Motor Credit Company
cr                GMAC Mortgage
cr                Guaranty Bank and Trust Company
cr                JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr                Joe Ann Millington
cr                Land South LLC
app               Mary Davis
cr                PNC Mortgage, A Divison of PNC Bank, N.A.
cr                Patriot Bank
cr                SECRETARY OF VETERANS AFFAIRS
cr                Wells Fargo Bank, N.A. successor by merger to Wach
31249144          DEUTSCHE BANK NATIONAL TRUST COMPANY
cr*              +Bank of America, N.A.,    Mail Stop: TX2-982-03-03,    7105 Corporate Drive,
                   Plano, TX 75024-4100
cr*              +Nationstar Mortgage,    P. O. Box 829009,    Dallas, TX 75382-9009
cr*              +Shelby County Trustee,    PO BOX 2751,    Memphis, TN 38101-2751
cr*              +Wells Fargo Bank, N.A.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
                   1544 Old Alabama Road,    Roswell, GA 30076-2102
cr*              +Wells Fargo Bank, N.A.,    c/o McCalla, Raymer, LLC,    Bankruptcy Department,
                   1544 Old Alabama Road,    Roswell, GA 30076-2102
30060304*        +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE,    HOME LOANS SERVICING, LP,
                   7105 Corporate Drive, Plano,,    TX 75024-4100
30118044*        +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    Bankruptcy Department,,
                   Mail Stop CA6-919-01-23,,    400 National Way,,    Simi Valley, CA 93065-6414
```

```
District/off: 0651-2           User: debra                 Page 4 of 9                  Date Rcvd: Jan 16, 2014
                               Form ID: combrel            Total Noticed: 134


            ***** BYPASSED RECIPIENTS (continued) *****
30133959*       +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    Bankruptcy Department,,
                  Mail Stop CA6-919-01-23,,    400 National Way,,    Simi Valley, CA 93065-6414
30136888*       +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    Bankruptcy Department,,
                  Mail Stop CA6-919-01-23,,    400 National Way,,    Simi Valley, CA 93065-6414
30147064*       +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    Bankruptcy Department,,
                  Mail Stop CA6-919-01-23,,    400 National Way,,    Simi Valley, CA 93065-6414
30156001*       +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    Bankruptcy Department,,
                  Mail Stop CA6-919-01-23,,    400 National Way,,    Simi Valley, CA 93065-6414
30156006*       +BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME,    Bankruptcy Department,,
                  Mail Stop CA6-919-01-23,,    400 National Way,,    Simi Valley, CA 93065-6414
29629405*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629406*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629407*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629408*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629409*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629410*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629411*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629412*       +BAC Home Loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629404*       +BAC Home loan Servicing(BK),   P.O. Box 5170,    Simi Valley, CA 93062-5170
29629449*       +Bank Of Bartlett,   P.O. Box 341187,    Bartlett, TN 38184-1187
29629450*       +Bank Of Bartlett,   P.O. Box 341187,    Bartlett, TN 38184-1187
29629451*       +Bank Of Bartlett,   P.O. Box 341187,    Bartlett, TN 38184-1187
29629453*       +Bank Of Bartlett,   P.O. Box 341187,    Bartlett, TN 38184-1187
29629418*       +Bank of America,   P.O. Box 25118,    Tampa, FL 33622-5118
29629415*       +Bank of America,   P.O. Box 25118,    Tampa, FL 33622-5118
29629416*       +Bank of America,   P.O. Box 25118,    Tampa, FL 33622-5118
29629417*       +Bank of America,   P.O. Box 25118,    Tampa, FL 33622-5118
29629421*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629422*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629423*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629424*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629425*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629426*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629427*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629428*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629429*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629430*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629431*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629432*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629433*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629434*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629435*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629436*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629437*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629438*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629439*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629440*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629441*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629442*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629443*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629444*        Bank of America,   P.O. Box 45224,    Jacksonville, FL 32232-5224
29629446*        Bank of America Mortgage,    P.O. Box 35140,    Louisville, KY 40232
31107782*       +Bank of America, N.A.,    Mail Stop: TX2-982-03-03,    7105 Corporate Drive,    Plano, TX 75024-4100
29629454*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629455*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629456*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629457*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629458*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629459*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629460*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629461*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629462*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629463*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629464*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629465*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629466*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629467*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629468*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629469*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629470*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629471*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629472*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629473*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629474*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629475*       +Bank of Bartlett,   P.O. Box 341187,    Memphis, TN 38184-1187
29629478*        Chase,   PO Box 15583,    Wilmington, DE 19886-1194
29629479*        Chase,   PO Box 15583,    Wilmington, DE 19886-1194
29629480*        Chase,   PO Box 15583,    Wilmington, DE 19886-1194
29629481*        Chase,   PO Box 15583,    Wilmington, DE 19886-1194
```

```
District/off: 0651-2          User: debra                 Page 5 of 9                  Date Rcvd: Jan 16, 2014
                              Form ID: combrel            Total Noticed: 134


              ***** BYPASSED RECIPIENTS (continued) *****
 29629483*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629484*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629485*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629486*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629487*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629488*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629489*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629490*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629491*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629492*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629493*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629494*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629495*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629496*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629497*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629498*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629499*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629500*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629501*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629502*     Chase Home Finance,    P.O. Box 509011,    San Diego, CA 92150-9011
 29629505*    +Chase Home Finance(BK),    Dept G-7,    3415 Vision Dr,    Columbus, OH 43219-6009
 29629506*    +Chase Home Finance(BK),    Dept G-7,    3415 Vision Dr,    Columbus, OH 43219-6009
 29629507*    +Chase Home Finance(BK),    Dept G-7,    3415 Vision Dr,    Columbus, OH 43219-6009
 29629508*    +Chase Home Finance(BK),    Dept G-7,    3415 Vision Dr,    Columbus, OH 43219-6009
 29629509*    +Chase Home Finance(BK),    Dept G-7,    3415 Vision Dr,    Columbus, OH 43219-6009
 29629513*    +CitiMortgage(BK),    5280 Corporate Dr MC 0251,    Frederick, MD 21703-8502
 29695673*     CitiMortgage, Inc.,    P O Box 6941,    The Lakes, NV 88901-6941
 31111953*    +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Bankruptcy Department,    Rubin Lublin, LLC,
               3740 Davinci Court, Ste 150,    Peachtree Corners, GA 30092-7614
 30931409*    +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Bankruptcy Department,    Rubin Lublin, LLC.,
               3740 Davinci Court, Ste 150,    Peachtree Corners, GA 30092-7614
 29654391*   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company,    CH 13, Drawer 55-953, P.O. Box 55000,
               Detroit, MI 48255-0953)
 29629516*    +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
 29629517*    +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
 29629518*    +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
 29629519*    +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
 29629520*    +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
 29629521*    +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
 29629522*    +First Capital,    P.O. Box 382250,    Germantown, TN 38183-2250
 29629525*    +First Citizens Bank,    P.O. Box 370,    Dyersburg, TN 38025-0370
 29629526*    +First Citizens Bank,    P.O. Box 370,    Dyersburg, TN 38025-0370
 29629527*    +First Citizens Bank,    P.O. Box 370,    Dyersburg, TN 38025-0370
 29629528*    +First Citizens Bank,    P.O. Box 370,    Dyersburg, TN 38025-0370
 29629529*    +First Citizens Bank,    P.O. Box 370,    Dyersburg, TN 38025-0370
 29629531*    +First Citizens NA,    P.O. Box 370,    Dyersburg, TN 38025-0370
 29629532*    +First Citizens NA,    P.O. Box 370,    Dyersburg, TN 38025-0370
 29629535*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629536*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629537*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629538*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629539*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629540*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629541*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629542*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629543*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629544*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629545*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629546*    +First State Bank,    P.O. Box 527,    Union City, TN 38281-0527
 29629549*     First Tennessee,    P.O. Box 31,    Memphis, TN 38101-0031
 29629551*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629552*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629553*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629554*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629555*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629556*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629557*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629558*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629559*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629560*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629561*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629562*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629563*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629564*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629565*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629566*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629567*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
 29629568*    +First Tennessee,    P.O. Box 84,    Memphis, TN 38101-0084
```

```
District/off: 0651-2           User: debra                Page 6 of 9                   Date Rcvd: Jan 16, 2014
                               Form ID: combrel           Total Noticed: 134


            ***** BYPASSED RECIPIENTS (continued) *****
 29629570*     +First Tennessee Bank,    P.O. Box 84,    Memphis, TN 38101-0084
 29629572*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629573*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629574*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629575*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629576*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629577*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629578*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629579*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629580*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629581*      First Tennessee Home,    1425 Germantown Pkwy,     Germantown, TN 38138
 29629583*      First Tennessee Home Loan,     P.O. Box 1545,    Memphis, TN 38101-1545
 29629584*      First Tennessee Home Loan,     P.O. Box 1545,    Memphis, TN 38101-1545
 29629585*      First Tennessee Home Loan,     P.O. Box 1545,    Memphis, TN 38101-1545
 29629595*     +MATCU,   P.O. Box 5238,    Carol Stream, IL 60197-5238
 29629592*     +MATCU,   7845 Hwy 64,    Memphis, TN 38133-4007
 29629597*     +Memphis Area Teacher's Credit Union,     7845 Hwy 64,    Memphis, TN 38133-4007
 29629598*    ++NATIONSTAR MORTGAGE,    PO BOX 630267,     IRVING TEXAS 75063-0116
              (address filed with court:  Nationstar Mortgage,     P.O. Box 299008,    Lewisville, TX 75067)
 29629599*    ++NATIONSTAR MORTGAGE,    PO BOX 630267,     IRVING TEXAS 75063-0116
              (address filed with court:  Nationstar Mortgage,     P.O. Box 299008,    Lewisville, TX 75067)
 29629600*    ++NATIONSTAR MORTGAGE,    PO BOX 630267,     IRVING TEXAS 75063-0116
              (address filed with court:  Nationstar Mortgage,     P.O. Box 299008,    Lewisville, TX 75067)
 29649780*     +Nationstar Mortgage,    PO BOX 829009,    Dallas, TX 75382-9009
 29675483*     +Nationstar Mortgage,    PO BOX 829009,    Dallas, TX 75382-9009
 29675611*     +Nationstar Mortgage,    PO BOX 829009,    Dallas, TX 75382-9009
 29629602*      Nationstar Mortgage, LLC,    P.O. Box 29908,     Lewisville, TX 75029
 29629603*      Nationstar Mortgage, LLC,    P.O. Box 29908,     Lewisville, TX 75029
 29629607*     +Regions Bank,   P.O. Box 11301,    Birmingham, AL 35202-1301
 29629608*     +Regions Bank,   P.O. Box 11301,    Birmingham, AL 35202-1301
 29629611*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629612*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629613*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629614*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629615*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629616*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629617*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629618*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629619*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629620*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629621*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629622*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629623*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629624*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629625*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629626*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629627*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629628*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629629*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629630*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629631*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629632*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629633*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629634*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629635*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629636*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629637*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629638*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629639*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629640*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629641*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629642*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629643*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629644*     +Regions Mortgage,    Bankruptcy Dept.,    605 S. Perry St.,    Montgomery, AL 36104-5819
 29629646*     +Renasant Bank,    P.O. Box 1109,    Southaven, MS 38671-0111
 29629649*      Wells Fargo,   P.O. Box 98784,    Las Vegas, NV 89193-8784
 29629650*      Wells Fargo,   P.O. Box 98784,    Las Vegas, NV 89193-8784
 29629651*      Wells Fargo,   P.O. Box 98784,    Las Vegas, NV 89193-8784
 29629652*      Wells Fargo,   P.O. Box 98784,    Las Vegas, NV 89193-8784
 29629653*      Wells Fargo,   P.O. Box 98784,    Las Vegas, NV 89193-8784
 30013635*     +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
                Ft. Mill, SC 29715-7203
 30023749*     +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd,    X7801-014,
                Ft. Mill, SC 29715-7203
 30229837*     +Wells Fargo Bank, N.A.,    Bankruptcy Department,    3476 Stateview Blvd X7801-014,
                Ft. Mill, SC 29715-7203
 29629655*     +Wells Fargo Home Loans,    P. O. Box 10335,    Des Moines, IA 50306-0335
 29629656*     +Wells Fargo Home Loans,    P. O. Box 10335,    Des Moines, IA 50306-0335
 29629658*     +Wells Fargo Home Mortg Bank,     P. O. Box 10335,    Des Moines, IA 50306-0335
```

```
District/off: 0651-2          User: debra                 Page 7 of 9                  Date Rcvd: Jan 16, 2014
                              Form ID: combrel            Total Noticed: 134

             ***** BYPASSED RECIPIENTS (continued) *****
29629659*    +Wells Fargo Home Mortg Bank,   P. O. Box 10335,   Des Moines, IA 50306-0335
29629609     ##+20-Regions Mortgage,   Bankruptcy Dept.,   605 S. Perry St.,   Montgomery, AL 36104-5819
29629512     ##+CitiMortgage(BK),   5280 Corporate Dr MC 0251,   Frederick, MD 21703-8502
29629589     ##+Home Depot(BK),   P.O. Box 653000,   Dallas, TX 75265-3000
29629610     ##+Regions Mortgage,   Bankruptcy Dept.,   605 S. Perry St.,   Montgomery, AL 36104-5819
29629648     ##Wells Fargo,   P.O. Box 98784,   Las Vegas, NV 89193-8784
                                                                                     TOTALS: 19, * 230, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2014 at the address(es) listed below:
              A Jan Thomas, Jr    on behalf of Attorney    First Community Bank of Eastern Arkansas
                ajt827@comcast.net
              Angel Gordon    on behalf of Creditor    JPMorgan Chase Bank, N,A., ECF_TN@msplaw.com
              B. David Sweeney    on behalf of Creditor    First Alliance Bank bdavidsweeney@gmail.com,
                lchase@clyburnlawoffice.com;sweeneybcecfmail@gmail.com;clyburnlawoffice@gmail.com;G1842@notify.ci
                ncompass.com;sweeneyremoteoffice@gmail.com;lchase.clyburnlaw@gmail.com;kwright.clyburnlaw@gmail.c
                om
              Bart E. Ziegenhorn    on behalf of Attorney    First Community Bank of Eastern Arkansas
                bart@szblaw.com
              Ben H. Thomas    on behalf of Creditor    Citimortgage, Inc. bthomas@tatumjones.com
              Ben H. Thomas    on behalf of Creditor    PNC Mortgage, A Divison of PNC Bank, N.A.
                bthomas@tatumjones.com
              Bruce Feldbaum    on behalf of Creditor    Citimortgage, Inc. blfmem@aol.com
              Bruce Feldbaum    on behalf of Creditor    PNC Mortgage, A Divison of PNC Bank, N.A. blfmem@aol.com
              City of Memphis (TN)    dallas.bankruptcy@publicans.com
              Clifton E. Darnell    on behalf of Creditor    First Capital Bank c-darnell@mindspring.com
              Clifton E. Darnell    on behalf of Creditor    Patriot Bank c-darnell@mindspring.com
              David Blaylock    on behalf of Trustee Michael P. Coury dblaylock@glankler.com,
                dblaylock@glankler.com;fgoodman@glankler.com
              Douglas M. Alrutz    on behalf of Creditor    Bank of Bartlett Dalrutz@wyattfirm.com
              E. Franklin Childress, Jr.    on behalf of Creditor    Hardin County Bank
                fchildress@bakerdonelson.com,
                lernest@bakerdonelson.com;sclift@bakerdonelson.com;sloft@bakerdonelson.com;rhagan@bakerdonelson.c
                om;kconner@johndaylegal.com;jday@johndaylegal.com
              Earnest E. Fiveash, Jr.    on behalf of Defendant Aubrey Bruce Wring earnietheattorney@gmail.com
              Elijah Noel, Jr.    on behalf of Creditor    Shelby County Trustee en@harrisshelton.com
              Elijah Noel, Jr.    on behalf of Creditor    City of Memphis (TN) en@harrisshelton.com,
                ehord@shelbycountytrustee.com, ehord@shelbycountytrustee.com
              Eugene G. Douglass    on behalf of Joint Debtor Virginia A. Wring 63douglassbk@bellsouth.net
              Eugene G. Douglass    on behalf of Debtor Aubrey Bruce Wring 63douglassbk@bellsouth.net
              Eugene G. Douglass    on behalf of Creditor    Pointe South Land Trust 63douglassbk@bellsouth.net
              First Community Bank of Eastern Arkansas    ajt827@comcast.net
              First Tennessee Bank National Association    sragland@bassberry.com
              Henry C. Shelton, III.    on behalf of Creditor    Regions Financial Corporation
                henry.shelton@arlaw.com, carol.hall@arlaw.com
              James Bergstrom    on behalf of Creditor    Chase Home Finance, LLC jbergstrom@wilson-assoc.com
              Jeffrey Horn    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home Loans
                Servicing, LP lcaplan@rubinlublin.com,
                jrosenthal@rubinlublin.com;ehazard@rubinlublin.com;cthornton@rubinlublin.com;ssullivan@rubinlubli
                n.com;dhudson@rubinlublin.com;ssmith@rubinlublin.com;nbrown@rubinlublin.com
              Jeremiah McGuire    on behalf of Creditor    Citimortgage, Inc. jeremiah.mcguire@brockandscott.com,
                bankruptcy@brockandscott.com,wbecf@brockandscott.com
```

```
District/off: 0651-2           User: debra                 Page 8 of 9                   Date Rcvd: Jan 16, 2014
                               Form ID: combrel            Total Noticed: 134
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
     Joel W. Giddens  on behalf of Creditor  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      jgiddens@wilson-assoc.com, kburnette@wilson-assoc.com
     Joel W. Giddens  on behalf of Creditor  Wells Fargo Bank, N.A. jgiddens@wilson-assoc.com,
      kburnette@wilson-assoc.com
     Joel W. Giddens  on behalf of Creditor  JPMorgan Chase Bank, N,A., jgiddens@wilson-assoc.com,
      kburnette@wilson-assoc.com
     Joel W. Giddens  on behalf of Creditor  GMAC Mortgage jgiddens@wilson-assoc.com,
      kburnette@wilson-assoc.com
     Joel W. Giddens  on behalf of Creditor  Chase Home Finance, LLC jgiddens@wilson-assoc.com,
      kburnette@wilson-assoc.com
     John B. Philip  on behalf of Creditor  Memphis Area Teachers Credit Union jbp@crislipphilip.com,
      kristin@crislipphilip.com;lisa@crislipphilip.com
     Karen P. Dennis  on behalf of U.S. Trustee  U.S. Trustee Karen.P.Dennis@usdoj.gov
     Kendall H Wiley  on behalf of Creditor  Renasant Bank kwiley@renasant.com
     Kimberly D. Burnette  on behalf of Creditor  Wells Fargo Bank, N.A. kburnette@wilson-assoc.com,
      bmcnary@wilson-assoc.com;kbutler@wilson-assoc.com
     Laura A. Grifka  on behalf of Creditor  Wells Fargo Bank, N.A. lgrifka@rcolegal.com,
      ECF_TN@rcolegal.com
     Laura A. Grifka  on behalf of Creditor  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
      lgrifka@rcolegal.com, ECF_TN@rcolegal.com
     Laura A. Grifka  on behalf of Creditor  JPMorgan Chase Bank, N,A., lgrifka@rcolegal.com,
      ECF_TN@rcolegal.com
     Leigh Skorupa  on behalf of Creditor  Bank of America, N.A. lskorupa@logs.com,
      adwoods@logs.com;jlangston@logs.com
     Leigh Skorupa  on behalf of Creditor  Residential Credit Solutions, Inc. lskorupa@logs.com,
      adwoods@logs.com;jlangston@logs.com
     Michael John McCormick  on behalf of Creditor  Wells Fargo Bank, N.A.
      BankruptcyECFMail@mccallaraymer.com
     Michael P. Coury  on behalf of U.S. Trustee  U.S. Trustee mcoury@glankler.com,
      apospisil@glankler.com
     Michael P. Coury  on behalf of Debtor Aubrey Bruce Wring mcoury@glankler.com,
      apospisil@glankler.com
     Michael P. Coury  on behalf of Trustee Michael P. Coury mcoury@glankler.com,
      apospisil@glankler.com
     Michael P. Coury  on behalf of Realtor Anita G. Barnett mcoury@glankler.com,
      apospisil@glankler.com
     Michael P. Coury  on behalf of Joint Debtor Virginia A. Wring mcoury@glankler.com,
      apospisil@glankler.com
     Natalie K Brown  on behalf of Creditor  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
      THE CERTIFICATEHOLDERS OF VENDEE MORTGAGE TRUST 2002-2 nbrown@rubinlublin.com,
      lcaplan@rubinlublin.com;jrosenthal@rubinlublin.com;cthornton@rubinlublin.com;ssullivan@rubinlubli
      n.com;dhudson@rubinlublin.com;nbrown@rubinlublin.com;mtomaselli@rubinlublin.com;jsturm@rubinlubli
      n.com
     Natalie K Brown  on behalf of Creditor  SECRETARY OF VETERANS AFFAIRS nbrown@rubinlublin.com,
      lcaplan@rubinlublin.com;jrosenthal@rubinlublin.com;cthornton@rubinlublin.com;ssullivan@rubinlubli
      n.com;dhudson@rubinlublin.com;nbrown@rubinlublin.com;mtomaselli@rubinlublin.com;jsturm@rubinlubli
      n.com
     Nolan Johnson  on behalf of Creditor  First Tennessee Bank National Association
      nmjohnson@bakerdonelson.com, swhite@bakerdonelson.com;sloft@bakerdonelson.com
     Patrick G. Walker  on behalf of Creditor Joe Ann Millington pwalker@farris-law.com
     Philip F. Counce  on behalf of Creditor  First State Bank pfcounce@bellsouth.net,
      attycounce@bellsouth.net;attycounce@gmail.com
     R. Spencer Clift, III  on behalf of Creditor  Wells Fargo Bank, N.A. successor by merger to
      Wachovia Bank, National Association sclift@bakerdonelson.com,
      sloft@bakerdonelson.com;elindner@bakerdonelson.com
     Robert Campbell Hillyer  on behalf of Trustee Michael P. Coury cam.hillyer@butlersnow.com,
      ecf.notices@butlersnow.com
     Robert J. Wilkinson  on behalf of Creditor  JPMorgan Chase Bank, National Association as
      servicer for Deutsche Bank National Trust Company,, as Trustee for Long Beach Mortgage Loan
      Trust 2005-1 TNECF@mccurdycandler.com
     Sharon Fewell  on behalf of Creditor  JPMorgan Chase Bank, N,A., sfewell@logs.com,
      jlangston@logs.com;adwoods@logs.com
     Sharon Fewell  on behalf of Creditor  Chase Home Finance, LLC sfewell@logs.com,
      jlangston@logs.com;adwoods@logs.com
     Sharon Fewell  on behalf of Creditor  BAC Home Loans Servicing, LP as servicer for Deutsche
      Bank National Trust Company FKA Bankers Trust Company of California, National Association for
      Vendee Mortgage Trust 2003-2 sfewell@logs.com, jlangston@logs.com;adwoods@logs.com
     Stephen W. Ragland  on behalf of Creditor  First Tennessee Bank National Association
      sragland@bassberry.com, sgibson@bassberry.com;nhunter@bassberry.com;rursery@bassberry.com
     Steven N. Douglass  on behalf of Creditor  The University Corporation snd@harrisshelton.com
     Steven N. Douglass  on behalf of Plaintiff  The University Corporation snd@harrisshelton.com
     T. Robert Abney  on behalf of Creditor  Cadence Bank tina@cuadw.com
     Theodore Cummins  on behalf of Creditor  Wells Fargo Bank, N.A. tcummins@wilson-assoc.com,
      bmcnary@wilson-assoc.com;jtaylor@wilson-assoc.com;dbernard@wilson-assoc.com
     Theodore Cummins  on behalf of Creditor  NationStar Mortgage LLC tcummins@wilson-assoc.com,
      bmcnary@wilson-assoc.com;jtaylor@wilson-assoc.com;dbernard@wilson-assoc.com
     Tracey P. Malone  on behalf of Creditor  Ford Motor Credit Company traceymalone@bellsouth.net
     U.S. Trustee  ustpregion08.me.ecf@usdoj.gov

```
District/off: 0651-2           User: debra                Page 9 of 9                  Date Rcvd: Jan 16, 2014
                               Form ID: combrel           Total Noticed: 134
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Wendy Geurin Smith   on behalf of Creditor   First State Bank wendy@wgsmithlaw.com
          Wendy Geurin Smith   on behalf of Creditor   First Alliance Bank wendy@wgsmithlaw.com
          Wendy Geurin Smith   on behalf of Creditor   Farm Credit Mid-South, ACA wendy@wgsmithlaw.com
          William L. Norton, III.   on behalf of Creditor   Land South LLC bnorton@babc.com
                                                                                                            TOTAL: 69