# Property List

4742 MALLARD RIDGE DRIVE, MEMPHIS, TN 38141, Shelby
5657 BALLENMOOR DRIVE, MEMPHIS, TN 38141, Shelby
3412 WYTHE ROAD, MEMPHIS, TN 38134, Shelby
4413 ERNIE DRIVE, MEMPHIS, TN 38116, Shelby
8091 RANKIN BRANCH ROAD, MILLINGTON, TN 38053, Shelby
8766 JULIP COVE, CORDOVA, TN 38018, Shelby
2030 WASKOM DRIVE, MEMPHIS, TN 38116, Shelby
59 HIDDEN VALLEY, JACKSON, TN 38305, Madison
1624 FINLEY ROAD, MEMPHIS, TN 38116, Shelby
1587 OAKWOOD DRIVE, MEMPHIS, TN 38119, Shelby
3516 PRYOR STREET, MEMPHIS, TN 38127, Shelby
5669 JARDIN PLACE, MEMPHIS, TN 38115, Shelby
4552 COUNTRY BROOK DR, MEMPHIS, TN 38141-0000, Shelby
1658 DOLAN DRIVE, MEMPHIS, TN 38116, Shelby
1435 FINLEY ROAD, MEMPHIS, TN 38116, Shelby
3249 CHISCA AVENUE, MEMPHIS, TN 38111, Shelby
1496 DARDON AVENUE, MEMPHIS, TN 38116, Shelby
3398 RINEY STREET, MEMPHIS, TN 38127, Shelby
6756 BOYLSTRON DRIVE, MEMPHIS, TN 38141, Shelby
4286 BENNETTWOOD DRIVE, MILLINGTON, TN 38053, Shelby
4295 MARSHALL ROAD, ATOKA, TN 38004, Tipton
1882 JANIS DRIVE, MEMPHIS, TN 38116, Shelby
5376 CRYSTAL OAK DRIVE, MEMPHIS, TN 38141, Shelby
5948 CUSPIDON COVE, MILLINGTON, TN 38053, Shelby
1346 SOUTH GREER STREET, MEMPHIS, TN 38111, Shelby
6629 CRYSTAL OAK COVE EAST, MEMPHIS, TN 38141, Shelby
7320 HOLLORN LANE, MEMPHIS, TN 38125, Shelby
4527 GREEN CREEK, MEMPHIS, TN 38125, Shelby
4938 TEAL AVENUE, MEMPHIS, TN 38118, Shelby
2970 TREZEVANT, MEMPHIS, TN 38127, Shelby
4100 CAMELOT AVENUE, MEMPHIS, TN 38118, Shelby
4093 OAK BEND DRIVE, MEMPHIS, TN 38115, Shelby
6849 TAWNY COVE, MEMPHIS, TN 38115, Shelby
6640 CINDY LYNN LANE, MEMPHIS, TN 38141, Shelby
6050 PORT HARBOR DRIVE, MILLINGTON, TN 38053, Shelby
4700 BETHAY DRIVE, MEMPHIS, TN 38125, Shelby
1782 PERKINS, MEMPHIS, TN 38117, Shelby
5188 Yale Road, Memphis, TN 38134, Shelby
2594 WAGON WHEEL COVE, MEMPHIS, TN 38133, Shelby
4098 WORDEN COVE, MEMPHIS, TN 38125, Shelby
4478 GARRISON AVENUE, MEMPHIS, TN 38128, Shelby
7326 ENGLISH COVE, MEMPHIS, TN 38125, Shelby
7475 GERMANSHIRE LANE, MEMPHIS, TN 38125, Shelby
5604 AUTUMN VALLEY DRIVE, BARTLETT, TN 38135, Shelby
7329 ASHLEY OAKS DRIVE, MEMPHIS, TN 38125, Shelby
3053 MOUNTAIN TERRACE ROAD, MEMPHIS, TN 38127, Shelby
3798 SOUTH GERMANTOWN ROAD, MEMPHIS, TN 38125, Shelby

# EXHIBIT A

3334 GAYLORD LANE, MEMPHIS, TN 38118, Shelby
2068 LEE COVE, MEMPHIS, TN 38127, Shelby
4625 SHAKER COVE, MEMPHIS, TN 38141, Shelby
3800 CLARION DRIVE, MEMPHIS, TN 38135, Shelby
6980 BRADY HILL DRIVE, CORDOVA, TN 38018, Shelby
4256 PLUM VALLEY COVE, MEMPHIS, TN 38115, Shelby
4315 APPIAN DRIVE, MEMPHIS, TN 38128, Shelby
5703 WINTER TREE DRIVE, MEMPHIS, TN 38115, Shelby
4944 CHAMBERLAIN LANE, MEMPHIS, TN 38128, Shelby
92 STERLING FARM DRIVE, ATOKA, TN 38004, Tipton
5280 SUMMER WIND LANE, ARLINGTON, TN 38002, Shelby
2160 FORTUNE AVENUE, MEMPHIS, TN 38127, Shelby
2851 EMERALD STREET, MEMPHIS, TN 38115, Shelby
5578 BAYSHORE DRIVE, MEMPHIS, TN 38115, Shelby
1763 TURTLE HILL DRIVE, CORDOVA, TN 38016, Shelby
270 GRACEWOOD STREET, MEMPHIS, TN 38112, Shelby
5901 FOXDALE ROAD, MEMPHIS, TN 38118, Shelby
4467 SUNNY SLOPE DRIVE, MEMPHIS, TN 38141, Shelby
3241 BREVARD DRIVE, MEMPHIS, TN 38116, Shelby
3654 ELM PARK ROAD, MEMPHIS, TN 38118, Shelby
6848 STARKENBURG LANE, MEMPHIS, TN 38115, Shelby
4851 DIANNE DRIVE, MEMPHIS, TN 38116, Shelby
4341 SPRING OAK COVE, MEMPHIS, TN 38125, Shelby
4243 BACON STREET, MEMPHIS, TN 38128, Shelby
3043 SIMMONS ROAD, ATOKA, TN 38004, Tipton
5049 SIMSBURY DRIVE, MEMPHIS, TN 38118, Shelby

# EXHIBIT A