**Dated: September 28, 2015**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | : | **CHAPTER 11** |
| | : | |
| **AUBREY BRUCE WRING and** | : | **CASE NO. 10-21899** |
| **VIRGINIA A. WRING,** | : | |
| | : | **JUDGE  PAULETTE J. DELK** |
| | : | |
| Debtor. | : | |
| **FEDERAL NATIONAL MORTGAGE** | : | |
| **ASSOCIATION ("FNMA"),** | : | |
| | : | |
| | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| **AUBREY BRUCE WRING** | : | **CONTESTED MATTER** |
| **VIRGINIA A. WRING, Debtors,** | : | |
| **MICHAEL P. COURY, Trustee,** | : | |
| | : | |
| Respondents. | : | |

**CONSENT ORDER RESOLVING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY,**

This matter having been set for hearing upon the Motion for Relief from Automatic

Stay,  filed by **Federal National Mortgage Association ("FNMA")**, ("Movant") for an

218860

order granting relief from the automatic stay provisions of 11 U.S.C. § 362(a) as to the real property located at 3999 AUTUMN SPRINGS CV, MEMPHIS, TN 38125, (the "Property"). It appearing to the Court, as evidenced by the signature of the parties below, the motion shall be denied contingent upon the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Adequate protection payments are to continue to be made until a plan is confirmed. As said loan is an escrowed loan, said payment amount shall include amounts to maintain taxes and homeowners' insurance on the above-referenced real property. Said adequate protection payments shall continue to be due and payable to Movant, its successors and assigns, on the first day of each month. Said adequate protection payments shall continue to consist of the full monthly principal and interest amount plus the amount needed for the aforementioned escrowed items. Any arrearages which have accrued prior to the entry of this order shall be addressed in the Chapter 11 Trustee's plan of reorganization.

PREPARED BY:

/s/ Carolee Berasi
Carolee Berasi, (TN Bar No. 024844
Attorney for Movant
RCO Legal, P.S.
1587 Northeast Expressway
Atlanta, GA  30329
678-298-8876
404-329-8050
cberasi@rcolegal.com


/s/ Michael P. Coury
MICHAEL P. COURY, Chapter 11 Trustee
6000 Poplar Avenue, Ste. 400
Memphis, TN 38119


Please serve:

Debtor(s)
Attorney for Debtor(s)
Trustee
All Creditors and Interested Parties


218860