**Dated: October 26, 2015**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 11 |
| | : | |
| **AUBREY BRUCE WRING and** | : | CASE NO. 10-21899 |
| **VIRGINIA A. WRING,** | : | |
| | : | JUDGE  PAULETTE J. DELK |
| | : | |
| Debtor. | : | |
| **FEDERAL NATIONAL MORTGAGE** | : | |
| **ASSOCIATION ("FNMA"),** | : | |
| | : | |
| | : | |
| | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| **AUBREY BRUCE WRING** | : | CONTESTED MATTER |
| **VIRGINIA A. WRING, Debtors,** | : | |
| **MICHAEL P. COURY, Trustee,** | : | |
| | : | |
| Respondents. | : | |

**CONSENT ORDER RESOLVING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY,**

This matter having been set for hearing upon the Motion for Relief from Automatic Stay,  filed by **Federal National Mortgage Association ("FNMA")**, ("Movant") for an

218874

order granting relief from the automatic stay provisions of 11 U.S.C. § 362(a) as to the real property located at 6738 VALLEY BEND DR MEMPHIS TN 38141, (the "Property"). It appearing to the Court, as evidenced by the signature of the parties below, the motion shall be denied contingent upon the following:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Adequate protection payments are to continue to be made until a plan is confirmed. As said loan is an escrowed loan, said payment amount shall include amounts to maintain taxes and homeowners' insurance on the above-referenced real property. Said adequate protection payments shall continue to be due and payable to Movant, its successors and assigns, on the first day of each month. Said adequate protection payments shall continue to consist of the full monthly principal and interest amount plus the amount needed for the aforementioned escrowed items. Any arrearages which have accrued prior to the entry of this order shall be addressed in the Chapter 11 Trustee's plan of reorganization

PREPARED BY and CONSENTED TO:

/s/ S. Keith Eady
S. Keith Eady (TN Bar No. 020562)
Attorney for Movant
RCO Legal, P.S.
2970 Clairmond Rd., NE
Suite 780
Atlanta, GA  30329
404.486.2386
keady@rcolegal.com




/s/ Michael P. Coury, with express permission
MICHAEL P. COURY, Chapter 11 Trustee
6000 Poplar Avenue, Ste. 400
Memphis, TN 38119



Please serve:

Debtor(s)
Attorney for Debtor(s)
Trustee
All Creditors and Interested Parties


218874