**Dated: May 02, 2017**
**The following is SO ORDERED:**

_____
**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

| | |
|---|---|
| AUBREY BRUCE WRING | CASE NUMBER 10-21899 PJD |
| dba Wring Famile Revocable Trust; | |
| dba Wring Real Estate LLC; | |
| dba A&B Enterprises, L.P., | |
| dba Wring Timberland, LLC | |
| dba Butler Row, LLC | |
| dba Virginia Ann Wring Revocable Trust; | CHAPTER 11 |
| dba Wring Family Trust; dba Affordable | |
| Land Sales, LLC; dba Affordable | |
| Management, LLC | |
| And | |
| VIRGINIA A. WRING | |
| Debtors. | |

AGREED ORDER RESOLVING OBJECTION OF DITECH FINANCIAL, LLC TO
CONFIRMATION OF PLAN AS TO 6442 AMBERVIEW COVE

This matter came to before the Court pursuant to the Objection to Confirmation of the Plan of Reorganization filed by Ditech Financial, LLC ("Ditech") (D.E. 2142), ;

IT APPEARING TO THE COURT that Ditech is a creditor of the debtor pursuant to the following Proof(s) of Claim as follows:

| Claim No. | Claim Amount | Property Address |
|---|---|---|
| 19 | $57,299.00 | 6442 Amberview, Memphis, TN |

IT FURTHER APPEARING TO THE COURT that the parties have agreed to resolve this Objection without a hearing.

IT IS THEREFORE ORDERED BY CONSENT that:

1. The treatment of the Proof of Claims of Ditech in Class 6 of the First Amended Plan of Reorganization shall be amended to change the interest rate to Ditech to 4.5% with respect to Proof of Claim No., 19; and

2. All other provisions of the Plan as they relate to the treatment of Class 6 remain unaltered.

3. Upon amendment of the Plan as to Class 6, Ditech will be deemed to have changed its vote to an acceptance of the plan as to Proof of Claim No. 19.

4. The objection to confirmation [D.E. 2142] filed by Ditech is hereby withdrawn.

APPROVED:

Marinosci Law Group, P.C.

/s/ Renee G. Kammer
Renee G. Kammer (TN #18670)
Attorney for Ditech Financial, LLC

50 Peabody Place, Suite 255
Memphis, TN 38103
901-234-5120

/s/ Michael P. Coury
Michael P. Coury
Chapter 11 Trustee
6000 Poplar Avenue, Suite 400
Memphis, TN  38119
901-525-1322
mcoury@glankler.com

DIRECTIONS FOR SERVICE:
Debtors
Debtors' Attorney
Chapter 11 Trustee
U.S. Trustee
Renee G. Kammer

4815-7852-0647, v. 1